IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**BERKELEY COUNTY SCHOOL**
**BOARD OF TRUSTEES,**

        Plaintiff,

v.                                                                    CIVIL ACTION NO. 2:18-cv-00151

**HUB INTERNATIONAL LIMITED,**
**HUB INTERNATIONAL MIDWEST LIMITED,**
**HUB INTERNATIONAL SOUTHEAST,**
**KNAUFF INSURANCE AGENCY, INC.,**
**STANLEY J. POKORNEY,**
**SCOTT POKORNEY, and**
**BRANTLEY THOMAS,**

        Defendants.

### ORDER ENLARGING TIME FOR FILING OF ANSWERS OR RULE 12 MOTIONS

This matter comes before the Court pursuant to Local Civ. Rule 6.01. Counsel for Plaintiff, with the consent of Defendants Stanley J. Pokorney, Scott Pokorney, and Brantley Thomas, requests that this Court grant extensions for these defendants to respond to Plaintiff's Complaint until March 20, 2018, or 10 days after any other defendant files a responsive pleading, whichever occurs first.

The current deadlines for filing Answers or Rule 12 motions in response to Plaintiff's Complaint are as follows:

| Defendant | Deadline |
| --- | --- |
| Brantley Thomas | February 9, 2018 |
| Scott Pokorney | February 12, 2018 |

| | |
|---|---|
| Stanley J. Pokorney | February 13, 2018 |
| Knauff Insurance Agency, Inc. | February 23, 2018 |
| HUB International Limited,<br>HUB International Midwest Limited,<br>and HUB International Southeast<br>(the "HUB Defendants")<br>(by waiver of service) | March 20, 2018 |

IT APPEARING TO THE COURT THAT the foregoing deadlines have not been previously extended; the requested extensions will not affect other deadlines in this matter; the Plaintiff and Defendants Brantley Thomas, Stanley J. Pokorney, and Scott Pokorney are in agreement; and the grant of these extensions is in the interest of efficiency and will serve to streamline the pleading, scheduling, and discovery process by allowing these defendants to file responsive pleadings closer in time to the deadline for the HUB Defendants, IT IS THEREFORE ORDERED, that the deadline for Defendants Stanley J. Pokorney, Scott Pokorney, and Brantley Thomas to respond to Plaintiff's Complaint is extended until March 20, 2018, or 10 days after any other defendant files a responsive pleading, whichever occurs first.  IT IS FURTHER ORDERED that the deadline for Defendant Knauff Insurance Agency, Inc. to respond to Plaintiff's Complaint is extended until March 20, 2018.

_____
THE HONORABLE DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

February 9, 2018
Charleston, South Carolina