# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| BERKELEY COUNTY SCHOOL BOARD OF TRUSTEES, ) ) )  Plaintiff, ) ) v. ) ) HUB INTERNATIONAL LIMITED, ) HUB INTERNATIONAL MIDWEST LIMITED, ) HUB INTERNATIONAL SOUTHEAST, ) KNAUFF INSURANCE AGENCY, INC., ) STANLEY J. POKORNEY, ) SCOTT POKORNEY, AND ) BRANTLEY THOMAS, ) ) Defendants. ) ) | Civil Action No.: 2:18-cv-00151-DCN  **ORDER** |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* have been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Thomas J. Wiegand who represents Defendants HUB International Limited and HUB International Midwest Limited

☐  Be **granted** admission *pro hac vice* in this case.

☐  Be **denied** admission *pro hac vice* in this case.

_____          _____
Date                                                                    THE HONORABLE DAVID C. NORTON
                                                                              UNITED STATES DISTRICT JUDGE