# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| BERKELEY COUNTY SCHOOL BOARD OF TRUSTEES, | ) | Civil Action No.: 2:18-cv-00151-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HUB INTERNATIONAL LIMITED, HUB INTERNATIONAL MIDWEST LIMITED, HUB INTERNATIONAL SOUTHEAST, KNAUFF INSURANCE AGENCY, INC., STANLEY J. POKORNEY, SCOTT POKORNEY, AND BRANTLEY THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* have been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Thomas J. Wiegand who represents Defendants HUB International Limited and HUB International Midwest Limited

    X    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

_____
THE HONORABLE DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

February 20, 2018
Charleston, South Carolina