# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Berkeley County School Board of Trustees, | ) | Civil Action No.: 2:18-cv-00151-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HUB International Limited, HUB International Midwest Limited, Hub International Southeast, Knauff Insurance Agency, Inc., Stanley J. Pokorney, Scott Pokorney, and Brantley Thomas, | ) ) ) ) ) ) | **DEFENDANT SCOTT POKORNEY'S RESPONSE AND CONSENT TO HUB DEFENDANTS' MOTION TO STAY DISCOVERY** |
| | ) | |
| Defendants | ) | |
| | ) | |

Defendant Scott Pokorney, by and through his undersigned counsel, hereby files this Response and Consent to the Motion to Stay Discovery (ECF Doc. No. 19) filed by Defendants HUB International Limited and HUB International Midwest Limited ("HUB Defendants") and incorporates the arguments made therein. For the reasons set forth in the HUB Defendants' Motion and Memorandum in Support, Defendant Scott Pokorney respectfully requests that the Court enter an order staying discovery and the Rule 26(f) conference in this matter pending resolution of any motions to dismiss to be filed by Defendants on March 20, 2018.

                                                s/Robert H. Jordan
                                                Amanda C. Williams (Fed ID No. 10218)
                                                Email: amandawilliams@parkerpoe.com
                                                Robert H. Jordan (Fed ID No. 06986)
                                                Email: robertjordan@parkerpoe.com
                                                PARKER POE ADAMS & BERNSTEIN LLP
                                                200 Meeting Street, Suite 301
                                                Charleston, SC 29401
                                                Phone: 843-727-2650
                                                Fax: 843-727-2680

                                                ATTORNEY FOR DEFENDANT SCOTT
February 26, 2018                          POKORNEY
Charleston, South Carolina

PPAB 4135341v1