# Exhibit F



December 23, 2011

Mr. Brantley Thomas
Berkeley County School District
1007 Island Crossing Drive
Hanahan, SC  29410-4750

Re:  Securing Assets for Education (SAFE)
      Directors & Officers Liability Coverage

Dear Brantley:

As per your discussions with Stan, we have enclosed the invoices which represent the third of three year installment premiums for the above for the term December, 19, 2011/2012.

Please review the enclosures and if you should have any questions, please do not hesitate to let us know.  Thank you again for allowing us the opportunity to continue these coverages for the District.  Best wishes for a very Merry Christmas to you and your family, and much happiness in the coming year!

Sincerely,


Jana Pokorney
Senior Account Manager

Enclosures

mailing  P.O. Box 33789  Charlotte, NC 28233-3789
physical  1001 Morehead Square Drive  Suite 400  Charlotte, NC 28203-0013
office  704.375.8000   toll free  800.849.8008   fax  704.334.6526   web  www.knauffins.com

# Knauff Insurance Agency I

P O Box 33789
Charlotte, NC 28233-3789

Phone: (704) 375-8000
Fax: (704) 334-6526
Email: info@knauffins.com



**Securing Assets for Education**
**Attn: Brantley Thomas**
**P. O. Box 128**
**Moncks Corner, SC 29461**

| Invoice # 957 | Page 1 of 1 |
|---|---|
| Account Number | Date |
| SECUASS-01 | 12/21/2011 |
| BALANCE DUE ON | |
| 12/21/2011 | |
| AMOUNT PAID | Amount Due |
| | $65,000.00 |

| Directors & Officers Liability | PolicyNumber: BCP8695098 | Effective: 12/19/2011 to 12/19/2012 |

| Item # | Trans Eff Date | Due Date | Trans | Description | Amount |
|---|---|---|---|---|---|
| 3955 | 12/19/2011 | 12/21/2011 | RENB | Renewal Premium | $65,000.00 |
| | | | | Directors & Officers Liability/Employment Practices Liability Coverage | |

**Total Invoice Balance:** $65,000.00

Third Year of Three-Year Term Installment - Thank You!

# Knauff Insurance Agency I

P O Box 33789  
Charlotte, NC 28233-3789  
Phone: (704) 375-8000  
Fax: (704) 334-6526  
Email: info@knauffins.com



**Securing Assets for Education**  
**Attn: Brantley Thomas**  
**P. O. Box 128**  
**Moncks Corner, SC 29461**

| Invoice # | 964 | Page 1 of 1 |
|---|---|---|
| Account Number | | Date |
| SECUASS-01 | | 12/21/2011 |
| BALANCE DUE ON | | |
| 12/21/2011 | | |
| AMOUNT PAID | | Amount Due |
| | | $118,625.00 |

| Service & Consulting Fee | PolicyNumber: CONSULTING FEE | Effective: 12/19/2011 to 12/19/2012 |
|---|---|---|

| Item # | Trans Eff Date | Due Date | Trans | Description | Amount |
|---|---|---|---|---|---|
| 3967 | 12/19/2011 | 12/21/2011 | AFRE | Brokerage Service Fee | $118,625.00 |
| | SAFE - Brokerage Service Fee | | | | |
| | Third of Three-Year Term Installment Billing | | | | |

**Total Invoice Balance:** $118,625.00

Thank You!

12/21/2011      Securing Assets for Education      Page 1 of 1

December 19, 2009

Mr. Brantley Thomas
Berkeley County School District
229 E. Main Street
Moncks Corner, SC  29461

Re:  Brokerage Service Agreement - SAFE
     Policy Term 12-19-09/12

Dear Brantley:

Attached please find the Knauff Insurance, Inc. (hereinafter "Knauff") Brokerage Service Agreement ("Agreement") for the Berkeley County School District (SAFE) (hereinafter "Client").

1.  SERVICES PROVIDED.

    Subject to the terms and conditions of this Agreement, Knauff agrees to provide the following services in connection with Client's Property and Casualty insurance program.

