# Exhibit G



*Providing Protection. Insuring Integrity.*

April 25, 2011

Mr. Brantley Thomas
Berkeley County School District
1007 Island Crossing Drive
Hanahan, SC  29410-4750

Re:  Various

Dear Brantley:

We are pleased to enclose the invoices which represent the annual premiums you have discussed with Stan previously.  If you should have any questions, please do not hesitate to give us a call.

Hope you and your family are well!

Sincerely,


Jana Pokorney
Senior Account Manager

Enclosures

*mailing*  PO Box 33789  Charlotte NC 28233-3789
*physical*  1001 Morehead Square Drive  Suite 400  Charlotte NC 28203-0013
*office*  704.375.8000    *toll free*  800.849.8008    *fax*  704.348.1775    *web*  www.knauffins.com

| INVOICE # | 78400 | | Page 1 |
|---|---|---|---|

| ACCOUNT NO. | CSR | DATE |
|---|---|---|
| **BERKCOU** | **JP** | **04/25/11** |



**Berkeley County School Dist.**
**P. O. Box 128**
**Moncks Corner, SC 29461**

PO Box 33789     800.
CHARLOTTE, NC     849.8008
28233.3789     704.
375.8000
334.6526 *fax*

| Itm # | Due Date Trn | Type | Policy # | Description | | Amount |
|---|---|---|---|---|---|---|
| 375103 | 05/01/11  AFE | CMIS | CONSULTING FEE | Brokerage Service Fee | Great American Ins. Cos. | $    70,000.00 |
| | | | | | Invoice Balance: | $    70,000.00 |

Brokerage Service Fee for Multi-Year E&O Coverage
Annual Premium 5-1-11/12
Thank You!

Payment Due On Effective Date

www.knauffins.com

May 1, 2011


Mr. Brantley Thomas
Berkeley County School District
229 E. Main Street
Moncks Corner, SC  29461

Re: Brokerage Service Agreement
      Policy Term 6-29-11/12

Dear Brantley:

Attached please find the Knauff Insurance, Inc. (hereinafter "Knauff") Brokerage
Service Agreement ("Agreement") for the Berkeley County School District
(hereinafter "Client").

1.      SERVICES PROVIDED.

     Subject to the terms and conditions of this Agreement, Knauff agrees to
     provide the following services in connection with Client's Property and
     Casualty insurance program.

     1.1    Risk Identification and Evaluation
            Assist in identification and evaluation of significant loss exposures.

     1.2    Risk Finance Program Design
            Recommend insurance and/or other risk finance program
            structures, limits and service strategies to assist in evaluating risk
            finance options.

     1.3    Market Submission Preparation and Review
            Develop submission for Client's review and approval

     1.4    Broking
            Identify, evaluate and develop markets
            Conduct negotiations with markets
            Compare and make recommendations about program options
            Place coverages or programs with markets as selected by Client.

1.5   Risk Finance Program Execution
Issue certificates of insurance, auto identification cards and other program documents as requested by Client
Review policies and other coverage documents
Prepare schedules of insurance
Prepare schedules of exposures as requested by Client
Process endorsements and other program changes as authorized by Client

1.6   Ongoing Client Service

1.7   Claims Services

2.   COMPENSATION.

2.1.   In consideration of the services to be provided, Client agrees to pay Knauff an annual fee of $70,000 to be paid annually.  Knauff's compensation shall be net of any premium or surplus lines taxes, sales, use, excise, value added or similar taxes, which taxes shall be the responsibility of, whether or not billed by Knauff.   This agreement includes the services provided on the following lines of insurance:
School Leaders Errors & Omissions Liability coverage.

2.2   In the event of any mergers, acquisitions or other substantial changes in Client's business which result in a material increase in the responsibilities and time spent by Knauff beyond the original contemplation of the parties, the fee set forth in paragraph 2.1 shall be subject to renegotiation.

3.   TERM.

This Agreement shall be for multi-year periods commencing on June 29, 2011 unless earlier terminated by either party.  Knauff's responsibilities for performing the services stated in this Agreement and for servicing Client's coverages or programs shall cease as of the date of termination.

4.   OTHER TERMS AND CONDITIONS.

The parties agree that:

4.1    Berkeley County School District responsibilities include:

    a.    to make final decisions with respect to submissions and other matters relating to Client's coverages, risk management and risk control needs, activities and programs.

    b.    to review coverage documents delivered by Knauff and advise Knauff of any deviation in such documents from Client's specifications.

    c.    to provide complete and accurate information to Knauff as to Client's loss experience, risk exposures and any other information that Knauff requests.

    d.    to notify Knauff of any changes in business operations that may affect Knauff's services or coverages procured by Knauff.

4.2    Knauff cannot guarantee the availabilty of any particular form or type of insurance coverage or financial protection, the reasonableness of any term or condition nor, the financial solvency or condition of any insurer or other market.

4.3    The services provided by Knauff hereunder are provided for the exclusive use of Berkeley County School District and such services, recommendations, proposals, reports and information provided by Knauff are not to be distributed to, used or relied upon by other parties.

4.4    All disputes, claims or controversies relating to this Agreement, or the services provided, which are not otherwise settled, shall be submitted to a panel of three arbitrators and resolved by final and binding arbitration, to the exclusion of any courts of laws, under the commercial rules of the American Arbitration Association.

In those instances where any party is involved in an underlying claim or coverage dispute but the other is not, it is agreed that the arbitrators shall not be bound by any factual or legal determinations in such underlying claim or coverage dispute and that the arbitrators shall, in those cases where liability and/or damages cannot fairly be evaluated until resolution of the underlying claim or coverage dispute,

defer their consideration pending resolution of any such underlying claim or coverage dispute.

4.5    Judgment upon the award rendered may be entered in any court having jurisdiction thereof; however, the arbitrators may not enter an award for damages in excess of the actual compensatory damages sustained, nor make any award for punitive damages.  Each party shall bear the expense of its own arbitrator and shall jointly and equally bear with the other party the cost of the third arbitrator and of the arbitration.

4.6    This Agreement, including any Exhibits referenced in this Agreement, constitutes the entire Agreement between the parties and supersedes all proposals, prior discussions and representations, oral or written, between the parties relating to this Agreement or any services to be provided to Berkeley County School District.

IN WITNESS WHEREOF, the parties have executed this Agreement on the dated indicated below.

**Berkeley County School District**

By: _____    **Date:**_____
        Client

**Knauff Insurance, Inc.**

By: _____    **Date:**_____
        Stanley J. Pokorney
        Knauff Insurance, Inc.
        704-375-8000