# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Berkeley County School Board of Trustees, | Civil Action No.: 2:18-cv-00151-DCN |
| Plaintiff, | |
| v. | **DEFENDANT SCOTT POKORNEY'S RESPONSE AND CONSENT TO HUB DEFENDANTS' MOTION TO ENLARGE FOR ALL DEFENDANTS THE TIME FOR FILING AN ANSWER OR RULE 12 MOTION** |
| HUB International Limited, HUB International Midwest Limited, Hub International Southeast, Knauff Insurance Agency, Inc., Stanley J. Pokorney, Scott Pokorney, and Brantley Thomas, | |
| Defendants | |

Defendant Scott Pokorney, by and through his undersigned counsel, hereby files this Response and Consent to the Motion by Defendants HUB International Limited and HUB International Midwest Limited to Enlarge for all Defendants the Time for Filing an Answer or Rule 12 Motion (ECF Doc. No. 26) and incorporates the arguments made therein. For the reasons set forth in the HUB Defendants' Motion, Defendant Scott Pokorney respectfully requests that the Court extend the date by which each Defendant, including Scott Pokorney, is to file an answer or motion under FRCP Rule 12 until fourteen (14) days after the Court rules on the pending Arbitration Motion.

PPAB 4149617v1

|  |  |
|---|---|
|  | s/Robert H. Jordan |
|  | Amanda C. Williams (Fed ID No. 10218) |
|  | Email: amandawilliams@parkerpoe.com |
|  | Robert H. Jordan (Fed ID No. 06986) |
|  | Email: robertjordan@parkerpoe.com |
|  | PARKER POE ADAMS & BERNSTEIN LLP |
|  | 200 Meeting Street, Suite 301 |
|  | Charleston, SC 29401 |
|  | Phone: 843-727-2650 |
|  | Fax: 843-727-2680 |
|  |  |
| March 7, 2018 | ATTORNEYS FOR DEFENDANT SCOTT POKORNEY |
| Charleston, South Carolina |  |