# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **BERKELEY COUNTY SCHOOL BOARD OF TRUSTEES,** <br><br> **Plaintiff,** <br><br> v. <br><br> **HUB INTERNATIONAL LIMITED,** <br> **HUB INTERNATIONAL MIDWEST LIMITED,** <br> **HUB INTERNATIONAL SOUTHEAST,** <br> **KNAUFF INSURANCE AGENCY, INC.,** <br> **STANLEY J. POKORNEY,** <br> **SCOTT POKORNEY, and** <br> **BRANTLEY THOMAS,** <br><br> **Defendants.** | 2:18-cr-151 <br><br><br> **DEFENDANT STANLEY J. POKORNEY'S RESPONSE AND CONSENT TO HUB DEFENDANTS' MOTION TO ENLARGE FOR ALL DEFENDANTS THE TIME FOR FILING AN ANSWER OR RULE 12 MOTION** |

Defendant Stanley J. Pokorney, by and through his undersigned counsel, hereby files this Response and Consent to the Motion by Defendants HUB International Limited and HUB International Midwest Limited to Enlarge for all Defendants the Time for Filing an Answer or Rule 12 Motion (ECF Doc. No. 26) and incorporates the arguments made therein. For the reasons set forth in the HUB Defendants' Motion, Defendant Stanley J. Pokorney respectfully requests that the Court extend the date by which each Defendant, including Stanley J. Pokorney, is to file an answer or motion under FRCP Rule 12 until fourteen (14) days after the Court rules on the pending Arbitration Motion.

1

Respectfully Submitted,

<u>S/Deborah B. Barbier</u>
Deborah B. Barbier (#6639)
Deborah B. Barbier, LLC
1811 Pickens Street
Columbia, SC 29201
(803) 445-1032
dbb@deborahbarbier.com

ATTORNEY FOR STANLEY J. POKORNEY

2