| | |
|---|---|
| **From:** | Jones, Renee <Renee.Jones@hubinternational.com> |
| **Sent:** | Tuesday, February 23, 2016 2:49 PM |
| **To:** | Ashley Hatcher; Billy Smith; Brantley Thomas; Brian Calsing; Brittany Rideout; Carol Lewis; Caroline Connare; Chris Benfield; David Fallaw; Donnie Wilson; Dr. Darryl Owings; Dr. Frank Morgan; Dr. Michael Thorsland; Gloria Moore; Greg Mack; Greg Twitty; Greg Wood; Heidi Kerns; Jamie McCutcheon; Janet Johnson; Jessica Gaskins; K Kluttz; Kayle Brown; Kevin Robinson; Laura Parnell; Laurie Eubanks; Lynn Lawson; Lynne Skelton; Omar Daniels; Rainy Talbert; Scott Mercer; Scott Orr; Tina Carr; Tony Walker; Travis Thomas |
| **Cc:** | Pokorney, Stan; Pokorney, Scott; Schlee-dahmer, Joana |
| **Subject:** | July Insurance Renewals |

As we advise about this time every year:

All our SC K12--- Pokorney Schools Team renewals will come in at-----

FLAT---to---Minus 9%. We know you appreciate that-- this rate stability avoids the large swings of hard and soft markets.

In other words---we have aggressive rates backed up by excellent experience.

Sincerely,


Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: 704-405-0113
Cell: 704-953-0918
Toll Free: 800-849-8008
Fax: 704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

| | |
|---|---|
| **From:** | Jones, Renee <Renee.Jones@hubinternational.com> |
| **Sent:** | Friday, January 24, 2014 10:58 AM |
| **To:** | Bennie Bennett; Billy Smith; Brantley Thomas; Brian Calsing; Carol Lewis; Caroline Connare; Chris Benfield; David Fallaw; Donnie Wilson; Dr. Darryl Owings; Dr. Frank Morgan; Dr. Michael Thorsland; Edwin Estridge; Gloria Moore; Greg Mack; Greg Twitty; Greg Wood; Heidi Kerns; Jamie McCutcheon; Janet Johnson; Jessica Gaskins; Jim Suber; K Kluttz; Karen Asplund; Kevin Robinson; Laura Parnell; Linda Dawkins; Lynn Lawson; Mary Helen Stuhr; Nancy Alford; Omar Daniels; Rainy Talbert; Renee Jeddcoat; Rose Wilder; Scott  Mercer; Scott Orr; Steve Uldrick; Susan Dowd; Tina Carr; Tony Walker |
| **Cc:** | Pokorney, Stan; Pokorney, Jana; Pokorney, Scott |
| **Subject:** | FW: REFERRAL ASSISTANCE--SC Public School Program |

Please see important email below from Stan – our fearless leader!

*Renee' P. Jones, CPIA, CISR*
Technical Account Manager
Hub International Southeast Limited
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: (704) 405-0075
Toll Free: (800) 849-8008
Fax: (704) 334-6526
Renee.Jones@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

---

**From:** Pokorney, Stan
**Sent:** Friday, January 24, 2014 10:46 AM
**To:** Jones, Renee
**Subject:** REFERRAL ASSISTANCE--SC Public School Program

I (Hub International) am very "selective" about working on New Business.  We restrict new business to 1-2 districts, annually.  Our incumbent accounts will ALWAYS-- be our first priority.

Last year we only worked on Greenville—but we reduced their cost by $500,000.  We have been successful on every SC K12 we have worked on for 5 Years and have a--- 97% hit ratio since 1989!

THE MOST DIFFICULT PART OF OUR PROCESS IS TO—FIND A CFO/DISTRICT THAT IS WILLING TO SIDE-STEP POLITICS FOR THIS KIND OF IMPROVEMENT!

Usually, we act as the Designated Broker, and perform the entire process—eliminating any drain on the District.

I will give you a call in the next few weeks—to seek your advise.

When possible--please welcome our newest team member, Scott  Pokorney.

Sincerely,


Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC  28203
Direct:  704-405-0113
Cell:  704-953-0918
Toll Free:  800-849-8008
Fax:  704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.