**From:** Brantley Thomas
**Sent:** Wednesday, June 12, 2013 7:57 AM
**To:** 'Pokorney, Stan'
**Subject:** RE: Got---Milk

Exactly !!!

**From:** Pokorney, Stan [mailto:Stan.Pokorney@hubinternational.com]
**Sent:** Wednesday, June 12, 2013 7:54 AM
**To:** Brantley Thomas
**Subject:** RE: Got---Milk

The consultant advised—with our program—AND THE WAY OUR REFERENCES DESCRIBEDED US—A NO BRAINER!!

Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: 704-405-0113
Cell: 704-953-0918
Toll Free: 800-849-8008
Fax: 704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** Brantley Thomas [mailto:Brantley@bcsdschools.net]
**Sent:** Wednesday, June 12, 2013 7:46 AM
**To:** Pokorney, Stan
**Subject:** RE: Got---Milk

Awesome. I guess a little early for em CONGRATS !!!! I hope I helped. BT

**From:** Pokorney, Stan [mailto:Stan.Pokorney@hubinternational.com]
**Sent:** Wednesday, June 12, 2013 7:45 AM
**To:** Brantley Thomas
**Subject:** RE: Got---Milk

NO!!!!!!!!!!!!!!!!!!!!!! I got it!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: 704-405-0113
Cell: 704-953-0918
Toll Free: 800-849-8008
Fax: 704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** Brantley Thomas [mailto:Brantley@bcsdschools.net]
**Sent:** Wednesday, June 12, 2013 7:36 AM
**To:** Pokorney, Stan
**Subject:** Re: Got---Milk

Sorry about that. I talked to Jamie a few weeks ago. Conversation was positive. Did they stay with whomever they were with.

Sent from my iPhone

On Jun 12, 2013, at 7:33 AM, "Pokorney, Stan" <Stan.Pokorney@hubinternational.com> wrote:

NO--------------GOT
GREENVILLE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: 704-405-0113
Cell: 704-953-0918
Toll Free: 800-849-8008
Fax: 704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

Mission: Building upon our rich **Lowcountry traditions**, we will ignite, in every student, a passion for life-long learning. Through dynamic instruction, creative partnerships and exceptional support, we will foster opportunities for each student to build a **legacy of success** .
Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.

Mission: Building upon our rich **Lowcountry traditions**, we will ignite, in every student, a passion for life-long learning. Through dynamic instruction, creative partnerships and exceptional support, we will foster opportunities for each student to build a **legacy of success** .
Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.