**From:**             Brantley Thomas
**Sent:**             Wednesday, May 1, 2013 12:10 PM
**To:**               Connie Myers
**Cc:**               Rainy Talbert; Jacque Carlen; Archie Franchini
**Subject:**          Re: Builder's Risk

We discussed I thought doing that through our carrier. I think it will be cheaper

Sent from my iPhone

On May 1, 2013, at 5:45 AM, "Connie Myers" <MyersConnie@bcsdschools.net> wrote:

> I am not familar with obtaining the insurance-- I don't know what BCSD has normally and customarily done with insurance requirements for construction. My only experience has been Timberland.
> The contracts we have executed with the contractor indicate that we will need to provide a copy of the builder's risk policy to the contractor so they know not to include it in the GMP and they also know what the deductible amount is so they may need to include that amount in the GMP. This requirement is found in the A195 contract para 1.7.2 (3) and also in the A295 General Conditions, Builder's Risk insurance is discussed in Article 11.3.
> Fortunately, we have time to sort this out. The projects are in design and it will be several months before the designs are done and construction can start. My understanding is that you will need to have the insurance policies in place prior to construction starting.
> Hoping you can handle because honestly, I do not know enought about it and do not have the time or resources to spend on it.
> Thank you,
> Connie Myers
> **Capital Projects Manager**
> *Berkeley County School District*
> *2226 Old Highway 52*
> *Moncks Corner, SC 29461*
> Office: (843) 899-8505
> Cell: (843) 609-6253
> Email: MyersConnie@bscdschools.net

**From:** Brantley Thomas
**Sent:** Tuesday, April 30, 2013 5:42 PM
**To:** Connie Myers
**Cc:** Rainy Talbert; Jacque Carlen
**Subject:** Re: Builder's Risk

We we have always done it the other way. Don't agree with the contractor covering that for us.

Sent from my iPhone

On Apr 30, 2013, at 4:59 PM, "Connie Myers" <MyersConnie@bcsdschools.net> wrote:

> Usually the contractors take care of the builder's risk insurance for us so I am not sure what kind of coverage or deductible BCSD wants, needs, or desires. The projects are:
> New Elementary School in Nexton Development (no address yet); Contractor is Contract Construction Company, Irmo SC - Estimated project cost $17 million
> New Elementary School in the Tanner/Foster Creek Area (no address yet); Contractor is RG

Reynolds, Aiken SC- Estimated project cost $17 million
Renovations and Additions to GCHS (Redbank Road, Goose Creek SC); Contractor is
Thompson Turner Construction, Sumtner SC- Estimated project cost $23 million
Addition to Stratford HS. (Crowfield Plantation, Goose Creek, SC) Contractor is MB Kahn
Construction, Columbia SC- Estimated project cost $7 million
Thank you
Connie Myers
**Capital Projects Manager**
*Berkeley County School District*
*2226 Old Highway 52*
*Moncks Corner, SC 29461*
Office: (843) 899-8505
Cell: (843) 609-6253
Email: MyersConnie@bscdschools.net

---

**From:** Rainy Talbert
**Sent:** Monday, April 29, 2013 2:00 PM
**To:** Connie Myers
**Cc:** Brantley Thomas
**Subject:** FW: Builder's Risk

Connie, Will you please answer the questions below from our carrier for our Builders Risk
Policy and carbon copy me for my records?
Thank you,
Lets discuss—as I would need some more info.. Who is general contractor. Presume he is
doing—all projects? Location (city) of each project and approximate distance to ocean?
Chrono (work time-line) for the project? I know Jana has the distances ( to ocean)
somewhere? Geotech report—if you have it?
If you have any knowledge about what the GC is proposing—I.E.—wind flood and quake
deductibles. We would, of course, handle all locations on reporting/rolling basis. YoBro

---

**From:** Brantley Thomas
**Sent:** Monday, April 29, 2013 11:28 AM
**To:** Rainy Talbert
**Subject:** Re: Builder's Risk
Yes. The general contractor for all projects have not been selected.

Sent from my iPhone

On Apr 29, 2013, at 10:55 AM, "Rainy Talbert" <TalbertRainy@bcsdschools.net> wrote:

> Do you want me to forward this to Connie in Maintenance to answer?
> Thanks,

> **From:** Pokorney, Stan [mailto:Stan.Pokorney@hubinternational.com]
> **Sent:** Monday, April 29, 2013 8:41 AM
> **To:** Rainy Talbert
> **Subject:** FW: Builder's Risk
> This info—would get us going—two carriers interested.
> Stanley J. Pokorney
> Senior Vice President

HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: 704-405-0113
Cell: 704-953-0918
Toll Free: 800-849-8008
Fax: 704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** Pokorney, Stan
**Sent:** Wednesday, February 27, 2013 2:19 PM
**To:** 'brantley.thomas1@comcast.net'
**Subject:** RE: Builder's Risk

Lets discuss—as I would need some more info.. Who is general contractor. Presume he is doing—all projects? Location (city) of each project and approximate distance to ocean? Chrono (work time-line) for the project? I know Jana has the distances ( to ocean) somewhere? Geotech report—if you have it?

If you have any knowledge about what the GC is proposing—I.E.—wind flood and quake deductibles. We would, of course, handle all locations on reporting/rolling basis. YoBro

Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: 704-405-0113
Cell: 704-953-0918
Toll Free: 800-849-8008
Fax: 704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** brantley.thomas1@comcast.net [mailto:brantley.thomas1@comcast.net]
**Sent:** Thursday, February 21, 2013 1:35 PM
**To:** Pokorney, Stan
**Subject:** Re: Builder's Risk

Yep. The Superintendent. I have someone talking him out of it.
Sent from my Verizon Wireless BlackBerry

**From:** "Pokorney, Stan" <Stan.Pokorney@hubinternational.com>
**Date:** Thu, 21 Feb 2013 18:09:08 +0000
**To:** 'brantley.thomas1@comcast.net'<brantley.thomas1@comcast.net>
**Subject:** RE: Builder's Risk

If I don't get something (indication) very, very (MIND BOGGLING) strong—

and since your " HIGHER UPS" are pointed that direction---and for **YOUR-- BEST INTEREST AND** PROTECTION---—OK to let the contractor—do.

Seriously—our feelings not hurt!!
Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: 704-405-0113
Cell: 704-953-0918
Toll Free: 800-849-8008
Fax: 704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** brantley.thomas1@comcast.net [mailto:brantley.thomas1@comcast.net]
**Sent:** Thursday, February 21, 2013 11:40 AM
**To:** Pokorney, Stan
**Subject:** Re: Builder's Risk
Cool. Waiting to get approval. The higher ups want to let the contractor carry it. Bt
Sent from my Verizon Wireless BlackBerry

**From:** "Pokorney, Stan" <Stan.Pokorney@hubinternational.com>
**Date:** Thu, 21 Feb 2013 16:23:28 +0000
**To:** 'brantley.thomas1@comcast.net'<brantley.thomas1@comcast.net>
**Subject:** Builder's Risk
Have decided to market—this—and very good responses.
Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: 704-405-0113
Cell: 704-953-0918
Toll Free: 800-849-8008
Fax: 704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.