# CLIENT MANAGEMENT SERVICE FEE AGREEMENT

INSURED: Berkeley County School District

Term of agreement: 12/16/16-17

In consideration of a Client Management Service Fee for <u>Builder's Risk</u> Consulting Services provided, in the amount of <u>$85,000,</u> HUB International Southeast will act as your insurance broker and provide the following services to you:

- Provide dedicated service team to coordinate customized service plan and respond to your insurance needs
- Provide in-depth review of the insurance provisions of your contracts or leases as requested
- Review insurance certificates from third parties as requested. Assist with developing insurance requirements for sub-contractors/vendors
- Provide prompt issuance of insurance certificates and other evidence of coverage form on your behalf
- Assist with claim processing to your insurance carriers
- Coordination of carrier loss control services
- Annual summary/review of loss experience
- Annual review of renewal coverage

This fee is separate from any premiums you may be charged by insurance carriers for your property & casualty insurance policies.

The use of Client Management Service Fee allows us to be fairly compensated for the range of services we will be providing to you. We can charge these fees only if you agree.

I have read and understand the above

Proposed by: _____HUB International Southeast_____    12/16/16

Accepted by: _____    12/16/16

