| | |
|---|---|
| From: | Jones, Renee <Renee.Jones@hubinternational.com> on behalf of Jones, Renee |
| Sent: | Tuesday, November 3, 2015 3:58 PM |
| To: | 'Brantley Thomas';'Rainy Talbert';'Gene Sides';Connie Myers |
| Cc: | Pokorney, Stan;Pokorney, Scott;Schlee-dahmer, Joana |
| Subject: | Builder's Risk Policy for new Philip Simmons High School |
| Attachments: | Original Philip Simmons High School Indication ($10M EQ FL).xls; Revised Philip Simmons High School Indication.xls |

Dear Brantley and Rainy,

We value the trust that you place in us and we always strive to do our best for you. Meeting the needs of the District is most important to us. Several months ago we received a Builder's Risk quote for the new Philip Simmons High School in the amount of $488,173. In talking with Gene Sides about the project he was clear to advise the premium was a little high. We took this to heart and spoke with the carrier, Zurich in hopes that we could help get this cost down for you. After many discussions and a visit from a risk manager at Zurich, it was determined that if you built up 4 or 5 feet we could get better pricing for you. Well great news....**the final revised premium with the new elevation is $224,007**. A **SAVINGS of $264,166**! This not only impacts your Builder's Risk policy premium but should also save on the Property premium when the project is complete.

Thank you for giving us this opportunity to show our commitment to you.

Best wishes,

*Renee' P. Jones, CSRM, CPIA, CISR*
Account Executive
Hub International Southeast Limited
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: (704) 405-0075
Toll Free: (800) 849-8008
Fax: (704) 334-6526
Renee.Jones@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.