| | |
|---|---|
| **From:** | Pokorney, Scott <Scott.Pokorney@hubinternational.com> |
| **Sent:** | Monday, March 16, 2015 12:30 PM |
| **To:** | 'Brantley@bcsdschools.net' |
| **Subject:** | RE: Student Accident Insurance |

Hello Brantley,

Hope you had a good weekend and enjoyed such a beautiful day on Sunday. When it is possible can you please send me the following regarding the student accident insurance:

    Number of student population insured for 2014-2015
    Number of high school and middle school athletes insured for 2104-2015
Copy of the policy<=o:p>
    Total claims paid for 2014-2015 and previous 3 years.

No rush as I know you are very busy. We have formalized a relationship with a new carrier and I think they will be aggressive in competing on the student accident. Please let me know if you need anything from me.

Thank you,

Scott Pokorney
The Schools Team
HUB International Southeast
1001 Morehead Square Drive
Charlotte, NC 28203
Direct: 704/405-0102
Cell: 704/315-7641
Toll Free: 800/849-8008
Fax:704/334-6526
scott.pokorney@hubinternational.com
www.hubinternational.com