Subject:         FW: New York Prime Steakhouse – Myrtle Beach
Location:        405 28th Ave N  Myrtle Beach, SC  29577

Start:   Wed 4/15/2015 9:45 PM
End:     Wed 4/15/2015 11:45 PM

Recurrence:      (none)

Meeting Status: Not yet responded

Organizer:       Steve Huther

When: Wednesday, April 15, 2015 6:45 PM–8:45 PM (GMT–05:00) Eastern Time (US & Canada).
Where: 405 28th Ave N  Myrtle Beach, SC  29577

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Here is information on the restaurant ñ Looking forward to meeting you guys and seeing my buddy Jana!

-----Original Appointment-----
From: Pokorney, Stan On Behalf Of Steve Huther
Sent: Tuesday, January 20, 2015 11:20 AM
To: Steve Huther; Jones, Renee; Brad Caldwell; Ryan Miller; Wesley Riley; Pokorney, Stan; Pokorney, Scott
Subject: FW: New York Prime Steakhouse – Myrtle Beach
When: Wednesday, April 15, 2015 6:45 PM–8:45 PM (GMT–05:00) Eastern Time (US & Canada).
Where: 405 28th Ave N Myrtle Beach, SC 29577



-----Original Appointment-----
From: Steve Huther [mailto:Steve.Huther@selective.com]
Sent: Tuesday, January 20, 2015 11:02 AM
To: Steve Huther; Brad Caldwell; Ryan Miller; Wesley Riley; Pokorney, Stan; Pokorney, Scott
Subject: New York Prime Steakhouse – Myrtle Beach
When: Wednesday, April 15, 2015 6:45 PM–8:45 PM (GMT–05:00) Eastern Time (US & Canada).
Where: 405 28th Ave N Myrtle Beach, SC 29577


This reservation is for 6:45 PM Eastern Daylight Time, local time at

the restaurant.

Golf Magazine's choice for "where to eat with your clients" and "best steakhouse" by The Myrtle Beach
Herald. New York Prime's menu features USDA prime for every steak such as the monster 40oz.
Porterhouse for two, colossal Baked Shrimp and fresh Florida Stone Crabs. The only all-prime experience
on the Grand Strand, New York Prime Steakhouse offers an extensive wine list and seating for large
parties.

(843) 448-8081
Confirmation Number: 1107351890
Special Requests:

Map:
http://maps.google.com/?hl=en&ie=UTF-8&oe=UTF-8&q=405+28th+Ave+N,Myrtle+Beach,SC,29577