| | |
|---|---|
| **From:** | Brantley Thomas <brantley.thomas1@comcast.net> |
| **Sent:** | Thursday, July 16, 2015 5:25 AM |
| **To:** | Brantley Thomas |
| **Subject:** | Fwd: Student Accident Insurance |
| **Attachments:** | Berkeley BOR Stud Accd letter.docx; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Pokorney, Scott" <Scott.Pokorney@hubinternational.com>
> **Date:** July 15, 2015 at 3:22:16 PM EDT
> **To:** 'Brantley Thomas' <brantley.thomas1@comcast.net>
> **Subject: RE: Student Accident Insurance**
>
> Brantley,
> Attached is the word document to put on your letterhead and return to us. I just got off the phone with Mike from Bollinger and there should not be anything else needed. Please sign and return at your earliest convenience. Also, give Rainy the heads up that we are going to make sure her job does not become more difficult (than it already is). Thank you for your faith in us as we fight for your district. Have fun in Deutchland!
> Danke and Auf Wiedersehen,
> Scott Pokorney
> Sales Associate
> HUB International Southeast
> 1001 Morehead Square Drive
> Charlotte, NC 28203
> Direct: 704/405-0102
> Cell: 704/315-7641
> Toll Free: 800/849-8008
> Fax:704/334-6526
> scott.pokorney@hubinternational.com
> www.hubinternational.com

7/15/2015


Young Group
 256 West Millbrook Road
Raleigh, NC  27609


Doug,

Please immediately (waiving any wait period) recognize Scott Pokorney of Hub International Southeast as our exclusive broker of record for our Student Accident Insurance policy renewing 8/1/2015.  As such, Mr. Pokorney should have access to our records and be able to negotiate on our behalf.

Sincerely,



Brantley Thomas
Chief Financial Officer