From:     Brantley Thomas
Sent:     Friday, November 9, 2012 7:57 AM
To:       'Pokorney, Jana'
Cc:       Pokorney, Stan
Subject:          RE: Cyber Policy

I would like to see it.

Thanks
BT

-----Original Message-----
From: Pokorney, Jana [mailto:Jana.Pokorney@hubinternational.com]
Sent: Friday, November 02, 2012 9:03 AM
To: Brantley Thomas
Cc: Pokorney, Stan
Subject: RE: Cyber Policy

Hi there – yes, there is a Cyber Liability policy/coverage.  I can
forward an application to you if you'd like.
Just let us know!

Jana L. Pokorney
Account Executive
HUB International Southeast
Direct:  704-405-0067

Confidentiality Notice: This electronic message, together with its
attachments, if any, is intended to be
viewed only by the individual to whom it is addressed. It may contain
information that is privileged,
confidential, protected health information and/or exempt from
disclosure under applicable law. Any
dissemination, distribution or copying of this communication is
strictly prohibited without our prior
permission. If the reader of this message is not the intended
recipient or if you have received this
communication in error, please notify us immediately by return e-mail
and delete the original message
and any copies of it from your computer system.


-----Original Message-----
From: Brantley Thomas [mailto:Brantley@bcsdschools.net]
Sent: Friday, November 02, 2012 7:59 AM
To: Pokorney, Stan; Pokorney, Jana
Subject: Cyber Policy

Do ya'll offer a policy on cyber attacks ?   Bt

_____

Mission: Building upon our rich Lowcountry traditions, we will ignite, in every student, a passion for life-
long learning. Through dynamic instruction, creative partnerships and exceptional support, we will
foster opportunities for each student to build a legacy of success .
Berkeley County School District provides employee E-mail access for administrative and instructional
use. E-mail correspondence to/from Berkeley County School District is considered public information
and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.

_____

**From:**          Jones, Renee <Renee.Jones@hubinternational.com>
**Sent:**          Tuesday, July 9, 2013 10:27 AM
**To:**            Rainy Talbert
**Cc:**            Brantley Thomas
**Subject:**       Cyber Liability Application
**Attachments:**   Berkeley AIG Cyber App with Media Content.pdf - Adobe Acrobat Pro.pdf

Dear Rainy,

I have attached the Cyber Liability application. It is in an electronic format so you should be able to scroll through the app fairly easy. I have tried to complete as much as I can but need your help with the questions. If you could complete, sign and return to me asap that would be great. Please let me know should you have any questions.

Thanks,

***Renee' P. Jones, CPIA, CISR***
Technical Account Manager
Hub International Southeast Limited
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: (704) 405-0075
Toll Free: (800) 849-8008
Fax: (704) 334-6526
Renee.Jones@hubinternational.com
www.hubinternational.com


Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.