

# Client Loss Report

**BERKELEY COUNTY SCHOOL**

| Policy | Policy Period | Claim Number | Loss Date | Reported Date | Claimant Name | Cause Loss Description | Claim Status | Total Incurred | Total Incurred Details |
|---|---|---|---|---|---|---|---|---|---|
| **IMP 6002169** | | | | | | **3** Claim Count | | | |
| IMP 6002169 | 08/28/2013 to 08/28/2014 | 571567125 | 02/24/2014 | 03/11/2014 | BERKELEY COUNTY SCHOOL | Inland Marine - Other Than Transportation:GATOR SLID & HIT POLE AT GOOSE CREEK HIGH SCHOOL | Closed | $2,500.00 | Reserve:+ $0.00<br>Loss Paid:+ $2,500.00<br>Expense:+ $0.00<br>Recovery:- $0.00 |
| | | | **1** Claim Count | | | | | $2,500.00 | Subtotal for Policy Period |
| | 08/28/2012 to 08/28/2013 | No Losses | | | | | | $ 0.00 | |
| | | | **0** Claim Count | | | | | $ 0.00 | Subtotal for Policy Period |
| | 08/28/2011 to 08/28/2012 | No Losses | | | | | | $ 0.00 | |
| | | | **0** Claim Count | | | | | $ 0.00 | Subtotal for Policy Period |
| | 08/28/2010 to 08/28/2011 | 571556488 | 02/24/2011 | 03/23/2011 | BERKELEY COUNTY SCHOOL | Inland Marine - Other Than Transportation:THEFT OF MOWER | Closed | $5,558.87 | Reserve:+ $0.00<br>Loss Paid:+ $5,558.87<br>Expense:+ $0.00<br>Recovery:- $0.00 |
| | | | **1** Claim Count | | | | | $5,558.87 | Subtotal for Policy Period |
| | 08/28/2009 to 08/28/2010 | No Losses | | | | | | $ 0.00 | |
| | | | **0** Claim Count | | | | | $ 0.00 | Subtotal for Policy Period |
| | 08/28/2008 to 08/28/2009 | No Losses | | | | | | $ 0.00 | |
| | | | **0** Claim Count | | | | | $ 0.00 | Subtotal for Policy Period |
| | 08/28/2007 to 08/28/2008 | No Losses | | | | | | $ 0.00 | |
| | | | **0** Claim Count | | | | | $ 0.00 | Subtotal for Policy Period |
| | 08/28/2006 to 08/28/2007 | 571542027 | 07/11/2007 | 07/30/2007 | BERKELEY COUNTY SCHOOL | Inland Marine - Other Than Transportation:TRACTOR APPARENTLY HIT SOMETHING WHICH CAUSED A CHAIN REACTI | Closed | $435.40 | Reserve:+ $0.00<br>Loss Paid:+ $0.00<br>Expense:+ $435.40<br>Recovery:- $0.00 |
| | | | **1** Claim Count | | | | | $435.40 | Subtotal for Policy Period |
| | | | **3** Claim Count | | | | | $8,494.27 | **Total for IMP 6002169** |
| | | | **3** Total Claim Count | | | | | 8,494.27 | **Total For Customer** |