Policy History Report (Non-Cargo) -  Master Policy # 0093061646    (1/1)

# Policy History Report

Extract Date: 8/5/2017



Master Policy # 0093061646

| | |
|---|---|
| Insured | **BERKELEY COUNTY SCHOOL DISTRI** |
| Agent | **RISK PLACEMENT SVCS OF GA [14901]** |

| Policy | Effective Date | Expiration Date | Clm. All | Clm. Open | Indemnity Paid | Expenses Paid | Recovery Paid | Recovery Expenses Paid | Indemnity Reserves | Expenses Reserves | Total Incurred |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0093061646 | 08/28/2014 | 08/28/2015 | 2 | 0 | $8,143 | $0 | $0 | $0 | $0 | $0 | $8,143 |
| 0093061646 | 08/28/2015 | 08/28/2016 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0093061646 | 08/28/2016 | 08/28/2017 | 1 | 0 | $5,475 | $0 | $0 | $0 | $0 | $0 | $5,475 |
| | | **TOTAL** | 3 | 0 | $13,618 | $0 | $0 | $0 | $0 | $0 | $13,618 |