| | |
|---|---|
| **From:** | Rainy Talbert <TalbertRainy@bcsdschools.net> on behalf of Rainy Talbert |
| **Sent:** | Tuesday, August 30, 2016 4:10 PM |
| **To:** | Brantley Thomas; Jones, Renee |
| **Subject:** | RE: Inland Marine - Add TRIA? |

That's fine with me

Rainy Talbert
Risk Manager
Berkeley County School District
229 E. Main Street/PO Box 128
Moncks Corner, SC 29461
843-899-8731
Fax: 843-899-8605
talbertrainy@bcsdschools.net

---

**From:** Brantley Thomas [mailto:brantley.thomas1@comcast.net]
**Sent:** Tuesday, August 30, 2016 9:56 AM
**To:** Jones, Renee <Renee.Jones@hubinternational.com>
**Cc:** Rainy Talbert <TalbertRainy@bcsdschools.net>
**Subject:** Re: Inland Marine - Add TRIA?

Let's carry it.

Sent from my iPhone

On Aug 30, 2016, at 9:45 AM, Jones, Renee <Renee.Jones@hubinternational.com> wrote:

> Rainy the terrorism is elective.  With all the crazy acts going on today we are recommending it to all clients this year.  All Districts decided to add it this year.
>
> If you don't want to carry it just let me know and I will have you sign a rejection form.
>
> Thanks,
>
> *Renee' P. Jones, CSRM, CPIA, CISR*
> Account Executive
> Hub International Southeast Limited
> 1001 Morehead Square Drive, Suite 400
> Charlotte, NC 28203
> Direct: (704) 405-0075
> Toll Free: (800) 849-8008
> Fax: (704) 334-6526
> Renee.Jones@hubinternational.com
> www.hubinternational.com
>
> Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this

communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** Rainy Talbert [mailto:TalbertRainy@bcsdschools.net]
**Sent:** Monday, August 29, 2016 4:43 PM
**To:** Jones, Renee
**Subject:** RE: Inland Marine - Add TRIA?

Do we have to purchase it?  I know we discussed something like that being mandatory. . . I thought

Rainy Talbert
Risk Manager
Berkeley County School District
229 E. Main Street/PO Box 128
Moncks Corner, SC 29461
843-899-8731
Fax: 843-899-8605
talbertrainy@bcsdschools.net

**From:** Jones, Renee [mailto:Renee.Jones@hubinternational.com]
**Sent:** Friday, August 26, 2016 1:04 PM
**To:** Rainy Talbert <TalbertRainy@bcsdschools.net>
**Subject:** Re: Inland Marine - Add TRIA?

Brantley had replied yes....just let me know which?

Sent from my iPhone

On Aug 26, 2016, at 12:46 PM, Rainy Talbert <TalbertRainy@bcsdschools.net> wrote:

> No
>
> Rainy Talbert
> Risk Manager
> Berkeley County School District
> 229 E. Main Street/PO Box 128
> Moncks Corner, SC 29461
> 843-899-8731
> Fax: 843-899-8605
> talbertrainy@bcsdschools.net
>
> **From:** Jones, Renee [mailto:Renee.Jones@hubinternational.com]
> **Sent:** Wednesday, August 24, 2016 12:05 PM
> **To:** Brantley Thomas (brantley.thomas1@comcast.net) <brantley.thomas1@comcast.net>
> **Cc:** Rainy Talbert <TalbertRainy@bcsdschools.net>
> **Subject:** Inland Marine - Add TRIA?

Do you want me to add TRIA to the inland marine renewal policy? It was excluded in year's past but I have to offer it to you this year.  The additional premium would be $777.

Thanks,

*Renee' P. Jones, CSRM, CPIA, CISR*
*Account Executive*
Hub International Southeast Limited
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: (704) 405-0075
Toll Free: (800) 849-8008
Fax: (704) 334-6526
Renee.Jones@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**Vision:** Empower all students for success.
**Mission:**
In partnership with our community, ignite in every student a passion for world-class knowledge and skills through dynamic instruction and personalized educational opportunities.

Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.

**Vision:** Empower all students for success.
**Mission:**
In partnership with our community, ignite in every student a passion for world-class knowledge and skills through dynamic instruction and personalized educational opportunities.

Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.

**Vision:** Empower all students for success.
**Mission:**
In partnership with our community, ignite in every student a passion for world-class knowledge and skills through dynamic instruction and personalized educational opportunities.

Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.