| | |
|---|---|
| **From:** | Danny Deal <ddeal@scsba.org> on behalf of Danny Deal |
| **Sent:** | Monday, March 14, 2016 10:57 AM |
| **To:** | Brantley Thomas |
| **Cc:** | Pokorney, Stan;Rainy Talbert;Steve Mann |
| **Subject:** | RE: Insurance Reviews |

Hey, Brantley,

I'll be glad to give Stan anything he needs, and good luck with the research and review.

Danny

Danny Deal
Assistant Director
Workers' Compensation
SC School Boards Insurance Trust
111 Research Drive
Columbia, SC 29203
Direct Phone – 803.988.0240
Direct Fax – 877-537-5976
ddeal@scsba.org

---

**From:** Brantley Thomas [mailto:Brantley@bcsdschools.net]
**Sent:** Monday, March 14, 2016 10:47 AM
**To:** Danny Deal <ddeal@scsba.org>
**Cc:** Pokorney, Stan <Stan.Pokorney@hubinternational.com>; Rainy Talbert <TalbertRainy@bcsdschools.net>
**Subject:** Insurance Reviews

Danny,  We missed you at SCASBO.

Our new Superintendent has asked us to have an independent review all of our major insurance policies including P/C, Auto, student accident and Workers Comp and others.  She has also asked to look at other professional services like audit, sub services and the like.

We have asked Hub International to do a review of the Worker's Compensation program we have with the SBT. Please furnish any information that they request—directly to them.

Thanks Brantley


*Brantley Thomas*
*Berkeley County Schools*
*Chief Financial Officer*
*Brantley@bcsdschools.net*
*843-899-8658*

Mission: Building upon our rich **Lowcountry traditions**, we will ignite, in every student, a passion for life-long learning. Through dynamic instruction, creative partnerships and exceptional support, we will foster opportunities for each student to build a **legacy of success** .
Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.

=