| | |
|---|---|
| **From:** | Jones, Renee <Renee.Jones@hubinternational.com> |
| **Sent:** | Monday, August 15, 2016 12:34 PM |
| **To:** | Rainy Talbert (TalbertRainy@bcsdschools.net); Brantley Thomas (Brantley@bcsdschools.net) |
| **Subject:** | FW: Visit on 8/25 |

In discussion with Stan this morning he wanted me to reach out to you and advise that Hub will be taking care of the accommodations while you are here. I feel it would be best if you drive up Wednesday 8/24 in the afternoon and get settled in. We will be making dinner plans as well. Stan lives just a few minutes away from the hotel and will be your driver (ha-ha). Also, the traffic on Thursday afternoon will be very hectic so we want to extend the offer of staying Thursday night as well and drive home on Friday.

This is totally your call; we just want to make this as easy as possible. Please advise at your earliest convenience what you decide so that we can make appropriate arrangements.

Thanks,

*Renee' P. Jones, CSRM, CPIA, CISR*
*Account Executive*
Hub International Southeast Limited
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: (704) 405-0075
Toll Free: (800) 849-8008
Fax: (704) 334-6526
Renee.Jones@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

---

**From:** Jones, Renee
**Sent:** Friday, August 12, 2016 2:23 PM
**To:** 'Rainy Talbert'
**Subject:** RE: Visit

Will ya'll be coming down and staying Wed night or driving up Thurs morning?

*Renee' P. Jones, CSRM, CPIA, CISR*
*Account Executive*
Hub International Southeast Limited
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: (704) 405-0075
Toll Free: (800) 849-8008
Fax: (704) 334-6526
Renee.Jones@hubinternational.com

www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

---

**From:** Rainy Talbert [mailto:TalbertRainy@bcsdschools.net]
**Sent:** Friday, August 12, 2016 8:53 AM
**To:** Jones, Renee
**Subject:** RE: Visit

Brantley and I are planning on coming

Rainy Talbert
Risk Manager
Berkeley County School District
229 E. Main Street/PO Box 128
Moncks Corner, SC 29461
843-899-8731
Fax: 843-899-8605
talbertrainy@bcsdschools.net

---

**From:** Jones, Renee [mailto:Renee.Jones@hubinternational.com]
**Sent:** Thursday, August 11, 2016 1:43 PM
**To:** Rainy Talbert <TalbertRainy@bcsdschools.net>
**Subject:** FW: Visit

Rainy, any news on if you can make this? I am not trying to be pushy but the Cyber guy is trying to coordinate with us and another client on his visit. Another thing to consider, you may want to bring your IT guy with you as I am sure it would benefit him.

Thanks,

*Renee' P. Jones, CSRM, CPIA, CISR*
Account Executive
Hub International Southeast Limited
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: (704) 405-0075
Toll Free: (800) 849-8008
Fax: (704) 334-6526
Renee.Jones@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** Jones, Renee
**Sent:** Wednesday, August 10, 2016 1:12 PM
**To:** Rainy Talbert (TalbertRainy@bcsdschools.net)
**Cc:** Brantley Thomas (Brantley@bcsdschools.net)
**Subject:** Visit

Rainy, can y'all come up on Thursday 8/25 for a 9am meeting?  You could come up on Wednesday night and go home on Friday....

Thanks,

*Renee' P. Jones, CSRM, CPIA, CISR*
Account Executive
Hub International Southeast Limited
1001 Morehead Square Drive, Suite 400
Charlotte, NC 28203
Direct: (704) 405-0075
Toll Free: (800) 849-8008
Fax: (704) 334-6526
Renee.Jones@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**Vision:** Empower all students for success.
**Mission:**
In partnership with our community, ignite in every student a passion for world-class knowledge and skills through dynamic instruction and personalized educational opportunities.

Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.

```
From:    Brantley Thomas <brantley.thomas1@comcast.net> on behalf of
Brantley
Thomas
Sent:    Tuesday, August 23, 2016 4:11 PM
To:      Jones, Renee
Cc:      Rainy Talbert
Subject:         Re: Hey
```

Perfect.

