## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

**BERKELEY COUNTY SCHOOL DISTRICT,**

        Plaintiff,

v.                                        **CIVIL ACTION NO. 2:18-cv-00151-DCN**

**HUB INTERNATIONAL LIMITED,**
**HUB INTERNATIONAL MIDWEST LIMITED,**
**KNAUFF INSURANCE AGENCY, INC.,**
**STANLEY J. POKORNEY,**
**SCOTT POKORNEY, and**
**BRANTLEY THOMAS,**

        Defendants.

### DECLARATION OF MARCIA ABRAHAMSON

I, Marcia Abrahamson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Marcia Abrahamson. I have personal knowledge of the facts set forth in this Declaration. I submit this declaration in opposition to Defendants' Motion to Enforce Arbitration Agreements filed by Hub International Limited and Hub International Midwest Limited (the "Hub Defendants") in this matter.

2. I am employed by the Berkeley County School District (the "District") in Moncks Corner, South Carolina in the position of Director of Procurement and Contracting. I have been employed by the District since February 5, 1996. I have twenty-two years of progressive experience in public procurement with the school district, and participate in public procurement associations and trainings to continually update and refine my knowledge of procurement laws and regulations. I possess the Certified Professional Public Buyer (CPPB) designation through the Universal Public Procurement

Certification Council (UPPCC) demonstrating my competency in public procurement. I have also completed all of the coursework required to earn the State of South Carolina's Technology, Level I, Level II, and Level III procurement certifications. The duties of my position includes all functions related to the formal bidding process, and the management of the procurements conducted to acquire all goods and services for Berkeley County School District. My job requires extensive knowledge of the South Carolina Procurement Code, Berkeley County School District Procurement Code, and all Berkeley County School District policies and procedures related to finance, purchasing, and contracting. I have extensive knowledge of the paper files and records maintained within the finance office, as well as the electronic records management program. I am adept at navigating the District's financial software to generate reports and understand how to search and locate electronic records housed in Berkeley County School District's electronic records management program. I have been instrumental in recommending changes to the electronic records management program to streamline the search process. Additionally, I have knowledge of the files kept by other employees within the finance office, and the general duties and authority of each employee within the department.

3. I have reviewed the purported consulting agreements located at Exhibits D through G to the Declaration of Julia B. Benfield attached to the Motion to Enforce Arbitration Agreements filed by the Hub Defendants (the "Benfield Declaration").

4. I have overseen a thorough search of the District's records, including those in the office of Brantley Thomas, the District's former Chief Financial Officer, for copies of the consulting agreements located at Exhibits D through G to the Benfield Declaration.

The search of the District's records has concluded and the consulting agreements at Exhibits D through G to the Benfield Declaration have not been located.

5. I am also familiar with the procurement code and the regulations of the District and the State of South Carolina relating to the procurement of services, including consulting services, and can attest that Brantley Thomas, in his position as Chief Financial Officer, did not have any authority to unilaterally contract for the procurement of insurance consulting services provided for in Exhibits D through G on behalf of the District during the period from 2005 through the present.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of March, 2018.

*Marcia S. Abrahamson*