BERKELEY COUNTY SCHOO
FY 2017-2018
BOTH OPEN & PAID VOU
CHECK DATES 07/01/1996 TO 06/30/2018   PAY DAT
ALL VENDORS

| VOUCHER NUMBER | | PAY/CHECK DATE | INVOICE NUMBER |
|---|---|---|---|
| 374610  KNAUFF INSURANCE INCORPORATED | | | |
| 434805 | 100-2540324-114-012  BOND INSURANCE | 07/08/2004 | 44556 |
| 434806 | 100-2540324-114-001  INLAND MARINE INSURANCE | 07/08/2004 | 44440 |
| 434807 | 500-2530324-114-000  Builders Risk Insurance | 07/08/2004 | 44510 |
| 434808 | 100-2540324-114-005  SCHOOL BOARD LIABILITY | 07/08/2004 | 44597 |
| 434809 | 100-2540324-114-000  PROPERTY INSURANCE | 07/08/2004 | 44557 |
| 434810 | 100-2540324-114-002  UMBRELLA LIABILITY | 07/08/2004 | 44591 |
| 434811 | 100-2540324-114-007  TRAVEL LIABILITY | 07/08/2004 | 44512 |
| 435689 | 500-2530324-114-000  Builders Risk Insurance | 07/22/2004 | 44829 |
| 437222 | 500-2530324-114-000  Builders Risk Insurance | 07/27/2004 | 44984 |
| 441011 | 100-2540324-114-000  PROPERTY INSURANCE | 08/26/2004 | 45349 |
| 441012 | 100-2540324-114-000  PROPERTY INSURANCE | 08/26/2004 | 45009 |
| 441013 | 100-2540324-114-000  PROPERTY INSURANCE | 08/26/2004 | 45010 |
| 441700 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 09/03/2004 | 45496 |
| 442464 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 09/09/2004 | 45617 |
| 444527 | 100-2540324-114-000  PROPERTY INSURANCE | 09/24/2004 | 45838 |
| 449169 | 500-2530324-114-000  Builders Risk Insurance | 10/29/2004 | 46329 |
| 449170 | 100-2540324-114-000  PROPERTY INSURANCE | 10/29/2004 | 46290 |
| 450551 | 500-2530324-114-000  Builders Risk Insurance | 11/11/2004 | 46585 |
| 452021 | 100-2540324-114-000  PROPERTY INSURANCE | 11/22/2004 | 46720 |
| 454965 | 100-2540324-114-000  PROPERTY INSURANCE | 12/21/2004 | 47066 |
| 455894 | 500-2530324-114-000  Builders Risk Insurance | 01/06/2005 | 47159 |
| 455895 | 100-2540324-114-000  PROPERTY INSURANCE | 01/06/2005 | 47160 |
| 455897 | 500-2530324-114-000  Builders Risk Insurance | 01/06/2005 | 47393 |
| 458167 | 100-2540324-114-000  PROPERTY INSURANCE | 01/25/2005 | 47564 |
| 460088 | 100-2540324-114-000  PROPERTY INSURANCE | 02/11/2005 | 47732 |
| 462022 | 100-2540324-114-000  PROPERTY INSURANCE | 03/04/2005 | 48001 |

| 464374 | 100-2540324-114-000  PROPERTY INSURANCE | 03/24/2005 | 48438 |
|--------|------------------------------------------|------------|-------|
| 465372 | 589-2530324-118-000  Insurance for SAFE Issue | 04/08/2005 | 48526 |
| 467930 | 500-2530324-114-000  Builders Risk Insurance | 05/06/2005 | 48913 |
| 468605 | 500-2530324-114-000  Builders Risk Insurance | 05/12/2005 | 48832 |
| 470920 | 500-2530324-114-000  Builders Risk Insurance | 06/03/2005 | 49360 |
| 473842 | 500-2530324-114-000  Builders Risk Insurance | 06/30/2005 | 49807 |
| 474259 | 100-2540324-114-005  SCHOOL BOARD LIABILITY | 07/14/2005 | 50060 |
| 474260 | 100-2540324-114-012  BOND INSURANCE | 07/14/2005 | 50061 |
| 474261 | 100-2540324-114-002  UMBRELLA LIABILITY | 07/14/2005 | 50059 |
| 474280 | 500-2530324-114-000  Builders Risk Insurance | 07/14/2005 | 49919 |
| 479305 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 08/25/2005 | 50762 |
| 481270 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 09/09/2005 | 50898 |
| 481830 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 09/15/2005 | 51123 |
| 481835 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 09/15/2005 | 51121 |
| 481840 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 09/15/2005 | 51122 |
| 493556 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 12/09/2005 | 52239 |
| 499361 | 100-2540324-114-000  PROPERTY INSURANCE | 02/03/2006 | 0010581 |
| 500941 | 500-2530324-114-000  Builders Risk Insurance | 02/17/2006 | 53452 |
| 502458 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 02/24/2006 | 53517 |
| 508906 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 04/04/2006 | 54210 |
| 512147 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 05/05/2006 | 54562 |
| 514578 | 500-2530324-114-000  Builders Risk Insurance | 05/26/2006 | 54973 |
| 517389 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 06/30/2006 | 55501 |
| 518146 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 07/14/2006 | 55646 |
| 518150 | 100-2540324-114-000  PROPERTY INSURANCE | 07/14/2006 | 55639 |
| 518155 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 07/14/2006 | 55613 |
| 518161 | 100-2540324-114-000  PROPERTY INSURANCE | 07/14/2006 | 55664 |
| 523484 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 08/30/2006 | 56426 |
| 525633 | 400-5000690-100-000  COI-2005 Bond Refunding | 09/15/2006 | 56380 |
| 525723 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 09/15/2006 | 56467 |
| 525724 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 09/15/2006 | 56593 |
| 530606 | 100-2540324-114-000  PROPERTY INSURANCE | 10/20/2006 | 57141 |
| 533474 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 11/10/2006 | 57502 |
| 535924 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 11/30/2006 | 57835 |
| 537698 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 12/15/2006 | 58137 |

