```
NUMBER                                              DATE
675744  HUB INTERNATIONAL MIDWEST LTD              (704) 375-8000
dba HUB INTERNATIONAL SOUTHEAST                    PO BOX 33789
CHARLOTTE, NC 28233-3789
```

| CHECK DATE | ACCOUNT NUMBER | | INV # | INV DATE | INV DESC | PO # | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 04/25/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 4906 | 04/10/2013 | Nurses Professional Liability Coverage | 400434 | $ 99.00 | |
| 05/16/2013 | 500-2530324-114-000 | Builders Risk Insurance | 5109 | 05/07/2013 | Brokerage Service Fee | 400859 | $ 114,682.00 | |
| 05/16/2013 | 500-2530324-114-000 | Builders Risk Insurance | 5108 | 05/07/2013 | Brokerage Service Fee | 400859 | $ 70,000.00 | |
| 05/16/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5107 | 05/07/2013 | Commercial General Liability Coverage | 400859 | $ 25,000.00 | |
| 07/11/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5110 | 05/07/2013 | Commercial General Liability Coverage | 401770 | $ 23,549.00 | A |
| 07/11/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5538 | 06/25/2013 | Crime/Excess Crime Coverage | 401770 | $ 3,951.00 | |
| 07/11/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5541 | 06/25/2013 | Excess Liability Coverage | 401770 | $ 86,000.00 | |
| 08/15/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6116 | 08/09/2013 | Nurses Professional Liability Coverage | 404244 | $ 2,475.00 | |
| 08/15/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5694 | 07/09/2013 | Inland Marine Policy | 404244 | $ 129.00 | |
| 08/29/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6210 | 08/22/2013 | Nurses Professional Liability Coverage | 404520 | $ 99.00 | |
| 09/05/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 6237 | 08/28/2013 | Inland Marine Equipment Renewal | 404656 | $ 33,738.00 | |
| 09/12/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6309 | 09/08/2013 | Nurses Professional Liability Coverage | 404747 | $ 99.00 | |
| 09/12/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5821 | 07/12/2013 | Cyber Liability/Media Coverage | 404747 | $ 15,716.00 | |
| 09/19/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6343 | 09/12/2013 | Nurses Professional Liability Coverage | 404919 | $ 198.00 | |
| 10/03/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6417 | 09/26/2013 | Nurses Professional Liability Coverage | 405236 | $ 297.00 | |
| 10/10/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 6435 | 09/30/2013 | Inland Marine Policy | 405369 | $ 548.00 | |
| 11/22/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6648 | 10/30/2013 | Nurses Professional Liability Coverage | 406302 | $ 396.00 | |
| 12/05/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6757 | 11/19/2013 | Nurses Professional Liability Coverage | 406490 | $ 99.00 | |
| 12/12/2013 | 500-2530324-114-000 | Builders Risk Insurance | 6805 | 11/26/2013 | Directors & Officers Liability Coverage | 406623 | $ 183,625.00 | |
| 12/12/2013 | 500-2530324-114-000 | Builders Risk Insurance | 6837 | 12/03/2013 | Builders Risk Coverage/Brokerage Service Fee | 406623 | $ 50,000.00 | |
| 12/12/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6800 | 11/25/2013 | Nurses Professional Liability Coverage | 406623 | $ 99.00 | |
| 01/10/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6974 | 12/19/2013 | Nurses Professional Liability Coverage | 406965 | $ 396.00 | |
| 01/23/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7063 | 01/09/2014 | Nurses Professional Liability Coverage | 407256 | $ 99.00 | |
| 01/23/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6918 | 12/12/2013 | Nurses Professional Liability Coverage | 407256 | $ 198.00 | |
| 02/14/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7186 | 02/10/2014 | Nurses Professional Liability Coverage | 407616 | $ 396.00 | |
| 04/03/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7414 | 04/02/2014 | Nurses Professional Liability Coverage | 408639 | $ 99.00 | |
| 05/09/2014 | 500-2530324-114-000 | Builders Risk Insurance | 7568 | 04/29/2014 | Builders Risk Coverage | 409248 | $ 5,146.00 | |
| 05/15/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7650 | 05/21/2014 | Nurses Professional Liability Coverage | 409421 | $ 99.00 | |
| 05/15/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7651 | 05/07/2014 | Nurses Professional Liability Coverage | 409421 | $ 99.00 | |
| 05/15/2014 | 500-2530324-114-000 | Builders Risk Insurance | 7577 | 04/30/2014 | Brokerage Service Fee for Multiyeart E&O Coverage | 409421 | $ 70,000.00 | |
| 05/15/2014 | 500-2530324-114-000 | Builders Risk Insurance | 7578 | 04/30/2014 | Brokerage Service Fee | 409421 | $ 114,682.00 | |
| 05/15/2014 | 500-2530324-114-000 | Builders Risk Insurance | 7580 | 04/30/2014 | Commercial General Liability Coverage/Brokerage Service Fee | 409421 | $ 25,000.00 | |
| 05/29/2014 | 100-2540324-114-004 | GENERAL LIABILITY | 7581 | 04/30/2014 | Commercial General Liability Coverage | 409653 | $ 21,396.10 | |
| 07/10/2014 | 100-2540324-114-000 | PROPERTY INSURANCE | 7882 | 06/25/2014 | Commercial General Liability Coverage | 410367 | $ 82,175.00 | |
| 07/10/2014 | 100-2540324-114-000 | PROPERTY INSURANCE | 7885 | 06/25/2014 | Crime/Excess Crime Coverage | 410367 | $ 3,951.00 | |
| 07/10/2014 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 7884 | 06/25/2014 | Cyber Liability Coverage | 410367 | $ 26,815.00 | |
| 08/28/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 8270 | 08/25/2014 | Nurses Professional Liability Coverage | 412996 | $ 297.00 | |
| 08/28/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 8346 | 08/25/2014 | Nurses Professional Liability Coverage | 412996 | $ 2,079.00 | |
| 08/28/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 8303 | 08/15/2014 | Nurses Professional Liability Coverage | 412996 | $ 495.00 | |