    1.1  Risk Identification and Evaluation
         Assist in identification and evaluation of significant loss exposures.

    1.2  Risk Finance Program Design
         Recommend insurance and/or other risk finance program structures, limits and service strategies to assist in evaluating risk finance options.

    1.3  Market Submission Preparation and Review
         Develop submission for Client's review and approval

    1.4  Broking
         Identify, evaluate and develop markets
         Conduct negotiations with markets
         Compare and make recommendations about program options
         Place coverages or programs with markets as selected by Client

1.5  Risk Finance Program Execution
Issue certificates of insurance, auto identification cards and other program documents as requested by Client
Review policies and other coverage documents
Prepare schedules of insurance
Prepare schedules of exposures as requested by Client
Process endorsements and other program changes as authorized by Client

1.6  Ongoing Client Service

1.7  Claims Services

2. COMPENSATION.

2.1. In consideration of the services to be provided, Client agrees to pay Knauff an annual fee of $118,625 to be paid annually. Knauff's compensation shall be net of any premium or surplus lines taxes, sales, use, excise, value added or similar taxes, which taxes shall be the responsibility of, whether or not billed by Knauff. This agreement includes the services provided on the following lines of insurance: Directors & Officers Liability coverage.

2.2 In the event of any mergers, acquisitions or other substantial changes in Client's business which result in a material increase in the responsibilities and time spent by Knauff beyond the original contemplation of the parties, the fee set forth in paragraph 2.1 shall be subject to renegotiation.

3. TERM.

This Agreement shall be for multi-year periods commencing on December 19, 2009 unless earlier terminated by either party. Knauff's responsibilities for performing the services stated in this Agreement and for servicing Client's coverages or programs shall cease as of the date of termination.

4. OTHER TERMS AND CONDITIONS.

The parties agree that:

4.1 Berkeley County School District responsibilities include:

    a. to make final decisions with respect to submissions and other matters relating to Client's coverages, risk management and risk control needs, activities and programs.

    b. to review coverage documents delivered by Knauff and advise Knauff of any deviation in such documents from Client's specifications.

    c. to provide complete and accurate information to Knauff as to Client's loss experience, risk exposures and any other information that Knauff requests.

    d. to notify Knauff of any changes in business operations that may affect Knauff's services or coverages procured by Knauff.

4.2 Knauff cannot guarantee the availabilty of any particular form or type of insurance coverage or financial protection, the reasonableness of any term or condition nor, the financial solvency or condition of any insurer or other market.

4.3 The services provided by Knauff hereunder are provided for the exclusive use of Berkeley County School District and such services, recommendations, proposals, reports and information provided by Knauff are not to be distributed to, used or relied upon by other parties.

4.4 All disputes, claims or controversies relating to this Agreement, or the services provided, which are not otherwise settled, shall be submitted to a panel of three arbitrators and resolved by final and binding arbitration, to the exclusion of any courts of laws, under the commercial rules of the American Arbitration Association.

    In those instances where any party is involved in an underlying claim or coverage dispute but the other is not, it is agreed that the arbitrators shall not be bound by any factual or legal determinations in such underlying claim or coverage dispute and that the arbitrators shall, in those cases where liability and/or damages cannot fairly be evaluated until resolution of the underlying claim or coverage dispute,

      defer their consideration pending resolution of any such underlying claim or coverage dispute.

4.5    Judgment upon the award rendered may be entered in any court having jurisdiction thereof; however, the arbitrators may not enter an award for damages in excess of the actual compensatory damages sustained, nor make any award for punitive damages. Each party shall bear the expense of its own arbitrator and shall jointly and equally bear with the other party the cost of the third arbitrator and of the arbitration.

4.6    This Agreement, including any Exhibits referenced in this Agreement, constitutes the entire Agreement between the parties and supersedes all proposals, prior discussions and representations, oral or written, between the parties relating to this Agreement or any services to be provided to Berkeley County School District.

IN WITNESS WHEREOF, the parties have executed this Agreement on the dated indicated below.

**Berkeley County School District**

**By:** _____ **Date:** _____
      Client

**Knauff Insurance, Inc.**

**By:** _____ **Date:** _____
      Stanley J. Pokorney
      Knauff Insurance, Inc.
      704-375-8000