Sent from my iPhone

> On Aug 23, 2016, at 2:56 PM, Jones, Renee <Renee.Jones@hubinternational.com> wrote:
>
> I am glad she will come.  Since we are getting 3 massages now they are moving everyone to 4 and
> Stanley will be coming to get you around 3:15.
>
> We all good?
>
> Renee' P. Jones, CSRM, CPIA, CISR
> Account Executive
> Hub International Southeast Limited
> 1001 Morehead Square Drive, Suite 400
> Charlotte, NC 28203
> Direct: (704) 405-0075
> Toll Free: (800) 849-8008
> Fax: (704) 334-6526
> Renee.Jones@hubinternational.com
> www.hubinternational.com
>
> Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be
> viewed only by the individual to whom it is addressed. It may contain information that is privileged,
> confidential, protected health information and/or exempt from disclosure under applicable law. Any
> dissemination, distribution or copying of this communication is strictly prohibited without our prior
> permission. If the reader of this message is not the intended recipient or if you have received this
> communication in error, please notify us immediately by return e-mail and delete the original message
> and any copies of it from your computer system.
>
>
>
>
> -----Original Message-----

```
> From: Rainy Talbert [mailto:TalbertRainy@bcsdschools.net]
> Sent: Tuesday, August 23, 2016 2:44 PM
> To: Jones, Renee
> Subject: RE: Hey
>
> Ok she is Def coming and would love a massage too.  Thank you so
much!!!!
>
> Rainy Talbert
> Risk Manager
> Berkeley County School District
> 229 E. Main Street/PO Box 128
> Moncks Corner, SC 29461
> 843-899-8731
> Fax: 843-899-8605
> talbertrainy@bcsdschools.net
>
>
> -----Original Message-----
> From: Jones, Renee [mailto:Renee.Jones@hubinternational.com]
> Sent: Tuesday, August 23, 2016 2:37 PM
> To: Rainy Talbert <TalbertRainy@bcsdschools.net>
> Subject: FW: Hey
>
> I forgot to cc you on this.
>
> Renee' P. Jones, CSRM, CPIA, CISR
> Account Executive
> Hub International Southeast Limited
> 1001 Morehead Square Drive, Suite 400
> Charlotte, NC 28203
> Direct: (704) 405-0075
> Toll Free: (800) 849-8008
> Fax: (704) 334-6526
> Renee.Jones@hubinternational.com
> www.hubinternational.com
>
> Confidentiality Notice: This electronic message, together with its
attachments, if any, is intended to be
viewed only by the individual to whom it is addressed. It may contain
information that is privileged,
confidential, protected health information and/or exempt from
disclosure under applicable law. Any
dissemination, distribution or copying of this communication is
strictly prohibited without our prior
permission. If the reader of this message is not the intended
recipient or if you have received this
communication in error, please notify us immediately by return e-mail
and delete the original message
and any copies of it from your computer system.
```

```
>
>
>
>
> -----Original Message-----
> From: Jones, Renee
> Sent: Tuesday, August 23, 2016 2:36 PM
> To: 'Brantley Thomas'
> Subject: RE: Hey
>
> Brantley,
>
> Stanley said to invite Rainy's friend to dinner absolutely.  Of
course there is no charge, and if she wants
a massage with Rainy we can get that also, no cost.  Just let me know
ASAP.
>
> Can't wait to see ya.
>
> Renee' P. Jones, CSRM, CPIA, CISR
> Account Executive
> Hub International Southeast Limited
> 1001 Morehead Square Drive, Suite 400
> Charlotte, NC 28203
> Direct: (704) 405-0075
> Toll Free: (800) 849-8008
> Fax: (704) 334-6526
> Renee.Jones@hubinternational.com
> www.hubinternational.com
>
> Confidentiality Notice: This electronic message, together with its
attachments, if any, is intended to be
viewed only by the individual to whom it is addressed. It may contain
information that is privileged,
confidential, protected health information and/or exempt from
disclosure under applicable law. Any
dissemination, distribution or copying of this communication is
strictly prohibited without our prior
permission. If the reader of this message is not the intended
recipient or if you have received this
communication in error, please notify us immediately by return e-mail
and delete the original message
and any copies of it from your computer system.
>
>
>
>
> -----Original Message-----
> From: Brantley Thomas [mailto:brantley.thomas1@comcast.net]
> Sent: Tuesday, August 23, 2016 2:17 PM
```

```
> To: Jones, Renee
> Subject: Re: Hey
>
> We should be fine. Why don't we just plan to meet you at the
restaurant. I can uber or we can drive.
>
> Also I'm not sure if it would work and no big deal but I just
learned Rainy has invited a friend to come
as well. Rainy told the friend that her dinner was  on her own for
dinner. And on Thursday we would get
her after our meetings.
>
> Would it work  to add one more to dinner I'll take her tab. And if
it doesn't work no big deal.
>
> She's confirming to make sure the friend is 100 percent coming.
>
> Bt
>
> Sent from my iPhone
>
>> On Aug 23, 2016, at 2:00 PM, Jones, Renee
<Renee.Jones@hubinternational.com> wrote:
>>
>> I was hoping to change the massage times but could not so I talked
to Stan about it and he said
although our dinner reservation was at 6 we could be a little late or
we could just go to the bar and have
a drink until y'all can come, no rush.
>>
>> Renee' P. Jones, CSRM, CPIA, CISR
>> Account Executive
>> Hub International Southeast Limited
>> 1001 Morehead Square Drive, Suite 400 Charlotte, NC 28203
>> Direct: (704) 405-0075
>> Toll Free: (800) 849-8008
>> Fax: (704) 334-6526
>> Renee.Jones@hubinternational.com
>> www.hubinternational.com
>>
>> Confidentiality Notice: This electronic message, together with its
attachments, if any, is intended to
be viewed only by the individual to whom it is addressed. It may
contain information that is privileged,
confidential, protected health information and/or exempt from
disclosure under applicable law. Any
dissemination, distribution or copying of this communication is
strictly prohibited without our prior
permission. If the reader of this message is not the intended
recipient or if you have received this
```

```
communication in error, please notify us immediately by return e-mail
and delete the original message
and any copies of it from your computer system.
>>
>>
>>
>>
>> -----Original Message-----
>> From: Brantley Thomas [mailto:brantley.thomas1@comcast.net]
>> Sent: Tuesday, August 23, 2016 1:26 PM
>> To: Jones, Renee
>> Subject: Hey
>>
>> Were you able to move the dinner reservation to a little later
time. ?
>>
>> Sent from my iPhone
>
>
>
>
>
>
>
>
>
>
> _____
> Vision: Empower all students for success.
> Mission:
> In partnership with our community, ignite in every student a passion
for world-class knowledge and
skills through dynamic instruction and personalized educational
opportunities.
>
> Berkeley County School District provides employee E-mail access for
administrative and instructional
use. E-mail correspondence to/from Berkeley County School District is
considered public information
and subject to release under the South Carolina Freedom Of Information
Act or pursuant to subpoena.
> _____
```