| 537699 | 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 12/15/2006 | 58136 |
|--------|---------------------|----------------------------------|------------|-------|
| 552148 | 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 04/13/2007 | 59703 |
| 559062 | 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 06/07/2007 | 60413 |
| 561717 | 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 07/13/2007 | 60746 |
| 561720 | 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 07/13/2007 | 60748 |
| 561722 | 100-2540324-114-000 | PROPERTY INSURANCE | 07/13/2007 | 60747 |
| 561724 | 100-2540324-114-000 | PROPERTY INSURANCE | 07/13/2007 | 60745 |
| 565631 | 590-2530324-114-000 | Builders Risk Insurance | 08/16/2007 | 61567 |
| 565632 | 590-2530324-114-000 | Builders Risk Insurance | 08/16/2007 | 61566 |
| 566978 | 100-2540324-114-000 | PROPERTY INSURANCE | 08/30/2007 | 61721 |
| 567891 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/06/2007 | 61807 |
| 578930 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 12/07/2007 | 63140 |
| 596249 | 100-2540324-114-000 | PROPERTY INSURANCE | 04/25/2008 | 64721 |
| 598383 | 100-2540324-114-000 | PROPERTY INSURANCE | 05/16/2008 | 65390 |
| 599123 | 100-0000192-000-000 | PREPAID EXPENSES | 05/23/2008 | 65408 |
| 599306 | 100-2540324-114-000 | PROPERTY INSURANCE | 05/23/2008 | 65423 |
| 602468 | 100-2540324-114-000 | PROPERTY INSURANCE | 06/27/2008 | 65846 |
| 602469 | 100-2540324-114-000 | PROPERTY INSURANCE | 06/27/2008 | 65869 |
| 611923 | 100-2540324-114-000 | PROPERTY INSURANCE | 10/03/2008 | 66831 |
| 611929 | 100-2540324-114-000 | PROPERTY INSURANCE | 10/03/2008 | 66834 |
| 611935 | 100-2540324-114-000 | PROPERTY INSURANCE | 10/03/2008 | 66811 |
| 613111 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 10/17/2008 | 67362 |
| 627840 | 100-2540324-114-000 | PROPERTY INSURANCE | 03/13/2009 | 69075 |
| 630737 | 100-2540324-114-000 | PROPERTY INSURANCE | 04/17/2009 | 69425 |
| 633439 | 100-2540324-114-000 | PROPERTY INSURANCE | 05/22/2009 | 69891 |
| 633440 | 100-2540324-114-000 | PROPERTY INSURANCE | 05/22/2009 | 69776 |
| 633628 | 100-2540324-114-000 | PROPERTY INSURANCE | 05/22/2009 | 69912 |
| 638033 | 100-2540324-114-000 | PROPERTY INSURANCE | 07/31/2009 | 70889 |
| 638034 | 100-2540324-114-000 | PROPERTY INSURANCE | 07/31/2009 | 70640 |
| 640812 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/18/2009 | 71523 |
| 640813 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/18/2009 | 71470 |
| 641560 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/18/2009 | 70448 |
| 642237 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/25/2009 | 71703 |
| 648666 | 100-2540324-114-000 | PROPERTY INSURANCE | 12/11/2009 | 72463 |
| 648820 | 500-2530324-114-000 | Builders Risk Insurance | 12/11/2009 | 72649 |

| 648822 | 500-2530324-114-000  Builders Risk Insurance | 12/11/2009 | 72650 |
|--------|-----------------------------------------------|------------|-------|
| 653118 | 100-2540324-114-000  PROPERTY INSURANCE | 02/05/2010 | 73196 |
| 658808 | 100-2540324-114-000  PROPERTY INSURANCE | 04/23/2010 | 73978 |
| 659781 | 100-2540324-114-000  PROPERTY INSURANCE | 04/30/2010 | 74129 |
| 659908 | 500-2530324-114-000  Builders Risk Insurance | 04/30/2010 | 74127 |
| 659909 | 500-2530324-114-000  Builders Risk Insurance | 04/30/2010 | 74128 |
| 659910 | 500-2530324-114-000  Builders Risk Insurance | 04/30/2010 | 74130 |
| 663090 | 500-2530324-114-000  Builders Risk Insurance | 06/24/2010 | 74520 |
| 665165 | 100-2540324-114-000  PROPERTY INSURANCE | 08/20/2010 | 74519 |
| 667001 | 100-2540324-114-000  PROPERTY INSURANCE | 09/10/2010 | 75592 |
| 667002 | 100-2540324-114-000  PROPERTY INSURANCE | 09/10/2010 | 75653 |
| 667003 | 100-2540324-114-000  PROPERTY INSURANCE | 09/10/2010 | 75595 |
| 672797 | 100-2540324-114-000  PROPERTY INSURANCE | 11/19/2010 | 76518 |
| 672798 | 100-2540324-114-000  PROPERTY INSURANCE | 11/19/2010 | 76248 |
| 674745 | 500-2530324-114-000  Builders Risk Insurance | 12/22/2010 | 76911 |
| 674746 | 100-2540324-114-000  PROPERTY INSURANCE | 12/22/2010 | 76910 |
| 677131 | 100-2540324-114-000  PROPERTY INSURANCE | 02/04/2011 | 77411 |
| 677770 | 100-2540324-114-000  PROPERTY INSURANCE | 02/18/2011 | 77642 |
| 680029 | 100-2540324-114-000  PROPERTY INSURANCE | 03/25/2011 | 77956 |
| 682874 | 500-2530324-114-000  Builders Risk Insurance | 05/06/2011 | 78400 |
| 682875 | 500-2530324-114-000  Builders Risk Insurance | 05/06/2011 | 78398 |
| 682876 | 500-2530324-114-000  Builders Risk Insurance | 05/06/2011 | 78399 |
| 684149 | 100-2540324-114-000  PROPERTY INSURANCE | 05/20/2011 | 78397 |
| 684150 | 100-2540324-114-000  PROPERTY INSURANCE | 05/20/2011 | 78396 |
| 686695 | 100-2540324-114-000  PROPERTY INSURANCE | 07/28/2011 | 79179 |
| 686696 | 100-2540324-114-000  PROPERTY INSURANCE | 07/28/2011 | 79181 |
| 686697 | 100-2540324-114-000  PROPERTY INSURANCE | 07/28/2011 | 79180 |
| 686858 | 100-2540324-114-000  PROPERTY INSURANCE | 08/04/2011 | 79437 |
| 688691 | 100-2540324-114-000  PROPERTY INSURANCE | 09/16/2011 | 79899 |
| 688719 | 100-2540324-114-000  PROPERTY INSURANCE | 09/16/2011 | 79803 |
| 688720 | 100-2540324-114-000  PROPERTY INSURANCE | 09/16/2011 | 79863 |
| 690407 | 100-2540324-114-000  PROPERTY INSURANCE | 10/07/2011 | 80055 |
| 692544 | 100-2540324-114-000  PROPERTY INSURANCE | 11/10/2011 | 80333 |
| 694492 | 100-2540324-114-000  PROPERTY INSURANCE | 12/16/2011 | 753 |
| 695263 | 500-2530324-114-000  Builders Risk Insurance | 01/06/2012 | 964 |

| 695264 | 500-2530324-114-000  Builders Risk Insurance | 01/06/2012 | 957 |
|--------|-----------------------------------------------|------------|-----|
| 697423 | 100-2540324-114-000  PROPERTY INSURANCE | 02/09/2012 | 012312 |
| 700095 | 100-2540324-114-000  PROPERTY INSURANCE | 03/15/2012 | 088876 |
| 701759 | 100-2540324-114-000  PROPERTY INSURANCE | 04/19/2012 | 089603 |
| 704158 | 500-2530324-114-000  Builders Risk Insurance | 05/18/2012 | 2124 |
| 704164 | 500-2530324-114-000  Builders Risk Insurance | 05/18/2012 | 2126 |
| 704165 | 500-2530324-114-000  Builders Risk Insurance | 05/18/2012 | 2125 |
| 704250 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 05/18/2012 | 090628 |
| 704588 | 100-2540324-114-000  PROPERTY INSURANCE | 05/24/2012 | 2123 |
| 706633 | 100-2540324-114-000  PROPERTY INSURANCE | 07/12/2012 | 2534 |
| 706634 | 100-2540324-114-000  PROPERTY INSURANCE | 07/12/2012 | 2533 |
| 709475 | 100-2540324-114-000  PROPERTY INSURANCE | 08/16/2012 | 2737 |
| 709836 | 100-2540324-114-000  PROPERTY INSURANCE | 08/23/2012 | 3013 |
| 711355 | 100-2540324-114-000  PROPERTY INSURANCE | 09/13/2012 | 3083 |
| 711356 | 100-2540324-114-000  PROPERTY INSURANCE | 09/13/2012 | 3102 |
| 712474 | 100-2540324-114-000  PROPERTY INSURANCE | 09/27/2012 | 3205 |
| 713079 | 100-2540324-114-000  PROPERTY INSURANCE | 10/11/2012 | 3397 |
| 716587 | 100-2540324-114-000  PROPERTY INSURANCE | 12/06/2012 | 3766 |
| 716588 | 100-2540324-114-000  PROPERTY INSURANCE | 12/06/2012 | 3703 |
| 717103 | 500-2530324-114-000  Builders Risk Insurance | 12/13/2012 | 3830 |
| 717104 | 500-2530324-114-000  Builders Risk Insurance | 12/13/2012 | 3831 |
| 717390 | 100-2540324-114-000  PROPERTY INSURANCE | 12/13/2012 | 3820 |
| 718462 | 100-2540324-114-000  PROPERTY INSURANCE | 01/11/2013 | 3913 |
| 722192 | 100-2540324-114-000  PROPERTY INSURANCE | 03/07/2013 | 4462 |