| 09/04/2014 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 8382 | 08/29/2014 | Inland Marine Coverage | 413142 | $ 27,715.00 | |
| 09/04/2014 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 8340 | 08/29/2014 | Inland Marine Coverage | 413142 | $ 170.00 | |
| 11/06/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 28126 | 10/28/2014 | Nurses Professional Liability Coverage | 414426 | $ 306.00 | |
| 11/13/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 30161 | 11/06/2014 | Nurses Professional Liability Coverage | 414558 | $ 102.00 | |
| 11/13/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 28845 | 10/30/2014 | Nurses Professional Liability Coverage | 414558 | $ 630.00 | |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 51329 | 12/04/2014 | Builders Risk- Cross High Renovations Phase I | 415085 | $ 50.00 | |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 51326 | 12/04/2014 | Builders Risk- Cross High Renovations Phase II | 415085 | $ 4,275.00 | |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 8549 | 09/30/2014 | Builders Risk- Stratford High Addition | 415085 | $ 15,535.00 | |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 8551 | 09/30/2014 | Builders Risk- Goose Creek High Addition | 415085 | $ 187,621.00 | |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 50302 | 12/01/2014 | Builders Risk Coverage- Brokerage Service Fee | 415085 | $ 50,000.00 | |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 50277 | 12/01/2014 | SAFE- Directors & Officers Liability Coverage | 415085 | $ 65,000.00 | |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 50278 | 12/01/2014 | Directors & Officers Liability Coverage | 415085 | $ 118,625.00 | |
| 12/12/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 49081 | 11/24/2014 | Nurses Professional Liability Coverage | 415085 | $ 306.00 | |
| 01/08/2015 | 500-2530324-114-000 | Builders Risk Insurance | 61587 | 12/30/2014 | Builders Risk Coverage- Hanahan High Varsity Girls Athletic Room | 415407 | $ 500.00 | |
| 01/08/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 60179 | 12/23/2014 | Nurses Professional Liability Coverage | 415407 | $ 204.00 | |
| 01/15/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 64297 | 01/07/2015 | Nurses Professional Liability Coverage | 415589 | $ 408.00 | |
| 02/12/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 70003 | 01/27/2015 | Nurses Professional Liability Coverage | 416266 | $ 510.00 | |
| 02/27/2015 | 500-2530324-114-000 | Builders Risk Insurance | 8548 | 09/30/2014 | Builders Risk Coverage- Nexton Elementary | 416538 | $ 40,193.00 | |
| 02/27/2015 | 500-2530324-114-000 | Builders Risk Insurance | 8546 | 09/30/2014 | Builders Risk- Cross High Renovations Phase I Locker Rooms | 416538 | $ 774.00 | |
| 04/23/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 88380 | 04/02/2015 | Nurses Professional Liability Coverage | 417611 | $ 102.00 | |
| 05/07/2015 | 100-0000192-000-000 | PREPAID EXPENSES | 97724 | 05/05/2015 | Commercial General Liability Coverage/Brokerage Service Fee | 417911 | $ 25,000.00 | |
| 05/07/2015 | 100-0000192-000-000 | PREPAID EXPENSES | 97777 | 05/05/2015 | Commercial Liability Renewal Policy | 417911 | $ 21,200.00 | |
| 05/07/2015 | 500-0000192-000-000 | Prepaid expenses | 95723 | 04/29/2015 | Brokerage Service Fee for Multiyeart E&O Coverage | 417911 | $ 70,000.00 | |
| 05/07/2015 | 500-0000192-000-000 | Prepaid expenses | 95735 | 04/29/2015 | Brokerage Service Fee | 417911 | $ 114,682.00 | |
| 05/21/2015 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 98361 | 05/06/2015 | Endorsement Premium- Robotic Equipment | 418199 | $ 150.00 | |
| 05/21/2015 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 98346 | 05/06/2015 | Endorsement Premium- John Deer Gator | 418199 | $ 30.00 | |

| Date | Account | Description | Ref | Date 2 | Detail | Check | Amount | |
|---|---|---|---|---|---|---|---|---|
| 05/28/2015 | 100-0000192-000-000 | PREPAID EXPENSES | 101631 | 05/15/2015 | Builders Risk Coverage- Marrington Middle | 418288 | $ 20,697.00 | |
| 05/28/2015 | 500-2530324-114-000 | Builders Risk Insurance | 101648 | 05/15/2015 | Builders Risk Coverage- Nexton Elementary- Term Extension | 418288 | $ 5,388.00 | |
| 05/28/2015 | 500-2530324-114-000 | Builders Risk Insurance | 101640 | 05/15/2015 | Builders Risk- Stratford High Addition- Term Extension | 418288 | $ 2,912.00 | |
| 05/28/2015 | 500-2530324-114-000 | Builders Risk Insurance | 101553 | 05/15/2015 | Builders Risk Coverage- Philip Simmons Elem & Middle | 418288 | $ 188,675.00 | |
| 06/11/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 107486 | 06/03/2015 | Nurses Professional Liability Coverage | 418579 | $ 102.00 | |
| 07/23/2015 | 500-2530324-114-000 | Builders Risk Insurance | 127215 | 07/16/2015 | Builders Risk- Stratford High Addition- Extension | 419534 | $ 1,522.00 | A |
| 07/23/2015 | 500-2530324-114-000 | Builders Risk Insurance | 101654 | 05/15/2015 | Builders Risk- Cross High Renovations Phase II- Term Extension | 419534 | $ 540.00 | A |
| 07/30/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 127009 | 07/15/2015 | Nurses Professional Liability Coverage | 419809 | $ 918.00 | A |
| 08/06/2015 | 500-2530324-114-000 | Builders Risk Insurance | 132152 | 07/29/2015 | Student Accident Marketing Fee | 420296 | $ 45,000.00 | |
| 08/13/2015 | 100-2540324-114-000 | PROPERTY INSURANCE | 120329 | 06/29/2015 | Crime Renewal | 421506 | $ 3,951.00 | A |
| 08/13/2015 | 100-2540324-114-013 | ALL SPORTS AND COMPUL SCHOOL COV | 135136 | 08/05/2015 | Student Accident Policy | 421506 | $ 366,902.00 | |
| 08/13/2015 | 100-2540324-114-000 | PROPERTY INSURANCE | 122395 | 07/01/2015 | Excess Liability Policy Renewal | 421506 | $ 82,465.00 | A |
| 08/13/2015 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 122402 | 07/01/2015 | Cyber Liability Policy | 421506 | $ 27,586.00 | |
| 09/10/2015 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 148420 | 08/26/2015 | Inland Marine Policy | 422018 | $ 26,076.00 | |