⌐ DISTRICT

CHERS
ΓES 07/01/1996 TO 06/30/2018

| INVOICE DATE | CHECK | INVOICE AMOUNT | Invoice Description |
|---|---|---|---|
| 06/23/2004 | 279321 | 4,356.00 | No Invoice |
| 06/16/2004 | 279321 | 7,433.00 | No Invoice |
| 06/21/2004 | 279321 | 15,000.00 | No Invoice |
| 06/25/2004 | 279321 | 69,370.00 | No Invoice |
| 06/23/2004 | 279321 | 367,919.00 | No Invoice |
| 06/25/2004 | 279321 | 67,002.00 | No Invoice |
| 06/21/2004 | 279321 | 750.00 | No Invoice |
| 07/12/2004 | 279733 | 7,740.00 | No Invoice |
| 07/22/2004 | 280326 | 7,740.00 | No Invoice |
| 08/15/2004 | 282745 | 122,639.00 | No Invoice |
| 07/23/2004 | 282745 | 6.00 | No Invoice |
| 07/23/2004 | 282745 | 122,639.00 | No Invoice |
| 08/25/2004 | 283164 | 1,691.00 | No Invoice |
| 08/31/2004 | 283517 | 95.00 | No Invoice |
| 09/15/2004 | 284454 | 122,639.00 | No Invoice |
| 10/21/2004 | 287056 | 3,272.00 | No Invoice |
| 10/18/2004 | 287057 | 122,639.00 | No Invoice |
| 11/04/2004 | 287923 | 10,532.00 | No Invoice |
| 11/15/2004 | 288761 | 122,639.00 | No Invoice |
| 12/15/2004 | 290327 | 122,639.00 | No Invoice |
| 12/22/2004 | 290902 | 10,532.00 | No Invoice |
| 12/22/2004 | 290902 | 35,149.00 | No Invoice |
| 01/03/2005 | 290902 | 10,532.00 | No Invoice |
| 01/16/2005 | 292113 | 122,639.00 | No Invoice |
| 01/31/2005 | 293299 | 6,196.00 | No Invoice |
| 02/15/2005 | 294560 | 122,639.00 | No Invoice |

| 03/15/2005 | 295748 | 122,639.00 | No invoice |
|---|---|---|---|
| 03/23/2005 | 296601 | 100,000.00 | Brokerage Service fee/SAFE BBC |
| 04/21/2005 | 298107 | 22,910.00 | Builder's Risk |
| 04/13/2005 | 298348 | 21,064.00 | Builder's Risk |
| 05/17/2005 | 299715 | 12,378.00 | Builder's Risk |
| 06/16/2005 | 301295 | 12,378.00 | Builder's Risk |
| 07/01/2005 | 301553 | 69,370.00 | School Board E&O Coverage |
| 07/01/2005 | 301553 | 4,750.00 | Crime Coverage |
| 07/01/2005 | 301553 | 61,465.00 | Commercial Excess Liability Coverage |
| 06/24/2005 | 301553 | 15,000.00 | Builder's Risk Coverage - Depoit Premium |
| 08/16/2005 | 304717 | 1,786.00 | Nurses Professional Liability Coverage - Renewal for 19 nurses |
| 08/26/2005 | 305405 | 15.00 | No invoice |
| 09/06/2005 | 305784 | 8,571.00 | Builder's Risk Policy Additional Premium |
| 09/06/2005 | 305784 | 12,441.00 | Builder's Risk Policy Additional Premium |
| 09/06/2005 | 305784 | 8,193.00 | Builder's Risk Policy Additional Premium |
| 11/23/2005 | 310707 | 17,142.00 | Builder's Risk Policy Additional Premium |
| 01/31/2006 | 313383 | 12,500.00 | Claims Management Services |
| 02/08/2006 | 314262 | 17,142.00 | Builder's Risk Policy Additional Premium |
| 02/14/2006 | 314694 | 59,738.65 | Brokerage Service Fee |
| 03/31/2006 | 317258 | 17,142.00 | Builder's Risk Policy Additional Premium |
| 04/26/2006 | 318707 | 8,571.00 | Builder's Risk Policy Additional Premium |
| 05/18/2006 | 319745 | 8,436.00 | Builder's Risk Policy Additional Premium |
| 06/19/2006 | 321454 | 8,436.00 | Builder's Risk Policy Additional Premium |
| 06/28/2006 | 321710 | 114,682.00 | Brokerage Service Fee |
| 06/28/2006 | 321710 | 68,336.00 | Commerical Excess Liability |
| 06/27/2006 | 321710 | 15,150.00 | Builder's Risk Policy Additional Premium |
| 06/29/2006 | 321710 | 15,000.00 | Commercial Crime &Excess Crime Coverage |
| 08/14/2006 | 324807 | 8,436.00 | Builder's Risk Policy Additional Premium |
| 08/09/2006 | 325447 | 20,000.00 | Additional Administrative Work Regarding Incrased Revenue Bonds |
| 08/15/2006 | 325447 | 1,386.00 | Nurses Professional (14) |
| 08/25/2006 | 325447 | 495.00 | Nurses Professional (5) |
| 10/12/2006 | 327370 | 22,770.00 | Inland Marine Coverage-New Policy |
| 10/25/2006 | 328617 | 99.00 | Nurses professiona liability |
| 11/15/2006 | 329519 | 99.00 | Nurses professional liability |
| 12/08/2006 | 330018 | 118,625.00 | SAFE Brokerage Service Fee |