| 09/17/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 155727 | 09/09/2015 | Nurses Professional Liability Coverage | 422158 | $ 2,040.00 | |
| 10/22/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 178508 | 10/19/2015 | Nurses Professional Liability Coverage | 422841 | $ 102.00 | |
| 10/22/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 177817 | 10/16/2015 | Nurses Professional Liability Coverage | 422841 | $ 102.00 | |
| 11/05/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 185028 | 10/28/2015 | Nurses Professional Liability Coverage | 423120 | $ 102.00 | |
| 11/12/2015 | 505-2530520-233-503 | Builder's Risk- Philip Simmons High | 189464 | 11/05/2015 | Builders Risk Coverage- Philip Simmons High | 423226 | $ 224,007.00 | |
| 11/12/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 193467 | 11/10/2015 | Nurses Professional Liability Coverage | 423226 | $ 2,448.00 | |
| 11/12/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 191468 | 11/05/2015 | Nurses Professional Liability Coverage | 423226 | $ 102.00 | |
| 01/08/2016 | 500-2530324-114-000 | Builders Risk Insurance | 211630 | 12/14/2015 | SAFE- Directors & Officers Liability Coverage | 424036 | $ 32,131.00 | |
| 01/08/2016 | 500-2530324-114-000 | Builders Risk Insurance | 207203 | 12/04/2015 | Builders Risk Consulting Fee | 424036 | $ 50,000.00 | |
| 01/08/2016 | 500-2530324-114-000 | Builders Risk Insurance | 211590 | 12/14/2015 | Consulting Fee for SAFE | 424036 | $ 118,625.00 | |
| 01/21/2016 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 218564 | 12/28/2015 | Endorsement Premium- Golf Cart | 424311 | $ 55.00 | |
| 01/21/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 231436 | 01/18/2016 | Nurses Professional Liability Coverage | 424311 | $ 354.00 | |
| 02/19/2016 | 100-0000426-000-000 | WORKERS COMP LIABILITY | 257025 | 02/11/2016 | Nurses Professional Liability Coverage | 424903 | $ 102.00 | |
| 05/05/2016 | 500-2530324-114-000 | Builders Risk Insurance | 312114 | 04/27/2016 | WC Analysis Fee | 426315 | $ 47,000.00 | |
| 05/12/2016 | 500-2530324-114-000 | Builders Risk Insurance | 317260 | 05/03/2016 | General Liability/Surplus Lines Taxes/Municipal Tax | 426411 | $ 21,200.00 | |
| 05/12/2016 | 500-2530324-114-000 | Builders Risk Insurance | 318146 | 05/04/2016 | General Liability Consulting Fee | 426411 | $ 25,000.00 | |
| 05/12/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 318965 | 05/05/2016 | Nurses Professional Liability Coverage | 426411 | $ 66.00 | |
| 05/12/2016 | 500-2530324-114-000 | Builders Risk Insurance | 318148 | 05/04/2016 | E & O Consulting Fee | 426411 | $ 70,000.00 | |
| 05/12/2016 | 500-2530324-114-000 | Builders Risk Insurance | 318152 | 05/04/2016 | Cyber, Excess and Crime Consulting Fee | 426411 | $ 114,682.00 | |
| 06/29/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 355015 | 06/23/2016 | Nurses Professional Liability Coverage | 427268 | $ 918.00 | |
| 07/14/2016 | 100-2540324-114-004 | GENERAL LIABILITY | 358447 | 06/28/2016 | Crime/Excess Crime Renewal | 427400 | $ 3,951.00 | |
| 07/14/2016 | 100-2540324-114-004 | GENERAL LIABILITY | 358636 | 06/28/2016 | Excess Liability Renewal Policy | 427400 | $ 87,762.00 | |
| 08/12/2016 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 372607 | 07/13/2016 | Cyber Liability Policy | 429878 | $ 28,509.00 | |
| 08/18/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 402793 | 08/16/2016 | Nurses Professional Liability Coverage | 429984 | $ 102.00 | |
| 08/18/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 398677 | 08/10/2016 | Nurses Professional Liability Coverage | 429984 | $ 1,122.00 | |
| 09/01/2016 | 100-2540324-114-013 | ALL SPORTS AND COMPUL SCHOOL COV | 403019 | 08/16/2016 | ==Missing Invoice== | 430188 | $ 433,087.00 | |
| 09/08/2016 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 410992 | 08/24/2016 | Inland Marine Coverage | 430277 | $ 26,526.00 | |
| 09/22/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 428483 | 09/14/2016 | Nurses Professional Liability Coverage | 430528 | $ 102.00 | |
| 10/14/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 416343 | 08/30/2016 | Nurses Professional Liability Coverage | 430806 | $ 510.00 | |
| 10/14/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 453972 | 10/12/2016 | Nurses Professional Liability Coverage | 430806 | $ 510.00 | |
| 10/20/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 458711 | 10/17/2016 | Nurses Professional Liability Coverage | 430972 | $ 102.00 | |
| 10/27/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 465815 | 10/24/2016 | Nurses Professional Liability Coverage | 431104 | $ 408.00 | |
| 11/03/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 468707 | 10/26/2016 | Nurses Professional Liability Coverage | 431255 | $ 510.00 | |
| 12/02/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 477531 | 11/02/2016 | Nurses Professional Liability Coverage | 431804 | $ 102.00 | |
| 12/20/2016 | 500-2530324-114-000 | Builders Risk Insurance | 509403 | 12/09/2016 | Consulting Fee for D & O Policy | 432207 | $ 118,625.00 | |
| 12/20/2016 | 100-2540324-114-000 | PROPERTY INSURANCE | 211631 | 12/07/2016 | SAFE- Directors & Officers Liability Coverage | 432207 | $ 32,131.00 | |
| 12/20/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 506188 | 12/06/2016 | Nurses Professional Liability Coverage | 432207 | $ 1,020.00 | |
| 01/05/2017 | 500-2530324-114-000 | Builders Risk Insurance | 517644 | 12/19/2016 | Builders Risk Coverage- Philip Simmons Elem & Middle Extension | 432323 | $ 25,886.00 | |
| 01/05/2017 | 500-2530324-114-000 | Builders Risk Insurance | 517656 | 12/19/2016 | New Construction for FoxBank Elementary | 432323 | $ 86,873.00 | |
| 01/05/2017 | 500-2530324-114-000 | Builders Risk Insurance | 493887 | 12/19/2016 | Return Premium for Goose Creek High | 432323 | $ (37,416.00) | |