| 12/08/2006 | 330018 | 65,000.00 | D&O Liability/Employment Practices Liability Coverage |
|---|---|---|---|
| 03/30/2007 | 336237 | 753.00 | Builder's Risk Coverage Additional Premium |
| 05/21/2007 | 339091 | 839.00 | Builder's Risk Coverage Additional Premium |
| 06/12/2007 | 340616 | 15,450.00 | Builder's Risk Coverage Additional Premium |
| 06/12/2007 | 340616 | 114,682.00 | Brokerage Service Fee |
| 06/12/2007 | 340616 | 15,000.00 | Commercial Crime & Excess Crime Coverage |
| 06/12/2007 | 340616 | 67,796.00 | Excess Liability Coverage |
| 08/08/2007 | 343324 | 847.00 | Builder's Risk Coverage Additional Premium |
| 08/08/2007 | 343324 | 1,707.00 | Builder's Risk Coverage Additional Premium |
| 08/23/2007 | 343829 | 1,584.00 | Nurses Professional Liability |
| 08/27/2007 | 344087 | 990.00 | Additional Nurse Professional |
| 11/30/2007 | 348578 | 594.00 | Nurses Professional Liabiltiy |
| 03/18/2008 | 355485 | 99.00 | Nurses Professional Liabiltiy |
| 05/09/2008 | 356538 | 20,000.00 | Commercial General Liability Coverage |
| 05/12/2008 | 357092 | 25,000.00 | Commercial General Liability Coverage |
| 05/12/2008 | 357092 | 198.00 | Nurses Professional Liability |
| 06/11/2008 | 358430 | 3,168.00 | Nurses Professional Liability |
| 06/13/2008 | 358430 | 67,727.00 | Commercial Excess Liability coverage |
| 08/25/2008 | 363470 | 19,734.00 | Inland Marine Equipment Policy |
| 08/25/2008 | 363470 | 3,951.00 | Commercial Crime/Excess Crime coverage |
| 08/21/2008 | 363470 | 99.00 | Nurses Professional Liability |
| 10/02/2008 | 364221 | 382.00 | Commercial Inland Marine Coverage |
| 02/17/2009 | 369079 | 99.00 | Nurses Professional Liability |
| 03/18/2009 | 369883 | 99.00 | Nurses Professional Liability |
| 04/28/2009 | 370756 | 131.00 | Commercial Inland Marine (Add equipment) |
| 04/16/2009 | 370756 | 198.00 | Nurses (2) |
| 04/29/2009 | 370756 | 20,000.00 | Commerical General Liability Coverage |
| 07/14/2009 | 372164 | 1,683.00 | Professional Nurses (17) |
| 07/14/2009 | 372164 | 67,903.00 | Commercial Excess Liability Coverage |
| 09/01/2009 | 373071 | 693.00 | Nurses (7) |
| 08/31/2009 | 373071 | 20,230.00 | Inland Marine Coverage |
| 06/11/2009 | 373071 | 3,951.00 | Commercial Crime/Excess Crime Coverage |
| 09/21/2009 | 373289 | 99.00 | Nurses Professional Liability |
| 11/19/2009 | 375276 | 396.00 | Nurses Professional Liability renewal (5) |
| 12/03/2009 | 375276 | 65,000.00 | Director's & Officers Liability/Employment Practices |

| 12/03/2009 | 375276 | 118,625.00 | Brokerage Services Fees SAFE |
| 01/29/2010 | 376606 | 198.00 | Nurses Professional Liability |
| 04/06/2010 | 378408 | 198.00 | Nurses Professional Liability |
| 04/22/2010 | 378601 | 20,000.00 | Commercial General Liabiltiy Coverage |
| 04/22/2010 | 378601 | 114,682.00 | Brokerage Service Fee |
| 04/22/2010 | 378601 | 70,000.00 | Brokerage Service Fee for Multi-Year E&O Coverage |
| 04/22/2010 | 378601 | 25,000.00 | Commercial General Liability Coverage |
| 06/01/2010 | 379828 | 69,535.00 | Commercial Excess Liability Coverage |
| 06/01/2010 | 380466 | 3,951.00 | Crime/Excess Crime Coverage |
| 08/17/2010 | 380781 | 2,376.00 | Nurses Professioanl Liability (24) |
| 08/25/2010 | 380781 | 250.00 | Commercial Inland Marine |
| 08/18/2010 | 380781 | 22,123.00 | Commercial inland Marine Coverage |
| 11/03/2010 | 382228 | 495.00 | Nurses Professional Liability (5) |
| 10/15/2010 | 382228 | 198.00 | Nurses Professional Liability (2) |
| 12/10/2010 | 382862 | 118,625.00 | Brokerage Service Fee SAFE |
| 12/10/2010 | 382862 | 65,000.00 | Director & Offier Liability/Employment Practices |
| 01/25/2011 | 383601 | 198.00 | Nurses Professional Liability (2) |
| 02/07/2011 | 383928 | 99.00 | Nurses Professional Liability (1) |
| 03/07/2011 | 384628 | 99.00 | Nurses Professional Liability (1) |
| 04/25/2011 | 385524 | 70,000.00 | Brokerage Fee for Multi-year E&O Coverage |
| 04/25/2011 | 385524 | 25,000.00 | Brokerage Fee for Commercial General Liability Coverage |
| 04/25/2011 | 385524 | 114,682.00 | Brokerage Service Fee |
| 04/25/2011 | 385882 | 20,000.00 | Commercial General Liabilitty Coverage |
| 04/18/2011 | 385882 | 198.00 | Nurses Professional Liability (2) |
| 06/30/2011 | 386904 | 69,535.00 | Excess Liabiltiy Coverage |
| 06/30/2011 | 386904 | 3,951.00 | Crime/Excess Crime Coverage |
| 06/30/2011 | 386904 | 75,000.00 | School Board Errors & Omissions Liability Coverage |
| 07/18/2011 | 386975 | 1,188.00 | Nurses Professional Liability (12) |
| 08/31/2011 | 387544 | 198.00 | Nurses Professional Liability (2) |
| 08/19/2011 | 387544 | 1,287.00 | Nurses Professional Liability (13) |
| 08/26/2011 | 387544 | 22,123.00 | Commercial Inland Marine Policy |
| 09/13/2011 | 387969 | 99.00 | Nurses Professional Liability (1) |
| 10/14/2011 | 388653 | 297.00 | Nurses Professional Liability (3) |
| 12/02/2011 | 389256 | 99.00 | Nurses Professional Liability (1) |
| 12/21/2011 | 389483 | 118,625.00 | Brokerage Fee _SAFE |

| 12/21/2011 | 389483 | 65,000.00 | Directors & Officers Liability/Employement Practices Liability |
|---|---|---|---|
| 01/23/2012 | 390230 | 198.00 | Nurses Professional Liability (2) |
| 02/17/2012 | 390958 | 99.00 | Nurses Professional Liability (1) |
| 03/16/2012 | 391612 | 99.00 | Nurses Professional Liability (1) |
| 05/07/2012 | 392273 | 25,000.00 | Brokerage Fee Commercial General Liability |
| 05/07/2012 | 392273 | 70,000.00 | Brokerage Fee - Annual Policy Term |
| 05/07/2012 | 392273 | 114,682.00 | Brokerage Fee - Multi-year E&O Coverage |
| 04/23/2012 | 392273 | 99.00 | Nurses Professional Liability (1) |
| 05/07/2012 | 392457 | 21,409.00 | Commercial General Liability Coverage |
| 06/29/2012 | 393289 | 75,611.00 | Excess Umbrella Liability Coverage |
| 06/29/2012 | 393289 | 3,951.00 | Crime/Excess Crime Coverage |
| 07/17/2012 | 395566 | 1,485.00 | Nurses Professional Liability Renewal |
| 08/13/2012 | 395800 | 396.00 | Nurses Professional Liability (4) |
| 08/21/2012 | 396147 | 891.00 | Nurses Professional Liability (9) |
| 08/23/2012 | 396147 | 23,450.00 | Inland Marine Coverage |
| 09/07/2012 | 396464 | 99.00 | Nurses Professional Liability (1) |
| 10/02/2012 | 396788 | 297.00 | Nurses Professional Liability (3) |
| 11/16/2012 | 397868 | 66.00 | Inland Marine Policy |
| 11/09/2012 | 397868 | 99.00 | Nurses Professional Liability (1) |
| 11/30/2012 | 398014 | 65,000.00 | Director's & Officers Liability Coverage |
| 11/30/2012 | 398014 | 118,625.00 | Brokerage Fee |
| 11/28/2012 | 398014 | 99.00 | Nurses Professional Liability (1) |
| 12/11/2012 | 398423 | 99.00 | Nurses Professional Liability (1) |
| 02/21/2013 | 399485 | 198.00 | Nurses Professional Liability (2) |