| 01/05/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 533028 | 01/04/2017 | Nurses Professional Liability Coverage | 432323 | $ 612.00 | |
| 01/19/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 541151 | 01/11/2017 | Nurses Professional Liability Coverage | 432542 | $ 714.00 | |
| 01/26/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 544018 | 01/12/2017 | Nurses Professional Liability Coverage | 432709 | $ 102.00 | |
| 02/10/2017 | 500-2530324-114-000 | Builders Risk Insurance | 517693 | 12/19/2016 | Builders Risk Consulting Fee | 432965 | $ 85,000.00 | |
| 03/02/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 584852 | 02/15/2017 | Nurses Professional Liability Coverage | 433322 | $ 102.00 | |
| 03/10/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 602381 | 03/03/2017 | Excess General Liability/Fee & Surplus Lines Taxes | 433430 | $ 27,030.00 | |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 589032 | 02/21/2017 | Endorsement Premium- Golf Cart | 433678 | $ 42.00 | |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 589015 | 02/21/2017 | Endorsement Premium- Golf Cart | 433678 | $ 85.00 | |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 588972 | 02/21/2017 | Endorsement Premium- Golf Cart | 433678 | $ 92.00 | |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 588934 | 02/21/2017 | Endorsement Premium- Adding Leased Rented Equipment | 433678 | $ 300.00 | |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 588870 | 02/21/2017 | Endorsement Premium- Golf Cart | 433678 | $ 183.00 | |
| 05/05/2017 | 505-2530520-489-503 | Builder's Risk- Bowens Corner Elem | 644683 | 04/13/2017 | Builders Risk- Bowens Corner Elementary | 434460 | $ 75,251.00 | |
| 05/05/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 621566 | 03/23/2017 | General Liability Cancellation | 434459 | $ (3,460.00) | |
| 05/05/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 621566 | 03/23/2017 | General Liability Cancellation Tax | 434459 | $ (207.60) | |
| 05/05/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 621566 | 03/23/2017 | Amending Equipment Limit | 434459 | $ (210.00) | |
| 05/05/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 621566 | 03/23/2017 | Refund of Overpayment- Christy Quails | 434459 | $ (102.00) | |
| 05/05/2017 | 100-2540324-114-008 | ERRORS & OMISSIONS COVERAGE | 621566 | 03/23/2017 | New School Board Legal Liability Policy | 434459 | $ 50,602.00 | |

| Date | Account | Description | Voucher | Inv Date | Invoice Desc | Ref | Amount |
|---|---|---|---|---|---|---|---|
| 05/05/2017 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 621566 | 03/23/2017 | Debit Applied from Item #5904249 | 434459 | $ (4,276.00) |
| 05/05/2017 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 621566 | 03/23/2017 | Debit applied from Item # 5922054 | 434459 | $ (4,138.00) |
| 05/05/2017 | 500-2530324-114-000 | Builders Risk Insurance | 621566 | 03/23/2017 | Cancellation of Agency Fee | 434459 | $ (9,940.00) |
| 06/22/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 677856 | 05/15/2017 | Endorsement Premium- Golf Cart | 435296 | $ 17.00 |
| 07/13/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 732702 | 07/05/2017 | Nurses Professional Liability Coverage | 435470 | $ 1,020.00 |
| 07/13/2017 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 733533 | 07/05/2017 | Cyber Liability Policy | 435470 | $ 14,311.00 |
| 07/13/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 733515 | 07/05/2017 | Crime Policy | 435470 | $ 810.00 |
| 07/13/2017 | 100-2540324-114-002 | UMBRELLA LIABILITY | 733517 | 07/05/2017 | Excess Liability Renewal Policy | 435470 | $ 43,200.00 |
| 07/27/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 754467 | 07/25/2017 | Nurses Professional Liability Coverage | 435675 | $ 1,122.00 |
| 08/18/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 774400 | 08/11/2017 | Nurses Professional Liability Coverage | 438158 | $ 102.00 |
| 08/18/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 771770 | 08/09/2017 | Nurses Professional Liability Coverage | 438158 | $ 102.00 |
| 09/01/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 789786 | 08/29/2017 | Nurses Professional Liability Coverage | 438320 | $ 905.00 |
| 09/01/2017 | 100-2540324-114-013 | ALL SPORTS AND COMPUL SCHOOL COV | 785160 | 08/23/2017 | Missing Invoice | 438320 | $ 433,196.00 |
| 09/01/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 778063 | 08/16/2017 | Missing Invoice | 438320 | $ 63,166.00 |
| 09/01/2017 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 777999 | 08/16/2017 | Missing Invoice | 438320 | $ 14,239.00 |
| 09/01/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 777798 | 08/16/2017 | Missing Invoice | 438320 | $ 810.00 |
| 09/22/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 801015 | 09/11/2017 | Nurses Professional Liability Coverage | 438675 | $ 102.00 |
| 09/22/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 798570 | 09/07/2017 | Nurses Professional Liability Coverage | 438675 | $ 102.00 |
| 09/29/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 793819 | 09/08/2017 | Endorsement Premium- Golf Cart | 438777 | $ 6.00 |
| 10/05/2017 | 100-2540324-114-013 | ALL SPORTS AND COMPUL SCHOOL COV | 766673 | 08/04/2017 | Student Accident Broker Service Fee | 438917 | $ 40,000.00 |
| 10/20/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 790203 | 08/29/2017 | Nurses Professional Liability Coverage | 439191 | $ 102.00 |
| 10/20/2017 | 100-0000426-000-000 | WORKERS COMP LIABILITY | 827097 | 10/09/2017 | Nurses Professional Liability Coverage | 439191 | $ 1,836.00 |
| 10/26/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 832546 | 10/13/2017 | Nurses Professional Liability Coverage | 439317 | $ 306.00 |
| | | | | | | | $ 4,833,736.50 |

TOTAL VOUCHERS FOR REPORT:   4,833,736.50  
TOTAL OPEN VOUCHERS:   0.00  
TOTAL PAID VOUCHERS:   4,833,736.50  
WARET   10/27/2017   8:06:12 AM   Page -1 of 1

NUMBER  