4,960,540.65

4,960,540.65

1:09:08 PM

BERKELEY COUNTY SCHOOL

FY 2017-2018

BOTH OPEN & PAID VOU

CHECK DATES 07/01/1996 TO 06/30/2018     PAY DAT

ALL VENDORS

VOUCHER

NUMBER

374610  KNAUFF INSURANCE INCORPORATED

| | | PAY/CHECK DATE | INVOICE NUMBER |
|---|---|---|---|
| 434805 | 100-2540324-114-012  BOND INSURANCE | 07/08/2004 | 44556 |
| 434806 | 100-2540324-114-001  INLAND MARINE INSURANCE | 07/08/2004 | 44440 |
| 434807 | 500-2530324-114-000  Builders Risk Insurance | 07/08/2004 | 44510 |
| 434808 | 100-2540324-114-005  SCHOOL BOARD LIABILITY | 07/08/2004 | 44597 |
| 434809 | 100-2540324-114-000  PROPERTY INSURANCE | 07/08/2004 | 44557 |
| 434810 | 100-2540324-114-002  UMBRELLA LIABILITY | 07/08/2004 | 44591 |
| 434811 | 100-2540324-114-007  TRAVEL LIABILITY | 07/08/2004 | 44512 |
| 435689 | 500-2530324-114-000  Builders Risk Insurance | 07/22/2004 | 44829 |
| 437222 | 500-2530324-114-000  Builders Risk Insurance | 07/27/2004 | 44984 |
| 441011 | 100-2540324-114-000  PROPERTY INSURANCE | 08/26/2004 | 45349 |
| 441012 | 100-2540324-114-000  PROPERTY INSURANCE | 08/26/2004 | 45009 |
| 441013 | 100-2540324-114-000  PROPERTY INSURANCE | 08/26/2004 | 45010 |
| 441700 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 09/03/2004 | 45496 |
| 442464 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 09/09/2004 | 45617 |
| 444527 | 100-2540324-114-000  PROPERTY INSURANCE | 09/24/2004 | 45838 |
| 449169 | 500-2530324-114-000  Builders Risk Insurance | 10/29/2004 | 46329 |
| 449170 | 100-2540324-114-000  PROPERTY INSURANCE | 10/29/2004 | 46290 |
| 450551 | 500-2530324-114-000  Builders Risk Insurance | 11/11/2004 | 46585 |
| 452021 | 100-2540324-114-000  PROPERTY INSURANCE | 11/22/2004 | 46720 |
| 454965 | 100-2540324-114-000  PROPERTY INSURANCE | 12/21/2004 | 47066 |
| 455895 | 100-2540324-114-000  PROPERTY INSURANCE | 01/06/2005 | 47160 |
| 455897 | 500-2530324-114-000  Builders Risk Insurance | 01/06/2005 | 47393 |
| 455894 | 500-2530324-114-000  Builders Risk Insurance | 01/06/2005 | 47159 |
| 458167 | 100-2540324-114-000  PROPERTY INSURANCE | 01/25/2005 | 47564 |

| | | | |
|---|---|---|---|
| 100-2540324-114-000 | PROPERTY INSURANCE | 02/11/2005 | 47732 |
| 100-2540324-114-000 | PROPERTY INSURANCE | 03/04/2005 | 48001 |
| 100-2540324-114-000 | PROPERTY INSURANCE | 03/24/2005 | 48438 |
| 589-2530324-118-000 | Insurance for SAFE Issue | 04/08/2005 | 48526 |
| 500-2530324-114-000 | Builders Risk Insurance | 05/06/2005 | 48913 |
| 500-2530324-114-000 | Builders Risk Insurance | 05/12/2005 | 48832 |
| 500-2530324-114-000 | Builders Risk Insurance | 06/03/2005 | 49360 |
| 500-2530324-114-000 | Builders Risk Insurance | 06/30/2005 | 49807 |
| 500-2530324-114-000 | Builders Risk Insurance | 07/14/2005 | 49919 |
| 100-2540324-114-002 | UMBRELLA LIABILITY | 07/14/2005 | 50059 |
| 100-2540324-114-012 | BOND INSURANCE | 07/14/2005 | 50061 |
| 100-2540324-114-005 | SCHOOL BOARD LIABILITY | 07/14/2005 | 50060 |
| 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 08/25/2005 | 50762 |
| 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 09/09/2005 | 50898 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 09/15/2005 | 51123 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 09/15/2005 | 51121 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 09/15/2005 | 51122 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 12/09/2005 | 52239 |
| 100-2540324-114-000 | PROPERTY INSURANCE | 02/03/2006 | 0010581 |
| 500-2530324-114-000 | Builders Risk Insurance | 02/17/2006 | 53452 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 02/24/2006 | 53517 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 04/04/2006 | 54210 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 05/05/2006 | 54562 |
| 500-2530324-114-000 | Builders Risk Insurance | 05/26/2006 | 54973 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 06/30/2006 | 55501 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 07/14/2006 | 55646 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 07/14/2006 | 55613 |
| 100-2540324-114-000 | PROPERTY INSURANCE | 07/14/2006 | 55664 |
| 100-2540324-114-000 | PROPERTY INSURANCE | 07/14/2006 | 55639 |
| 589-2530324-114-000 | Builders Risk Insurance/SAFE D/O | 08/30/2006 | 56426 |
| 400-5000690-100-000 | COI-2005 Bond Refunding | 09/15/2006 | 56380 |
| 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 09/15/2006 | 56467 |
| 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 09/15/2006 | 56593 |

| 530606 | 100-2540324-114-000  PROPERTY INSURANCE | 10/20/2006 | 57141 |
|--------|------------------------------------------|------------|-------|
| 533474 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 11/10/2006 | 57502 |
| 535924 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 11/30/2006 | 57835 |
| 537698 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 12/15/2006 | 58137 |
| 537699 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 12/15/2006 | 58136 |
| 552148 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 04/13/2007 | 59703 |
| 559062 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 06/07/2007 | 60413 |
| 561720 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 07/13/2007 | 60748 |
| 561717 | 589-2530324-114-000  Builders Risk Insurance/SAFE D/O | 07/13/2007 | 60746 |
| 561722 | 100-2540324-114-000  PROPERTY INSURANCE | 07/13/2007 | 60747 |
| 561724 | 100-2540324-114-000  PROPERTY INSURANCE | 07/13/2007 | 60745 |
| 565631 | 590-2530324-114-000  Builders Risk Insurance | 08/16/2007 | 61567 |
| 565632 | 590-2530324-114-000  Builders Risk Insurance | 08/16/2007 | 61566 |
| 566978 | 100-2540324-114-000  PROPERTY INSURANCE | 08/30/2007 | 61721 |
| 567891 | 100-2540324-114-000  PROPERTY INSURANCE | 09/06/2007 | 61807 |
| 578930 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 12/07/2007 | 63140 |
| 596249 | 100-2540324-114-000  PROPERTY INSURANCE | 04/25/2008 | 64721 |
| 598383 | 100-2540324-114-000  PROPERTY INSURANCE | 05/16/2008 | 65390 |
| 599123 | 100-0000192-000-000  PREPAID EXPENSES | 05/23/2008 | 65408 |
| 599306 | 100-2540324-114-000  PROPERTY INSURANCE | 05/23/2008 | 65423 |
| 602469 | 100-2540324-114-000  PROPERTY INSURANCE | 06/27/2008 | 65869 |
| 602468 | 100-2540324-114-000  PROPERTY INSURANCE | 06/27/2008 | 65846 |
| 611929 | 100-2540324-114-000  PROPERTY INSURANCE | 10/03/2008 | 66834 |
| 611923 | 100-2540324-114-000  PROPERTY INSURANCE | 10/03/2008 | 66831 |
| 611935 | 100-2540324-114-000  PROPERTY INSURANCE | 10/03/2008 | 66811 |
| 613111 | 100-2540324-114-001  INLAND MARINE INSURANCE | 10/17/2008 | 67362 |
| 627840 | 100-2540324-114-000  PROPERTY INSURANCE | 03/13/2009 | 69075 |
| 630737 | 100-2540324-114-000  PROPERTY INSURANCE | 04/17/2009 | 69425 |
| 633439 | 100-2540324-114-000  PROPERTY INSURANCE | 05/22/2009 | 69891 |
| 633628 | 100-2540324-114-000  PROPERTY INSURANCE | 05/22/2009 | 69912 |
| 633440 | 100-2540324-114-000  PROPERTY INSURANCE | 05/22/2009 | 69776 |
| 638034 | 100-2540324-114-000  PROPERTY INSURANCE | 07/31/2009 | 70640 |
| 638033 | 100-2540324-114-000  PROPERTY INSURANCE | 07/31/2009 | 70889 |