675744 HUB INTERNATIONAL MIDWEST LTD  
dba HUB INTERNATIONAL SOUTHEAST  
CHARLOTTE, NC 28233-3789

DATE  
(704) 375-8000  
PO BOX 33789

| CHECK DATE | ACCOUNT NUMBER | | INV # | INV DATE | INV DESC | PO # | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 50278 | 12/01/2014 | Directors & Officers Liability Coverage | 415085 | $ 118,625.00 |
| 05/05/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 621566 | 03/23/2017 | Amending Equipment Limit | 434459 | $ (210.00) |
| 05/16/2013 | 500-2530324-114-000 | Builders Risk Insurance | 5109 | 05/07/2013 | Brokerage Service Fee | 400859 | $ 114,682.00 |
| 05/16/2013 | 500-2530324-114-000 | Builders Risk Insurance | 5108 | 05/07/2013 | Brokerage Service Fee | 400859 | $ 70,000.00 |
| 05/15/2014 | 500-2530324-114-000 | Builders Risk Insurance | 7578 | 04/30/2014 | Brokerage Service Fee | 409421 | $ 114,682.00 A |
| 05/07/2015 | 500-0000192-000-000 | Prepaid expenses | 95735 | 04/29/2015 | Brokerage Service Fee | 417911 | $ 114,682.00 |
| 05/15/2014 | 500-2530324-114-000 | Builders Risk Insurance | 7577 | 04/30/2014 | Brokerage Service Fee for Multiyeart E&O Coverage | 409421 | $ 70,000.00 |
| 05/07/2015 | 500-0000192-000-000 | Prepaid expenses | 95723 | 04/29/2015 | Brokerage Service Fee for Multiyeart E&O Coverage | 417911 | $ 70,000.00 |
| 05/05/2016 | 505-2530520-489-503 | Builder's Risk- Bowens Corner Elem | 644683 | 04/13/2017 | Builders Risk- Bowens Corner Elementary | 434460 | $ 75,251.00 |
| 01/08/2016 | 500-2530324-114-000 | Builders Risk Insurance | 207203 | 12/04/2015 | Builders Risk Consulting Fee | 424036 | $ 50,000.00 |
| 02/10/2017 | 500-2530324-114-000 | Builders Risk Insurance | 517693 | 12/19/2016 | Builders Risk Consulting Fee | 432965 | $ 85,000.00 |
| 05/09/2014 | 500-2530324-114-000 | Builders Risk Insurance | 7568 | 04/29/2014 | Builders Risk Coverage | 409248 | $ 5,146.00 |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 50302 | 12/01/2014 | Builders Risk Coverage- Brokerage Service Fee | 415085 | $ 50,000.00 |
| 01/08/2015 | 500-2530324-114-000 | Builders Risk Insurance | 61587 | 12/30/2014 | Builders Risk Coverage- Hanahan High Varsity Girls Athletic Room | 415407 | $ 500.00 |
| 05/28/2015 | 100-0000192-000-000 | PREPAID EXPENSES | 101631 | 05/15/2015 | Builders Risk Coverage- Marrington Middle | 418288 | $ 20,697.00 |
| 02/27/2015 | 500-2530324-114-000 | Builders Risk Insurance | 8548 | 09/30/2014 | Builders Risk Coverage- Nexton Elementary | 416538 | $ 40,193.00 |
| 05/28/2015 | 500-2530324-114-000 | Builders Risk Insurance | 101648 | 05/15/2015 | Builders Risk Coverage- Nexton Elementary- Term Extension | 418288 | $ 5,388.00 |
| 05/28/2015 | 500-2530324-114-000 | Builders Risk Insurance | 101553 | 05/15/2015 | Builders Risk Coverage- Philip Simmons Elem & Middle | 418288 | $ 188,675.00 |
| 01/05/2017 | 500-2530324-114-000 | Builders Risk Insurance | 517644 | 12/19/2016 | Builders Risk Coverage- Philip Simmons Elem & Middle Extension | 432323 | $ 25,886.00 |
| 11/12/2015 | 505-2530520-233-503 | Builder's Risk- Philip Simmons High | 189464 | 11/05/2015 | Builders Risk Coverage- Philip Simmons High | 423226 | $ 224,007.00 |
| 12/12/2013 | 500-2530324-114-000 | Builders Risk Insurance | 6837 | 12/03/2013 | Builders Risk Coverage/Brokerage Service Fee | 406623 | $ 50,000.00 |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 51329 | 12/04/2014 | Builders Risk- Cross High Renovations Phase I | 415085 | $ 50.00 |
| 02/27/2015 | 500-2530324-114-000 | Builders Risk Insurance | 8546 | 09/30/2014 | Builders Risk- Cross High Renovations Phase I Locker Rooms | 416538 | $ 774.00 |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 51326 | 12/04/2014 | Builders Risk- Cross High Renovations Phase II | 415085 | $ 4,275.00 |
| 07/23/2015 | 500-2530324-114-000 | Builders Risk Insurance | 101654 | 05/15/2015 | Builders Risk- Cross High Renovations Phase II- Term Extension | 419534 | $ 540.00 |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 8551 | 09/30/2014 | Builders Risk- Goose Creek High Addition | 415085 | $ 187,621.00 |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 8549 | 09/30/2014 | Builders Risk- Stratford High Addition | 415085 | $ 15,535.00 |
| 07/23/2015 | 500-2530324-114-000 | Builders Risk Insurance | 127215 | 07/16/2015 | Builders Risk- Stratford High Addition- Extension | 419534 | $ 1,522.00 |
| 05/28/2015 | 500-2530324-114-000 | Builders Risk Insurance | 101640 | 05/15/2015 | Builders Risk- Stratford High Addition- Term Extension | 418288 | $ 2,912.00 |
| 05/05/2017 | 500-2530324-114-000 | Builders Risk Insurance | 621566 | 03/23/2017 | Cancellation of Agency Fee | 434459 | $ (9,940.00) |
| 05/16/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5107 | 05/07/2013 | Commercial General Liability Coverage | 400859 | $ 25,000.00 |
| 07/11/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5110 | 05/07/2013 | Commercial General Liability Coverage | 401770 | $ 23,549.00 |
| 05/29/2014 | 100-2540324-114-004 | GENERAL LIABILITY | 7581 | 04/30/2014 | Commercial General Liability Coverage | 409653 | $ 21,396.10 |
| 07/10/2014 | 100-2540324-114-000 | PROPERTY INSURANCE | 7882 | 06/25/2014 | Commercial General Liability Coverage | 410367 | $ 82,175.00 |
| 05/15/2014 | 500-2530324-114-000 | Builders Risk Insurance | 7580 | 04/30/2014 | Commercial General Liability Coverage/Brokerage Service Fee | 409421 | $ 25,000.00 |
| 05/07/2015 | 100-0000192-000-000 | PREPAID EXPENSES | 97724 | 05/05/2015 | Commercial General Liability Coverage/Brokerage Service Fee | 417911 | $ 25,000.00 |
| 05/07/2015 | 100-0000192-000-000 | PREPAID EXPENSES | 97777 | 05/05/2015 | Commercial Liability Renewal Policy | 417911 | $ 21,200.00 |
| 12/20/2016 | 500-2530324-114-000 | Builders Risk Insurance | 509403 | 12/09/2016 | Consulting Fee for D & O Policy | 432207 | $ 118,625.00 |
| 01/08/2016 | 500-2530324-114-000 | Builders Risk Insurance | 211590 | 12/14/2015 | Consulting Fee for SAFE | 424036 | $ 118,625.00 |