| 641560 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/18/2009 | 70448 |
|--------|---------------------|--------------------|-----------|-------|
| 640813 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/18/2009 | 71470 |
| 640812 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/18/2009 | 71523 |
| 642237 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/25/2009 | 71703 |
| 648822 | 500-2530324-114-000 | Builders Risk Insurance | 12/11/2009 | 72650 |
| 648820 | 500-2530324-114-000 | Builders Risk Insurance | 12/11/2009 | 72649 |
| 648666 | 100-2540324-114-000 | PROPERTY INSURANCE | 12/11/2009 | 72463 |
| 653118 | 100-2540324-114-000 | PROPERTY INSURANCE | 02/05/2010 | 73196 |
| 658808 | 100-2540324-114-000 | PROPERTY INSURANCE | 04/23/2010 | 73978 |
| 659908 | 500-2530324-114-000 | Builders Risk Insurance | 04/30/2010 | 74127 |
| 659909 | 500-2530324-114-000 | Builders Risk Insurance | 04/30/2010 | 74128 |
| 659910 | 500-2530324-114-000 | Builders Risk Insurance | 04/30/2010 | 74130 |
| 659781 | 100-2540324-114-000 | PROPERTY INSURANCE | 04/30/2010 | 74129 |
| 663090 | 500-2530324-114-000 | Builders Risk Insurance | 06/24/2010 | 74520 |
| 665165 | 100-2540324-114-000 | PROPERTY INSURANCE | 08/20/2010 | 74519 |
| 667002 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/10/2010 | 75653 |
| 667003 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/10/2010 | 75595 |
| 667001 | 100-2540324-114-000 | PROPERTY INSURANCE | 09/10/2010 | 75592 |
| 672798 | 100-2540324-114-000 | PROPERTY INSURANCE | 11/19/2010 | 76248 |
| 672797 | 100-2540324-114-000 | PROPERTY INSURANCE | 11/19/2010 | 76518 |
| 674745 | 500-2530324-114-000 | Builders Risk Insurance | 12/22/2010 | 76911 |
| 674746 | 100-2540324-114-000 | PROPERTY INSURANCE | 12/22/2010 | 76910 |
| 677131 | 100-2540324-114-000 | PROPERTY INSURANCE | 02/04/2011 | 77411 |
| 677770 | 100-2540324-114-000 | PROPERTY INSURANCE | 02/18/2011 | 77642 |
| 680029 | 100-2540324-114-000 | PROPERTY INSURANCE | 03/25/2011 | 77956 |
| 682875 | 500-2530324-114-000 | Builders Risk Insurance | 05/06/2011 | 78398 |
| 682874 | 500-2530324-114-000 | Builders Risk Insurance | 05/06/2011 | 78400 |
| 682876 | 500-2530324-114-000 | Builders Risk Insurance | 05/06/2011 | 78399 |
| 684149 | 100-2540324-114-000 | PROPERTY INSURANCE | 05/20/2011 | 78397 |
| 684150 | 100-2540324-114-000 | PROPERTY INSURANCE | 05/20/2011 | 78396 |
| 686696 | 100-2540324-114-000 | PROPERTY INSURANCE | 07/28/2011 | 79181 |
| 686695 | 100-2540324-114-000 | PROPERTY INSURANCE | 07/28/2011 | 79179 |
| 686697 | 100-2540324-114-000 | PROPERTY INSURANCE | 07/28/2011 | 79180 |

| 686858 | 100-2540324-114-000  PROPERTY INSURANCE | 08/04/2011 | 79437 |
|--------|------------------------------------------|------------|-------|
| 688720 | 100-2540324-114-000  PROPERTY INSURANCE | 09/16/2011 | 79863 |
| 688719 | 100-2540324-114-000  PROPERTY INSURANCE | 09/16/2011 | 79803 |
| 688691 | 100-2540324-114-000  PROPERTY INSURANCE | 09/16/2011 | 79899 |
| 690407 | 100-2540324-114-000  PROPERTY INSURANCE | 10/07/2011 | 80055 |
| 692544 | 100-2540324-114-000  PROPERTY INSURANCE | 11/10/2011 | 80333 |
| 694492 | 100-2540324-114-000  PROPERTY INSURANCE | 12/16/2011 | 753 |
| 695263 | 500-2530324-114-000  Builders Risk Insurance | 01/06/2012 | 964 |
| 695264 | 500-2530324-114-000  Builders Risk Insurance | 01/06/2012 | 957 |
| 697423 | 100-2540324-114-000  PROPERTY INSURANCE | 02/09/2012 | 012312 |
| 700095 | 100-2540324-114-000  PROPERTY INSURANCE | 03/15/2012 | 088876 |
| 701759 | 100-2540324-114-000  PROPERTY INSURANCE | 04/19/2012 | 089603 |
| 704164 | 500-2530324-114-000  Builders Risk Insurance | 05/18/2012 | 2126 |
| 704165 | 500-2530324-114-000  Builders Risk Insurance | 05/18/2012 | 2125 |
| 704158 | 500-2530324-114-000  Builders Risk Insurance | 05/18/2012 | 2124 |
| 704250 | 100-2540324-114-006  HEALTH CARE PROFESSIONAL LIABILITY | 05/18/2012 | 090628 |
| 704588 | 100-2540324-114-000  PROPERTY INSURANCE | 05/24/2012 | 2123 |
| 706634 | 100-2540324-114-000  PROPERTY INSURANCE | 07/12/2012 | 2533 |
| 706633 | 100-2540324-114-000  PROPERTY INSURANCE | 07/12/2012 | 2534 |
| 709475 | 100-2540324-114-000  PROPERTY INSURANCE | 08/16/2012 | 2737 |
| 709836 | 100-2540324-114-000  PROPERTY INSURANCE | 08/23/2012 | 3013 |
| 711356 | 100-2540324-114-000  PROPERTY INSURANCE | 09/13/2012 | 3102 |
| 711355 | 100-2540324-114-000  PROPERTY INSURANCE | 09/13/2012 | 3083 |
| 712474 | 100-2540324-114-000  PROPERTY INSURANCE | 09/27/2012 | 3205 |
| 713079 | 100-2540324-114-000  PROPERTY INSURANCE | 10/11/2012 | 3397 |
| 716587 | 100-2540324-114-000  PROPERTY INSURANCE | 12/06/2012 | 3766 |
| 716588 | 100-2540324-114-000  PROPERTY INSURANCE | 12/06/2012 | 3703 |
| 717104 | 500-2530324-114-000  Builders Risk Insurance | 12/13/2012 | 3831 |
| 717103 | 500-2530324-114-000  Builders Risk Insurance | 12/13/2012 | 3830 |
| 717390 | 100-2540324-114-000  PROPERTY INSURANCE | 12/13/2012 | 3820 |
| 718462 | 100-2540324-114-000  PROPERTY INSURANCE | 01/11/2013 | 3913 |
| 722192 | 100-2540324-114-000  PROPERTY INSURANCE | 03/07/2013 | 4462 |

| Total insurance ar | Total Brokerage | Total insurance | Percentage of fees to ins |
|---|---|---|---|