| 07/13/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 733515 | 07/05/2017 | Crime Policy | 435470 | $ 810.00 |
| 08/13/2015 | 100-2540324-114-000 | PROPERTY INSURANCE | 120329 | 06/29/2015 | Crime Renewal | 421506 | $ 3,951.00 |
| 07/11/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5538 | 06/25/2013 | Crime/Excess Crime Coverage | 401770 | $ 3,951.00 |
| 07/10/2014 | 100-2540324-114-000 | PROPERTY INSURANCE | 7885 | 06/25/2014 | Crime/Excess Crime Coverage | 410367 | $ 3,951.00 |
| 07/14/2016 | 100-2540324-114-004 | GENERAL LIABILITY | 358447 | 06/28/2016 | Crime/Excess Crime Renewal | 427400 | $ 3,951.00 |
| 07/10/2014 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 7884 | 06/25/2014 | Cyber Liability Coverage | 410367 | $ 26,815.00 |
| 08/13/2015 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 122402 | 07/01/2015 | Cyber Liability Policy | 421506 | $ 27,586.00 |
| 08/12/2016 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 372607 | 07/13/2016 | Cyber Liability Policy | 429878 | $ 28,509.00 |
| 07/13/2017 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 733533 | 07/05/2017 | Cyber Liability Policy | 435470 | $ 14,311.00 |
| 09/12/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5821 | 07/12/2013 | Cyber Liability/Media Coverage | 404747 | $ 15,716.00 |
| 05/12/2016 | 500-2530324-114-000 | Builders Risk Insurance | 318152 | 05/04/2016 | Cyber, Excess and Crime Consulting Fee | 426411 | $ 114,682.00 |
| 05/05/2017 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 621566 | 03/23/2017 | Debit applied from Item # 5922054 | 434459 | $ (4,138.00) |
| 05/05/2017 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 621566 | 03/23/2017 | Debit Applied from Item #5904249 | 434459 | $ (4,276.00) |
| 12/12/2013 | 500-2530324-114-000 | Builders Risk Insurance | 6805 | 11/26/2013 | Directors & Officers Liability Coverage | 406623 | $ 183,625.00 |
| 05/12/2016 | 500-2530324-114-000 | Builders Risk Insurance | 318148 | 05/04/2016 | E & O Consulting Fee | 426411 | $ 70,000.00 |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 588934 | 02/21/2017 | Endorsement Premium- Adding Leased Rented Equipment | 433678 | $ 300.00 |
| 01/21/2016 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 218564 | 12/28/2015 | Endorsement Premium- Golf Cart | 424311 | $ 55.00 |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 589032 | 02/21/2017 | Endorsement Premium- Golf Cart | 433678 | $ 42.00 |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 589015 | 02/21/2017 | Endorsement Premium- Golf Cart | 433678 | $ 85.00 |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 588972 | 02/21/2017 | Endorsement Premium- Golf Cart | 433678 | $ 92.00 |
| 03/23/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 588870 | 02/21/2017 | Endorsement Premium- Golf Cart | 433678 | $ 183.00 |

| Date | Account | Description | Ref1 | Date2 | Description2 | Ref2 | Amount | |
|---|---|---|---|---|---|---|---|---|
| 06/22/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 677856 | 05/15/2017 | Endorsement Premium- Golf Cart | 435296 | $ 17.00 | |
| 09/29/2017 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 793819 | 09/08/2017 | Endorsement Premium- Golf Cart | 438777 | $ 6.00 | |
| 05/21/2015 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 98346 | 05/06/2015 | Endorsement Premium- John Deer Gator | 418199 | $ 30.00 | |
| 05/21/2015 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 98361 | 05/06/2015 | Endorsement Premium- Robotic Equipment | 418199 | $ 150.00 | |
| 03/10/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 602381 | 03/03/2017 | Excess General Liability/Fee & Surplus Lines Taxes | 433430 | $ 27,030.00 | |
| 07/11/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5541 | 06/25/2013 | Excess Liability Coverage | 401770 | $ 86,000.00 | |
| 08/13/2015 | 100-2540324-114-000 | PROPERTY INSURANCE | 122395 | 07/01/2015 | Excess Liability Policy Renewal | 421506 | $ 82,465.00 | |
| 07/14/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 358636 | 06/28/2017 | Excess Liability Renewal Policy | 427400 | $ 87,762.00 | |
| 07/13/2017 | 100-2540324-114-002 | UMBRELLA LIABILITY | 733517 | 07/05/2017 | Excess Liability Renewal Policy | 435470 | $ 43,200.00 | |
| 05/05/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 621566 | 03/23/2017 | General Liability Cancellation | 434459 | $ (3,460.00) | |
| 05/05/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 621566 | 03/23/2017 | General Liability Cancellation Tax | 434459 | $ (207.60) | A |
| 05/12/2016 | 500-2530324-114-000 | Builders Risk Insurance | 318146 | 05/04/2016 | General Liability Consulting Fee | 426411 | $ 25,000.00 | A |
| 05/12/2016 | 500-2530324-114-000 | Builders Risk Insurance | 317260 | 05/03/2016 | General Liability/Surplus Lines Taxes/Municipal Tax | 426411 | $ 21,200.00 | A |
| 09/04/2014 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 8382 | 08/29/2014 | Inland Marine Coverage | 413142 | $ 27,715.00 | |
| 09/04/2014 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 8340 | 08/29/2014 | Inland Marine Coverage | 413142 | $ 170.00 | A |
| 09/08/2016 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 410992 | 08/24/2016 | Inland Marine Coverage | 430277 | $ 26,526.00 | |
| 09/05/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 6237 | 08/28/2013 | Inland Marine Equipment Renewal | 404656 | $ 33,738.00 | A |
| 08/15/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 5694 | 07/09/2013 | Inland Marine Policy | 404244 | $ 129.00 | |
| 10/10/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 6435 | 09/30/2013 | Inland Marine Policy | 405369 | $ 548.00 | |
| 09/10/2015 | 100-2540324-114-001 | INLAND MARINE INSURANCE | 148420 | 08/26/2015 | Inland Marine Policy | 422018 | $ 26,076.00 | |
| 09/01/2016 | 100-2540324-114-013 | ALL SPORTS AND COMPUL SCHOOL COV | 403019 | 08/16/2016 | Missing Invoice | 430188 | $ 433,087.00 | |