⌐ DISTRICT

## CHERS
TES 07/01/1996 TO 06/30/2018

| INVOICE DATE | CHECK | INVOICE AMOUNT | Invoice Description |
|---|---|---|---|
| 06/23/2004 | 279321 | 4,356.00 | No Invoice |
| 06/16/2004 | 279321 | 7,433.00 | No Invoice |
| 06/21/2004 | 279321 | 15,000.00 | No Invoice |
| 06/25/2004 | 279321 | 69,370.00 | No Invoice |
| 06/23/2004 | 279321 | 367,919.00 | No Invoice |
| 06/25/2004 | 279321 | 67,002.00 | No Invoice |
| 06/21/2004 | 279321 | 750.00 | No Invoice |
| 07/12/2004 | 279733 | 7,740.00 | No Invoice |
| 07/22/2004 | 280326 | 7,740.00 | No Invoice |
| 08/15/2004 | 282745 | 122,639.00 | No Invoice |
| 07/23/2004 | 282745 | 6.00 | No Invoice |
| 07/23/2004 | 282745 | 122,639.00 | No Invoice |
| 08/25/2004 | 283164 | 1,691.00 | No Invoice |
| 08/31/2004 | 283517 | 95.00 | No Invoice |
| 09/15/2004 | 284454 | 122,639.00 | No Invoice |
| 10/21/2004 | 287056 | 3,272.00 | No Invoice |
| 10/18/2004 | 287057 | 122,639.00 | No Invoice |
| 11/04/2004 | 287923 | 10,532.00 | No Invoice |
| 11/15/2004 | 288761 | 122,639.00 | No Invoice |
| 12/15/2004 | 290327 | 122,639.00 | No Invoice |
| 12/22/2004 | 290902 | 35,149.00 | No Invoice |
| 01/03/2005 | 290902 | 10,532.00 | No invoice |
| 12/22/2004 | 290902 | 10,532.00 | No Invoice |
| 01/16/2005 | 292113 | 122,639.00 | No invoice |

| Date | Number | Amount | Description |
|---|---|---|---|
| 01/31/2005 | 293299 | 6,196.00 | No invoice |
| 02/15/2005 | 294560 | 122,639.00 | No invoice |
| 03/15/2005 | 295748 | 122,639.00 | No invoice |
| 03/23/2005 | 296601 | 100,000.00 | Brokerage Service fee/SAFE BBC |
| 04/21/2005 | 298107 | 22,910.00 | Builder's Risk |
| 04/13/2005 | 298348 | 21,064.00 | Builder's Risk |
| 05/17/2005 | 299715 | 12,378.00 | Builder's Risk |
| 06/16/2005 | 301295 | 12,378.00 | Builder's Risk |
| 06/24/2005 | 301553 | 15,000.00 | Builder's Risk Coverage - Depoit Premium |
| 07/01/2005 | 301553 | 61,465.00 | Commercial Excess Liability Coverage |
| 07/01/2005 | 301553 | 4,750.00 | Crime Coverage |
| 07/01/2005 | 301553 | 69,370.00 | School Board E&O Coverage |
| 08/16/2005 | 304717 | 1,786.00 | Nurses Professional Liability Coverage - Renewal for 19 nurses |
| 08/26/2005 | 305405 | 15.00 | No invoice |
| 09/06/2005 | 305784 | 8,571.00 | Builder's Risk Policy Additional Premium |
| 09/06/2005 | 305784 | 12,441.00 | Builder's Risk Policy Additional Premium |
| 09/06/2005 | 305784 | 8,193.00 | Builder's Risk Policy Additional Premium |
| 11/23/2005 | 310707 | 17,142.00 | Builder's Risk Policy Additional Premium |
| 01/31/2006 | 313383 | 12,500.00 | Claims Management Services |
| 02/08/2006 | 314262 | 17,142.00 | Builder's Risk Policy Additional Premium |
| 02/14/2006 | 314694 | 59,738.65 | Brokerage Service Fee |
| 03/31/2006 | 317258 | 17,142.00 | Builder's Risk Policy Additional Premium |
| 04/26/2006 | 318707 | 8,571.00 | Builder's Risk Policy Additional Premium |
| 05/18/2006 | 319745 | 8,436.00 | Builder's Risk Policy Additional Premium |
| 06/19/2006 | 321454 | 8,436.00 | Builder's Risk Policy Additional Premium |
| 06/28/2006 | 321710 | 114,682.00 | Brokerage Service Fee |
| 06/27/2006 | 321710 | 15,150.00 | Builder's Risk Policy Additional Premium |
| 06/29/2006 | 321710 | 15,000.00 | Commercial Crime &Excess Crime Coverage |
| 06/28/2006 | 321710 | 68,336.00 | Commerical Excess Liability |
| 08/14/2006 | 324807 | 8,436.00 | Builder's Risk Policy Additional Premium |
| 08/09/2006 | 325447 | 20,000.00 | Additional Administrative Work Regarding Incrased Revenue Bonds |
| 08/15/2006 | 325447 | 1,386.00 | Nurses Professional (14) |
| 08/25/2006 | 325447 | 495.00 | Nurses Professional (5) |

| Date | Number | Amount | Description |
|---|---|---|---|
| 10/12/2006 | 327370 | 22,770.00 | Inland Marine Coverage-New Policy |
| 10/25/2006 | 328617 | 99.00 | Nurses professiona liability |
| 11/15/2006 | 329519 | 99.00 | Nurses professional liability |
| 12/08/2006 | 330018 | 118,625.00 | Brokerage Service Fee-SAFE |
| 12/08/2006 | 330018 | 65,000.00 | D&O Liability/Employment Practices Liability Coverage |
| 03/30/2007 | 336237 | 753.00 | Builder's Risk Coverage Additional Premium |
| 05/21/2007 | 339091 | 839.00 | Builder's Risk Coverage Additional Premium |
| 06/12/2007 | 340616 | 114,682.00 | Brokerage Service Fee |
| 06/12/2007 | 340616 | 15,450.00 | Builder's Risk Coverage Additional Premium |
| 06/12/2007 | 340616 | 15,000.00 | Commercial Crime & Excess Crime Coverage |
| 06/12/2007 | 340616 | 67,796.00 | Excess Liability Coverage |
| 08/08/2007 | 343324 | 847.00 | Builder's Risk Coverage Additional Premium |
| 08/08/2007 | 343324 | 1,707.00 | Builder's Risk Coverage Additional Premium |
| 08/23/2007 | 343829 | 1,584.00 | Nurses Professional Liability |
| 08/27/2007 | 344087 | 990.00 | Additional Nurse Professional |
| 11/30/2007 | 348578 | 594.00 | Nurses Professional Liabiltiy |
| 03/18/2008 | 355485 | 99.00 | Nurses Professional Liabiltiy |
| 05/09/2008 | 356538 | 20,000.00 | Commercial General Liability Coverage |
| 05/12/2008 | 357092 | 25,000.00 | Commercial General Liability Coverage |
| 05/12/2008 | 357092 | 198.00 | Nurses Professional Liability |
| 06/13/2008 | 358430 | 67,727.00 | Commercial Excess Liability coverage |
| 06/11/2008 | 358430 | 3,168.00 | Nurses Professional Liability |
| 08/25/2008 | 363470 | 3,951.00 | Commercial Crime/Excess Crime coverage |
| 08/25/2008 | 363470 | 19,734.00 | Inland Marine Equipment Policy |
| 08/21/2008 | 363470 | 99.00 | Nurses Professional Liability |
| 10/02/2008 | 364221 | 382.00 | Commercial Inland Marine Coverage |
| 02/17/2009 | 369079 | 99.00 | Nurses Professional Liability |
| 03/18/2009 | 369883 | 99.00 | Nurses Professional Liability |
| 04/28/2009 | 370756 | 131.00 | Commercial Inland Marine (Add equipment) |
| 04/29/2009 | 370756 | 20,000.00 | Commerical General Liability Coverage |
| 04/16/2009 | 370756 | 198.00 | Nurses (2) |
| 07/14/2009 | 372164 | 67,903.00 | Commercial Excess Liability Coverage |
| 07/14/2009 | 372164 | 1,683.00 | Professional Nurses (17) |