| 09/01/2017 | 100-2540324-114-013 | ALL SPORTS AND COMPUL SCHOOL COV | 785160 | 08/23/2017 | Missing Invoice | 438320 | $ 433,196.00 | |
| 09/01/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 778063 | 08/16/2017 | Missing Invoice | 438320 | $ 63,166.00 | |
| 09/01/2017 | 100-2540324-114-011 | DATA PROCESSING COVERAGE | 777999 | 08/16/2017 | Missing Invoice | 438320 | $ 14,239.00 | |
| 09/01/2017 | 100-2540324-114-004 | GENERAL LIABILITY | 777798 | 08/16/2017 | Missing Invoice | 438320 | $ 810.00 | |
| 01/05/2017 | 500-2530324-114-000 | Builders Risk Insurance | 517656 | 12/19/2016 | New Construction for FoxBank Elementary | 432323 | $ 86,873.00 | |
| 05/05/2017 | 100-2540324-114-008 | ERRORS & OMISSIONS COVERAGE | 621566 | 03/23/2017 | New School Board Legal Liability Policy | 434459 | $ 50,602.00 | |
| 04/25/2013 | 100-2540324-114-000 | PROPERTY INSURANCE | 4906 | 04/10/2013 | Nurses Professional Liability Coverage | 400434 | $ 99.00 | |
| 08/15/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6116 | 08/09/2013 | Nurses Professional Liability Coverage | 404244 | $ 2,475.00 | |
| 08/29/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6210 | 08/22/2013 | Nurses Professional Liability Coverage | 404520 | $ 99.00 | |
| 09/12/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6309 | 09/08/2013 | Nurses Professional Liability Coverage | 404747 | $ 99.00 | |
| 09/19/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6343 | 09/12/2013 | Nurses Professional Liability Coverage | 404919 | $ 198.00 | |
| 10/03/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6417 | 09/26/2013 | Nurses Professional Liability Coverage | 405236 | $ 297.00 | |
| 11/22/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6648 | 10/30/2013 | Nurses Professional Liability Coverage | 406302 | $ 396.00 | |
| 12/05/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6757 | 11/19/2013 | Nurses Professional Liability Coverage | 406490 | $ 99.00 | |
| 12/12/2013 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6800 | 11/25/2013 | Nurses Professional Liability Coverage | 406623 | $ 99.00 | |
| 01/10/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6974 | 12/19/2013 | Nurses Professional Liability Coverage | 406965 | $ 396.00 | |
| 01/23/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7063 | 01/09/2014 | Nurses Professional Liability Coverage | 407256 | $ 99.00 | |
| 01/23/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 6918 | 12/12/2013 | Nurses Professional Liability Coverage | 407256 | $ 198.00 | |
| 02/14/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7186 | 02/10/2014 | Nurses Professional Liability Coverage | 407616 | $ 396.00 | |
| 04/03/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7414 | 04/02/2014 | Nurses Professional Liability Coverage | 408639 | $ 99.00 | |
| 05/15/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7650 | 05/21/2014 | Nurses Professional Liability Coverage | 409421 | $ 99.00 | |
| 05/15/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 7651 | 05/07/2014 | Nurses Professional Liability Coverage | 409421 | $ 99.00 | |
| 08/28/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 8270 | 08/25/2014 | Nurses Professional Liability Coverage | 412996 | $ 297.00 | |
| 08/28/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 8346 | 08/25/2014 | Nurses Professional Liability Coverage | 412996 | $ 2,079.00 | |
| 08/28/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 8303 | 08/15/2014 | Nurses Professional Liability Coverage | 412996 | $ 495.00 | |
| 11/06/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 28126 | 10/28/2014 | Nurses Professional Liability Coverage | 414426 | $ 306.00 | |
| 11/13/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 30161 | 11/06/2014 | Nurses Professional Liability Coverage | 414558 | $ 102.00 | |
| 11/13/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 28845 | 10/30/2014 | Nurses Professional Liability Coverage | 414558 | $ 630.00 | |
| 12/12/2014 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 49081 | 11/24/2014 | Nurses Professional Liability Coverage | 415085 | $ 306.00 | |
| 01/08/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 60179 | 12/23/2014 | Nurses Professional Liability Coverage | 415407 | $ 204.00 | |
| 01/15/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 64297 | 01/07/2015 | Nurses Professional Liability Coverage | 415589 | $ 408.00 | |
| 02/12/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 70003 | 01/27/2015 | Nurses Professional Liability Coverage | 416266 | $ 510.00 | |
| 04/23/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 88380 | 04/02/2015 | Nurses Professional Liability Coverage | 417611 | $ 102.00 | |
| 06/11/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 107486 | 06/03/2015 | Nurses Professional Liability Coverage | 418579 | $ 102.00 | |
| 07/30/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 127009 | 07/15/2015 | Nurses Professional Liability Coverage | 419809 | $ 918.00 | |
| 09/17/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 155727 | 09/09/2015 | Nurses Professional Liability Coverage | 422158 | $ 2,040.00 | |
| 10/22/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 178508 | 10/19/2015 | Nurses Professional Liability Coverage | 422841 | $ 102.00 | |
| 10/22/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 177817 | 10/16/2015 | Nurses Professional Liability Coverage | 422841 | $ 102.00 | |
| 11/05/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 185028 | 10/28/2015 | Nurses Professional Liability Coverage | 423120 | $ 102.00 | |
| 11/12/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 193467 | 11/10/2015 | Nurses Professional Liability Coverage | 423226 | $ 2,448.00 | |
| 11/12/2015 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 191468 | 11/05/2015 | Nurses Professional Liability Coverage | 423226 | $ 102.00 | |