| 06/11/2009 | 373071 | 3,951.00 | Commercial Crime/Excess Crime Coverage |
| 08/31/2009 | 373071 | 20,230.00 | Inland Marine Coverage |
| 09/01/2009 | 373071 | 693.00 | Nurses (7) |
| 09/21/2009 | 373289 | 99.00 | Nurses Professional Liability |
| 12/03/2009 | 375276 | 118,625.00 | Brokerage Services Fees SAFE |
| 12/03/2009 | 375276 | 65,000.00 | Director's & Officers Liability/Employment Practices |
| 11/19/2009 | 375276 | 396.00 | Nurses Professional Liability renewal (5) |
| 01/29/2010 | 376606 | 198.00 | Nurses Professional Liability |
| 04/06/2010 | 378408 | 198.00 | Nurses Professional Liability |
| 04/22/2010 | 378601 | 114,682.00 | Brokerage Service Fee |
| 04/22/2010 | 378601 | 70,000.00 | Brokerage Service Fee for Multi-Year E&O Coverage |
| 04/22/2010 | 378601 | 25,000.00 | Commercial General Liability Coverage |
| 04/22/2010 | 378601 | 20,000.00 | Commercial General Liabiltiy Coverage |
| 06/01/2010 | 379828 | 69,535.00 | Commercial Excess Liability Coverage |
| 06/01/2010 | 380466 | 3,951.00 | Crime/Excess Crime Coverage |
| 08/25/2010 | 380781 | 250.00 | Commercial Inland Marine |
| 08/18/2010 | 380781 | 22,123.00 | Commercial inland Marine Coverage |
| 08/17/2010 | 380781 | 2,376.00 | Nurses Professioanl Liability (24) |
| 10/15/2010 | 382228 | 198.00 | Nurses Professional Liability (2) |
| 11/03/2010 | 382228 | 495.00 | Nurses Professional Liability (5) |
| 12/10/2010 | 382862 | 118,625.00 | Brokerage Service Fee SAFE |
| 12/10/2010 | 382862 | 65,000.00 | Director & Offier Liability/Employment Practices |
| 01/25/2011 | 383601 | 198.00 | Nurses Professional Liability (2) |
| 02/07/2011 | 383928 | 99.00 | Nurses Professional Liability (1) |
| 03/07/2011 | 384628 | 99.00 | Nurses Professional Liability (1) |
| 04/25/2011 | 385524 | 25,000.00 | Brokerage Fee for Commercial General Liability Coverage |
| 04/25/2011 | 385524 | 70,000.00 | Brokerage Fee for Multi-year E&O Coverage |
| 04/25/2011 | 385524 | 114,682.00 | Brokerage Service Fee |
| 04/25/2011 | 385882 | 20,000.00 | Commercial General Liabilitty Coverage |
| 04/18/2011 | 385882 | 198.00 | Nurses Professional Liability (2) |
| 06/30/2011 | 386904 | 3,951.00 | Crime/Excess Crime Coverage |
| 06/30/2011 | 386904 | 69,535.00 | Excess Liabiltiy Coverage |
| 06/30/2011 | 386904 | 75,000.00 | School Board Errors & Omissions Liability Coverage |

| Date | Number | Amount | Description |
|---|---|---|---|
| 07/18/2011 | 386975 | 1,188.00 | Nurses Professional Liability (12) |
| 08/26/2011 | 387544 | 22,123.00 | Commercial Inland Marine Policy |
| 08/19/2011 | 387544 | 1,287.00 | Nurses Professional Liability (13) |
| 08/31/2011 | 387544 | 198.00 | Nurses Professional Liability (2) |
| 09/13/2011 | 387969 | 99.00 | Nurses Professional Liability (1) |
| 10/14/2011 | 388653 | 297.00 | Nurses Professional Liability (3) |
| 12/02/2011 | 389256 | 99.00 | Nurses Professional Liability (1) |
| 12/21/2011 | 389483 | 118,625.00 | Brokerage Fee _SAFE |
| 12/21/2011 | 389483 | 65,000.00 | Directors & Officers Liability/Employement Practices Liability |
| 01/23/2012 | 390230 | 198.00 | Nurses Professional Liability (2) |
| 02/17/2012 | 390958 | 99.00 | Nurses Professional Liability (1) |
| 03/16/2012 | 391612 | 99.00 | Nurses Professional Liability (1) |
| 05/07/2012 | 392273 | 70,000.00 | Brokerage Fee - Annual Policy Term |
| 05/07/2012 | 392273 | 114,682.00 | Brokerage Fee - Multi-year E&O Coverage |
| 05/07/2012 | 392273 | 25,000.00 | Brokerage Fee Commercial General Liability |
| 04/23/2012 | 392273 | 99.00 | Nurses Professional Liability (1) |
| 05/07/2012 | 392457 | 21,409.00 | Commercial General Liability Coverage |
| 06/29/2012 | 393289 | 3,951.00 | Crime/Excess Crime Coverage |
| 06/29/2012 | 393289 | 75,611.00 | Excess Umbrella Liability Coverage |
| 07/17/2012 | 395566 | 1,485.00 | Nurses Professional Liability Renewal |
| 08/13/2012 | 395800 | 396.00 | Nurses Professional Liability (4) |
| 08/23/2012 | 396147 | 23,450.00 | Inland Marine Coverage |
| 08/21/2012 | 396147 | 891.00 | Nurses Professional Liability (9) |
| 09/07/2012 | 396464 | 99.00 | Nurses Professional Liability (1) |
| 10/02/2012 | 396788 | 297.00 | Nurses Professional Liability (3) |
| 11/16/2012 | 397868 | 66.00 | Inland Marine Policy |
| 11/09/2012 | 397868 | 99.00 | Nurses Professional Liability (1) |
| 11/30/2012 | 398014 | 118,625.00 | Brokerage Fee |
| 11/30/2012 | 398014 | 65,000.00 | Director's & Officers Liability Coverage |
| 11/28/2012 | 398014 | 99.00 | Nurses Professional Liability (1) |
| 12/11/2012 | 398423 | 99.00 | Nurses Professional Liability (1) |
| 02/21/2013 | 399485 | 198.00 | Nurses Professional Liability (2) |

4,960,540.65

| | |
|---|---|
| ...d fees | 4,960,540.65 |
| Fees | 1,586,273.65 |
| only | 3,374,267.00 |
| ...surance costs | 47% |