| 01/21/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 231436 | 01/14/2016 | Nurses Professional Liability Coverage | 424311 | $ 354.00 | |
| 02/19/2016 | 100-0000426-000-000 | WORKERS COMP LIABILITY | 257025 | 02/11/2016 | Nurses Professional Liability Coverage | 424903 | $ 102.00 | |
| 05/12/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 318965 | 05/05/2016 | Nurses Professional Liability Coverage | 426411 | $ 66.00 | |
| 06/29/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 355015 | 06/23/2016 | Nurses Professional Liability Coverage | 427268 | $ 918.00 | |

| Date | Account | Description | Voucher | Date | Coverage | Ref | Amount |
|---|---|---|---|---|---|---|---|
| 08/18/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 402793 | 08/16/2016 | Nurses Professional Liability Coverage | 429984 | $ 102.00 |
| 08/18/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 398677 | 08/10/2016 | Nurses Professional Liability Coverage | 429984 | $ 1,122.00 |
| 09/22/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 428483 | 09/14/2016 | Nurses Professional Liability Coverage | 430528 | $ 102.00 |
| 10/14/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 416343 | 08/30/2016 | Nurses Professional Liability Coverage | 430806 | $ 510.00 |
| 10/14/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 453972 | 10/12/2016 | Nurses Professional Liability Coverage | 430806 | $ 510.00 |
| 10/20/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 458711 | 10/17/2016 | Nurses Professional Liability Coverage | 430972 | $ 102.00 |
| 10/27/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 465815 | 10/24/2016 | Nurses Professional Liability Coverage | 431104 | $ 408.00 |
| 11/03/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 468707 | 10/26/2016 | Nurses Professional Liability Coverage | 431255 | $ 510.00 |
| 12/02/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 477531 | 11/02/2016 | Nurses Professional Liability Coverage | 431804 | $ 102.00 |
| 12/20/2016 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 506188 | 12/06/2016 | Nurses Professional Liability Coverage | 432207 | $ 1,020.00 |
| 01/05/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 533028 | 01/04/2017 | Nurses Professional Liability Coverage | 432323 | $ 612.00 |
| 01/19/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 541151 | 01/11/2017 | Nurses Professional Liability Coverage | 432542 | $ 714.00 |
| 01/26/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 544018 | 01/12/2017 | Nurses Professional Liability Coverage | 432709 | $ 102.00 |
| 03/02/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 584852 | 02/15/2017 | Nurses Professional Liability Coverage | 433322 | $ 102.00 |
| 07/13/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 732702 | 07/05/2017 | Nurses Professional Liability Coverage | 435470 | $ 1,020.00 |
| 07/27/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 754467 | 07/25/2017 | Nurses Professional Liability Coverage | 435657 | $ 1,122.00 |
| 08/18/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 774400 | 08/11/2017 | Nurses Professional Liability Coverage | 438158 | $ 102.00 |
| 08/18/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 771770 | 08/09/2017 | Nurses Professional Liability Coverage | 438158 | $ 102.00 |
| 09/01/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 789786 | 08/29/2017 | Nurses Professional Liability Coverage | 438320 | $ 905.00 |
| 09/22/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 801015 | 09/11/2017 | Nurses Professional Liability Coverage | 438675 | $ 102.00 |
| 09/22/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 798570 | 09/07/2017 | Nurses Professional Liability Coverage | 438675 | $ 102.00 |
| 10/20/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 790203 | 08/29/2017 | Nurses Professional Liability Coverage | 439191 | $ 102.00 |
| 10/20/2017 | 100-0000426-000-000 | WORKERS COMP LIABILITY | 827097 | 10/09/2017 | Nurses Professional Liability Coverage | 439191 | $ 1,836.00 |
| 10/26/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 832546 | 10/13/2017 | Nurses Professional Liability Coverage | 439317 | $ 306.00 |
| 05/05/2017 | 100-2540324-114-006 | HEALTH CARE PROFESSIONAL LIABILITY | 621566 | 03/23/2017 | Refund of Overpayment- Christy Quails | 434459 | $ (102.00) |
| 01/05/2017 | 500-2530324-114-000 | Builders Risk Insurance | 493887 | 12/19/2016 | Return Premium for Goose Creek High | 432323 | $ (37,416.00) |
| 12/12/2014 | 500-2530324-114-000 | Builders Risk Insurance | 50277 | 12/01/2014 | SAFE- Directors & Officers Liability Coverage | 415085 | $ 65,000.00 |
| 01/08/2016 | 500-2530324-114-000 | Builders Risk Insurance | 211630 | 12/14/2015 | SAFE- Directors & Officers Liability Coverage | 424036 | $ 32,131.00 |
| 12/20/2016 | 100-2540324-114-000 | PROPERTY INSURANCE | 211631 | 12/07/2015 | SAFE- Directors & Officers Liability Coverage | 432207 | $ 32,131.00 |
| 10/05/2017 | 100-2540324-114-013 | ALL SPORTS AND COMPUL SCHOOL COV | 766673 | 08/04/2017 | Student Accident Broker Service Fee | 438917 | $ 40,000.00 |
| 08/06/2015 | 500-2530324-114-000 | Builders Risk Insurance | 132152 | 07/29/2015 | Student Accident Marketing Fee | 420296 | $ 45,000.00 |
| 08/13/2015 | 100-2540324-114-013 | ALL SPORTS AND COMPUL SCHOOL COV | 135136 | 08/05/2015 | Student Accident Policy | 421506 | $ 366,902.00 |
| 05/05/2016 | 500-2530324-114-000 | Builders Risk Insurance | 312114 | 04/27/2016 | WC Analysis Fee | 426315 | $ 47,000.00 |
| | | | | | | | $ 4,833,736.50 |

TOTAL VOUCHERS FOR REPORT: 4,833,736.50
TOTAL OPEN VOUCHERS: 0.00
TOTAL PAID VOUCHERS: 4,833,736.50
WARET                                                      10/27/2017     8:06:12 AM                                    Page -1 of 1

| | |
|---|---|
| Total Expenditures | $ 4,833,736.50 |
| Less Brokerage/Agency/Consulting/Analysis Fees | $ 1,408,038.00 |
| Total Insurance Costs | $ 3,425,698.50 |
| Percentage of fees to insurance | 41% |