| POLICY | WRITTEN PREMIUM | CLAIM | DATE OF LOSS | TYPE OF LOSS | RESERVES | PAID | EXPENSE |
|---|---|---|---|---|---|---|---|
| C150080012 | 16,765.29 | 79594 | 10/18/2011 | COLLISION | 0 | 3,220.00 | 496.34 |
| C150080013 | 18,953.09 | 88449 | 8/29/2012 | COLLISION | 0 | 14,988.58 | 627.3 |
| | | 88922 | 9/25/2012 | COLLISION | 0 | 1,452.96 | 0 |
| | | 89145 | 8/29/2012 | COMPREHENSIVE - GLASS BRE | 0 | 517.28 | 0 |
| | | 89260 | 9/29/2012 | COLLISION | 0 | 656.25 | 0 |
| | | 90197 | 10/18/2012 | COMPREHENSIVE - GLASS BRE | 0 | 225 | 0 |
| | | 91371 | 12/19/2012 | COLLISION | 0 | 20,786.00 | 300 |
| | | 93201 | 2/13/2013 | COLLISION | 0 | 0 | 0 |
| | | 93488 | 2/22/2013 | COLLISION | 0 | 2,287.14 | 300 |
| | | 93496 | 3/5/2013 | COLLISION | 0 | 2,110.43 | 300 |
| | | 94625 | 3/13/2013 | COMPREHENSIVE - GLASS BRE | 0 | 300 | 0 |
| | | 94630 | 3/8/2013 | COMPREHENSIVE - GLASS BRE | 0 | 233.79 | 0 |
| | | 94632 | 1/28/2013 | COMPREHENSIVE - GLASS BRE | 0 | 250 | 0 |
| | | 94633 | 3/7/2013 | COMPREHENSIVE - GLASS BRE | 0 | 233.36 | 0 |
| | | 94634 | 3/7/2013 | COMPREHENSIVE - GLASS BRE | 0 | 223.08 | 0 |
| | | 94788 | 2/5/2013 | COLLISION | 0 | 0 | 0 |
| | | 95797 | 10/16/2012 | COMPREHENSIVE - GLASS BRE | 0 | 69.95 | 0 |
| | | 95801 | 3/27/2013 | COMPREHENSIVE - GLASS BRE | 0 | 315.44 | 0 |
| | | 95802 | 4/23/2013 | COMPREHENSIVE - GLASS BRE | 0 | 514.71 | 0 |
| | | 95809 | 4/17/2013 | COMPREHENSIVE - GLASS BRE | 0 | 315.44 | 0 |
| C150080014 | 18,979.52 | 1685 | 7/19/2014 | COMPREHENSIVE - GLASS BRE | 0 | 308.23 | 0 |
| | | 3251 | 10/21/2013 | COMPREHENSIVE - GLASS BRE | 0 | 225 | 0 |
| | | 4988 | 1/27/2014 | COMPREHENSIVE - GLASS BRE | 0 | 305.78 | 0 |
| | | 4989 | 12/12/2013 | COMPREHENSIVE - GLASS BRE | 0 | 463.43 | 0 |
| | | 5128 | 2/12/2014 | COLLISION | 0 | 5,622.26 | 90 |
| | | 6356 | 3/20/2014 | COLLISION | 0 | 393.59 | 0 |
| | | 48206 | 2/18/2014 | COLLISION | 0 | 2,487.06 | 0 |
| | | 52689 | 4/7/2014 | COMPREHENSIVE - GLASS BRE | 0 | 324.73 | 0 |
| | | 52724 | 4/21/2014 | COMPREHENSIVE - GLASS BRE | 0 | 314.31 | 0 |
| | | 52890 | 4/9/2014 | COMPREHENSIVE - GLASS BRE | 0 | 305.6 | 0 |
| | | 52896 | 4/24/2014 | COMPREHENSIVE - GLASS BRE | 0 | 221.6 | 0 |
| | | 59106 | 2/25/2014 | COMPREHENSIVE - GLASS BRE | 0 | 515.8 | 0 |
| C150080015 | 22,464.81 | 977 | 10/17/2014 | COLLISION | 0 | 1,421.75 | 0 |
| | | 7800 | 4/22/2015 | COLLISION | 0 | 0 | 0 |
| | | 8883 | 2/3/2015 | COMPREHENSIVE - GLASS BRE | 0 | 195.8 | 0 |
| | | 8884 | 1/28/2015 | COMPREHENSIVE - GLASS BRE | 0 | 206.31 | 0 |
| | | 8885 | 1/27/2015 | COMPREHENSIVE - GLASS BRE | 0 | 305.6 | 0 |
| | | 8886 | 3/12/2015 | COMPREHENSIVE - GLASS BRE | 0 | 278.59 | 0 |
| | | 8891 | 3/30/2015 | COMPREHENSIVE - GLASS BRE | 0 | 241.43 | 0 |
| | | 8893 | 3/11/2015 | COMPREHENSIVE - GLASS BRE | 0 | 377.82 | 0 |
| | | 15133 | 3/25/2015 | COMPREHENSIVE - GLASS BRE | 0 | 234.44 | 0 |
| | | 15413 | 4/27/2015 | COMPREHENSIVE - GLASS BRE | 0 | 304.29 | 0 |
| | | 16440 | 1/30/2015 | COLLISION | 0 | 1,026.36 | 0 |
| | | 60649 | 7/2/2014 | COMPREHENSIVE - GLASS BRE | 0 | 454.87 | 0 |
| | | 83141 | 8/14/2014 | COMPREHENSIVE - GLASS BRE | 0 | 225 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 83142 | 8/25/2014 | COMPREHENSIVE - GLASS BRE | 0 | 305.6 | 0 |
| | | 91658 | 10/14/2014 | COLLISION | 0 | 6,057.48 | 150 |
| | | 92810 | 9/19/2014 | COMPREHENSIVE - GLASS BRE | 0 | 233.79 | 0 |
| | | 92812 | 11/6/2014 | COMPREHENSIVE - GLASS BRE | 0 | 628 | 0 |
| | | 94892 | 11/25/2014 | COLLISION | 0 | 2,564.72 | 150 |
| | | 96837 | 11/11/2014 | COMPREHENSIVE - GLASS BRE | 0 | 245.8 | 0 |
| | | 96862 | 12/15/2014 | COMPREHENSIVE - GLASS BRE | 0 | 348.65 | 0 |
| | | 96874 | 12/12/2014 | COMPREHENSIVE - GLASS BRE | 0 | 290.78 | 0 |
| | | 97091 | 11/12/2014 | COMPREHENSIVE - GLASS BRE | 0 | 147.8 | 0 |
| | | 97095 | 12/1/2014 | COMPREHENSIVE - GLASS BRE | 0 | 538.71 | 0 |
| | | 99289 | 1/6/2015 | COMPREHENSIVE - GLASS BRE | 0 | 285.47 | 0 |
| | | 99290 | 12/18/2014 | COMPREHENSIVE - GLASS BRE | 0 | 99.17 | 0 |
| | | 99292 | 1/5/2015 | COMPREHENSIVE - GLASS BRE | 0 | 301.77 | 0 |
| | | 99293 | 1/6/2015 | COMPREHENSIVE - GLASS BRE | 0 | 371.76 | 0 |
| | | 99681 | 2/19/2015 | COLLISION | 0 | 3,334.88 | 300 |
| C15008001€ | 24,916.29 | 2123 | 4/11/2016 | COMPREHENSIVE - GLASS BRE | 0 | 257.3 | 0 |
| | | 10836 | 7/29/2015 | COLLISION | 0 | 18,512.50 | 300 |
| | | 12238 | 8/4/2015 | COMPREHENSIVE - GLASS BRE | 0 | 284.76 | 0 |
| | | 15130 | 11/5/2015 | COMPREHENSIVE - GLASS BRE | 0 | 305.44 | 0 |
| | | 15131 | 10/22/2015 | COMPREHENSIVE - GLASS BRE | 0 | 332.55 | 0 |
| | | 15132 | 10/16/2015 | COMPREHENSIVE - GLASS BRE | 0 | 307.21 | 0 |
| | | 15405 | 9/29/2015 | COMPREHENSIVE - GLASS BRE | 0 | 382.42 | 0 |
| | | 15407 | 9/15/2015 | COMPREHENSIVE - GLASS BRE | 0 | 203.45 | 0 |
| | | 15412 | 9/21/2015 | COMPREHENSIVE - GLASS BRE | 0 | 204.6 | 0 |
| | | 18835 | 12/10/2015 | COMPREHENSIVE - GLASS BRE | 0 | 332.55 | 0 |
| | | 18836 | 12/7/2015 | COMPREHENSIVE - GLASS BRE | 0 | 225.49 | 0 |
| | | 18847 | 12/2/2015 | COMPREHENSIVE - GLASS BRE | 0 | 307 | 0 |
| | | 18851 | 12/9/2015 | COMPREHENSIVE - GLASS BRE | 0 | 246.13 | 0 |
| | | 18852 | 12/15/2015 | COMPREHENSIVE - GLASS BRE | 0 | 267.61 | 0 |
| | | 18854 | 11/6/2015 | COMPREHENSIVE - GLASS BRE | 0 | 402.62 | 0 |
| | | 20284 | 3/22/2016 | COMPREHENSIVE - GLASS BRE | 0 | 210.63 | 0 |
| | | A0593 | 5/16/2016 | COLLISION | 0 | 7,619.60 | 438.8 |
| | | A0912 | 6/1/2016 | COMPREHENSIVE - GLASS BRE | 0 | 306.57 | 0 |
| | | A1110 | 4/11/2016 | COMPREHENSIVE - GLASS BRE | 0 | 279.09 | 0 |
| | | A1465 | 8/4/2015 | COMPREHENSIVE - GLASS BRE | 0 | 137.15 | 0 |
| C15008001; | 26,567.00 | A1987 | 7/18/2016 | COMPREHENSIVE - GLASS BRE | 0 | 283.04 | 0 |
| | | A1988 | 7/14/2016 | COMPREHENSIVE - GLASS BRE | 0 | 281.07 | 0 |
| | | A1989 | 7/14/2016 | COMPREHENSIVE - GLASS BRE | 0 | 204.87 | 0 |
| | | A5186 | 11/16/2016 | COMPREHENSIVE - GLASS BRE | 0 | 391.26 | 0 |
| | | A5188 | 11/17/2016 | COMPREHENSIVE - GLASS BRE | 0 | 284.51 | 0 |
| | | A5190 | 11/15/2016 | COMPREHENSIVE - GLASS BRE | 0 | 332.98 | 0 |
| | | A5193 | 10/18/2016 | COMPREHENSIVE - GLASS BRE | 0 | 346.42 | 0 |
| | | A5428 | 9/16/2016 | COMPREHENSIVE - GLASS BRE | 0 | 242.78 | 0 |
| | | A5429 | 11/3/2016 | COMPREHENSIVE - GLASS BRE | 0 | 306.08 | 0 |
| | | A5434 | 9/2/2016 | COMPREHENSIVE - GLASS BRE | 0 | 331.81 | 0 |
| | | A5435 | 9/19/2016 | COMPREHENSIVE - GLASS BRE | 0 | 347.53 | 0 |
| | | A5436 | 11/3/2016 | COMPREHENSIVE - GLASS BRE | 0 | 660.4 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | A5439 | 11/4/2016 | COMPREHENSIVE - GLASS BRE | 0 | 249.17 | 0 |
| | | A5440 | 9/6/2016 | COMPREHENSIVE - GLASS BRE | 0 | 383.9 | 0 |
| | | A5441 | 9/2/2016 | COMPREHENSIVE - GLASS BRE | 0 | 320.21 | 0 |
| | | A5444 | 9/8/2016 | COMPREHENSIVE - GLASS BRE | 0 | 589.56 | 0 |
| | | A6014 | 12/8/2016 | COMPREHENSIVE - GLASS BRE | 0 | 249.25 | 0 |
| | | A6015 | 12/2/2016 | COMPREHENSIVE - GLASS BRE | 0 | 279.16 | 0 |
| | | A8174 | 3/21/2017 | COLLISION | 0 | 509.32 | 0 |
| | | A8180 | 3/20/2017 | COLLISION | 0 | 0 | 0 |
| | | A8472 | 1/16/2017 | COMPREHENSIVE - GLASS BRE | 0 | 319.43 | 0 |
| | | A9914 | 5/24/2017 | COLLISION | 0 | 3,156.73 | 175 |
| | | B1292 | 5/12/2017 | COMPREHENSIVE - GLASS BRE | 0 | 284.01 | 0 |
| | | B1298 | 6/8/2017 | COMPREHENSIVE - GLASS BRE | 0 | 566.45 | 0 |
| | | B1299 | 5/30/2017 | COMPREHENSIVE - GLASS BRE | 0 | 147.53 | 0 |
| | | B1300 | 6/10/2017 | COMPREHENSIVE - GLASS BRE | 0 | 178.02 | 0 |
| | | B1337 | 4/26/2017 | COLLISION | 0 | 462.83 | 175 |
| | | B2371 | 6/15/2017 | COMPREHENSIVE - GLASS BRE | 0 | 234.22 | 0 |
| C15008001{ | 28,087.94 | B1676 | 7/26/2017 | COLLISION | 0 | 0 | 0 |
| | | B2372 | 8/10/2017 | COMPREHENSIVE - GLASS BRE | 0 | 71.78 | 0 |
| D15008001: | 130,200.00 | 92556 | 11/16/2012 | THEFT | 0 | 186.92 | 0 |
| | | 95591 | 2/27/2013 | WATER DAMAGE | 0 | 2,324.25 | 0 |
| D15008001! | 130,200.00 | 7789 | 3/4/2015 | THEFT | 0 | 0 | 0 |
| | | 76313 | 8/19/2014 | THEFT | 0 | 3,559.76 | 0 |
| D15008016 | 130,200.00 | 13130 | 8/20/2015 | LIGHTNING | 0 | 0 | 0 |
| | | 18361 | 9/17/2015 | LIGHTNING | 0 | 1,937.60 | 0 |
| | | A3820 | 5/20/2016 | THEFT | 0 | 0 | 0 |
| D15008001' | 130,200.00 | A5601 | 7/4/2016 | THEFT | 0 | 5,445.00 | 0 |
| | | A6942 | 7/13/2016 | LIGHTNING | 0 | 0 | 0 |
| | | B1007 | 5/1/2017 | LIGHTNING | 0 | 11,763.77 | 0 |
| D15008001{ | 143,220.00 | | | | 0 | 0 | 0 |
| F150080013 | 2,198,408.27 | 87672 | 8/23/2012 | WATER DAMAGE | 0 | 9,684.48 | 649.3 |
| | | 91914 | 12/1/2012 | VANDALISM OR MALICIOUS MI | 0 | 1,390.98 | 0 |
| | | 91924 | 11/12/2012 | AIRCRAFT/VEHICLE | 0 | 0 | 523 |
| | | 92418 | 1/7/2013 | THEFT | 0 | 2,179.35 | 0 |
| | | 94094 | 3/19/2013 | MISCELLANEOUS | 0 | 0 | 0 |
| | | 96773 | 5/21/2013 | LIGHTNING | 0 | 50 | 0 |
| | | 97876 | 5/21/2013 | LIGHTNING | 0 | 0 | 0 |
| | | 97973 | 6/10/2013 | LIGHTNING | 0 | 0 | 0 |
| | | 97974 | 6/10/2013 | LIGHTNING | 0 | 115.54 | 0 |
| | | 99513 | 6/3/2013 | LIGHTNING | 0 | 419 | 0 |
| | | 99515 | 6/3/2013 | LIGHTNING | 0 | 0 | 0 |
| F150080014 | 2,037,991.79 | 1898 | 10/21/2013 | MISCELLANEOUS | 0 | 0 | 273.2 |
| | | 2157 | 7/29/2013 | LIGHTNING | 0 | 12,920.60 | 0 |
| | | 2184 | 7/28/2013 | WINDSTORM | 0 | 250 | 0 |
| | | 3289 | 7/21/2013 | LIGHTNING | 0 | 10,261.24 | 0 |
| | | 58262 | 6/14/2014 | VANDALISM OR MALICIOUS MI | 0 | 5,534.00 | 0 |
| | | 76649 | 4/11/2014 | VANDALISM OR MALICIOUS MI | 0 | 1,998.51 | 0 |
| | | 88736 | 3/31/2014 | THEFT | 0 | 14,703.08 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 99495 | 7/29/2013 | LIGHTNING | 0 | 0 | 0 |
| F150080015 | 2,103,741.70 | 5728 | 3/29/2015 | VANDALISM OR MALICIOUS MI | 0 | 64,141.00 | 1,546.72 |
| | | 9409 | 6/9/2015 | WATER DAMAGE | 0 | 0 | 597.17 |
| | | 10542 | 4/7/2015 | VANDALISM OR MALICIOUS MI | 0 | 25,825.33 | 0 |
| | | 10898 | 6/9/2015 | LIGHTNING | 0 | 2,705.04 | 0 |
| | | 73920 | 8/19/2014 | VANDALISM OR MALICIOUS MI | 0 | 0 | 198 |
| | | 76058 | 8/12/2014 | WATER DAMAGE | 0 | 613 | 0 |
| | | 77891 | 8/11/2014 | WATER DAMAGE | 0 | 9,724.24 | 0 |
| | | 78044 | 8/18/2014 | VANDALISM OR MALICIOUS MI | 0 | 9,682.00 | 0 |
| | | 86899 | 8/19/2014 | LIGHTNING | 0 | 4,840.66 | 0 |
| | | 95788 | 11/14/2014 | THEFT | 0 | 498 | 0 |
| | | 99060 | 1/22/2015 | MISCELLANEOUS | 0 | 2,004.50 | 0 |
| | | 99848 | 1/6/2015 | VANDALISM OR MALICIOUS MI | 0 | 180 | 0 |
| | | 99886 | 1/7/2015 | THEFT | 0 | 224.8 | 0 |
| F150080016 | 1,629,030.17 | 10853 | 7/24/2015 | WATER DAMAGE | 0 | 2,340.26 | 363.26 |
| | | 11865 | 8/20/2015 | LIGHTNING | 0 | 2,190.69 | 0 |
| | | 13146 | 8/17/2015 | LIGHTNING | 0 | 3,909.69 | 0 |
| | | 13683 | 10/10/2015 | LIGHTNING | 0 | 1,659.61 | 0 |
| | | 14243 | 10/8/2015 | FIRE | 0 | 4,396.19 | 600.84 |
| | | 14752 | 10/3/2015 | FLOOD | 0 | 984,024.89 | 79,948.15 |
| | | 15815 | 11/30/2015 | WATER DAMAGE | 0 | 3,426.47 | 0 |
| | | 16062 | 12/2/2015 | WATER DAMAGE | 0 | 2,441.90 | 477.68 |
| | | 17441 | 1/27/2016 | FIRE | 0 | 16,205.49 | 857.32 |
| | | 18714 | 2/24/2016 | WINDSTORM | 0 | 19,780.00 | 354.5 |
| | | 19651 | 2/14/2016 | FIRE | 0 | 6,982.36 | 792.28 |
| | | A0883 | 4/1/2016 | THEFT | 0 | 1,803.38 | 0 |
| | | A5443 | 6/13/2016 | THEFT | 0 | 855.44 | 0 |
| | | A5553 | 2/27/2016 | THEFT | 0 | 0 | 0 |
| F150080017 | 1,787,045.86 | A3867 | 10/8/2016 | HURRICANE | 0 | 515,904.22 | 57,198.96 |
| | | A4514 | 7/13/2016 | LIGHTNING | 0 | 2,930.25 | 0 |
| | | A5554 | 7/11/2016 | THEFT | 0 | 2,244.87 | 0 |
| | | A5593 | 8/8/2016 | LIGHTNING | 0 | 12,238.28 | 0 |
| | | A6386 | 6/25/2016 | AIRCRAFT/VEHICLE | 0 | 279.27 | 0 |
| | | A6735 | 7/19/2016 | LIGHTNING | 0 | 2,556.74 | 0 |
| | | A8161 | 11/25/2016 | VANDALISM OR MALICIOUS MI | 0 | 531.77 | 0 |
| | | A9094 | 4/23/2017 | MISCELLANEOUS | 0 | 0 | 0 |
| | | A9744 | 3/26/2017 | LIGHTNING | 0 | 0 | 0 |
| | | B4100 | 4/24/2017 | LIGHTNING | 0 | 0 | 0 |
| F150080018 | 1,568,638.27 | B1808 | 7/26/2017 | MISCELLANEOUS | 0 | 0 | 0 |
| | | B2547 | 8/6/2017 | VANDALISM OR MALICIOUS MI | 0 | 0 | 0 |
| | | B3521 | 9/11/2017 | HURRICANE | 0 | 0 | 0 |
| | | B3556 | 7/31/2017 | WATER DAMAGE | 0 | 0 | 0 |
| | | B3593 | 7/5/2017 | LIGHTNING | 0 | 0 | 0 |
| L150080010 | 60,420.00 | 55589 | 7/6/2009 | REAR END - WE HIT THEM | 0 | 13,024.54 | 32,064.29 |
| L150080012 | 65,170.00 | 81214 | 9/6/2011 | ALL OTHER UNKNOWN | 0 | 0 | 0 |
| | | 83739 | 4/6/2012 | ALL OTHER UNKNOWN | 0 | 3,600.49 | 100 |
| L150080013 | 63,840.00 | 88451 | 9/18/2012 | BACKING | 0 | 753.81 | 100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 91216 | 12/18/2012 | ALL OTHER UNKNOWN | 0 | 0 | 1,071.86 |
| | | 96779 | 5/31/2013 | OTHER VEHICLE HIT INSURED | 0 | 997.95 | 0 |
| L150080014 | 60,800.00 | 1918 | 7/31/2013 | ALL OTHER UNKNOWN | 0 | 969.73 | 90 |
| | | 2763 | 7/18/2013 | ALL OTHER UNKNOWN | 0 | 0 | 0 |
| L150080015 | 63,080.00 | 3113 | 3/12/2015 | ALL OTHER UNKNOWN | 0 | 0 | 0 |
| | | 5635 | 3/19/2015 | PULLING IN OR OUT OF PARKI | 0 | 1,113.96 | 90 |
| | | 7712 | 4/22/2015 | BUS PASSENGER INCIDENT | 0 | 0 | 0 |
| | | 8494 | 5/15/2015 | HITTING FIXED OBJECT | 0 | 0 | 0 |
| | | 77163 | 9/5/2014 | HIT PARKED VEHICLE | 0 | 2,754.89 | 90 |
| | | 86739 | 10/2/2014 | BACKING | 0 | 3,295.47 | 90 |
| | | 90699 | 10/15/2014 | REAR END - WE HIT THEM | 0 | 22,919.32 | 90 |
| | | 97378 | 11/20/2014 | HIT PARKED VEHICLE | 0 | 864.43 | 0 |
| | | 99504 | 2/19/2015 | ALL OTHER UNKNOWN | 0 | 1,491.79 | 272.38 |
| L150080016 | 68,780.00 | 10547 | 7/22/2015 | BACKING | 0 | 1,220.18 | 90 |
| | | 10734 | 7/29/2015 | HIT PARKED VEHICLE | 0 | 22,299.78 | 480 |
| | | 12734 | 9/14/2015 | HITTING FIXED OBJECT | 0 | 9,933.18 | 650 |
| | | 13252 | 9/17/2015 | OTHER VEHICLE HIT INSURED | 0 | 0 | 0 |
| | | 16483 | 12/8/2015 | TURNING LEFT | 0 | 0 | 0 |
| | | 17088 | 1/5/2016 | HIT PARKED VEHICLE | 0 | 0 | 0 |
| | | 18548 | 2/20/2016 | ALL OTHER UNKNOWN | 0 | 1,230.08 | 90 |
| | | 19870 | 3/14/2016 | INSURED FAILED TO YIELD RIG | 0 | 0 | 0 |
| | | 20601 | 3/11/2016 | HITTING FIXED OBJECT | 0 | 361.44 | 320.9 |
| | | A0513 | 5/16/2016 | HITTING FIXED OBJECT | 0 | 0 | 0 |
| L150080017 | 76,000.00 | A5028 | 11/7/2016 | HIT PARKED VEHICLE | 0 | 1,055.58 | 95 |
| | | A5150 | 11/17/2016 | TURNING RIGHT | 0 | 12,921.70 | 95 |
| | | A5411 | 11/21/2016 | ALL OTHER UNKNOWN | 0 | 2,029.52 | 95 |
| | | A6776 | 1/30/2017 | ALL OTHER UNKNOWN | 0 | 0 | 0 |
| | | A7045 | 2/6/2017 | ALL OTHER UNKNOWN | 0 | 878.34 | 0 |
| | | A7425 | 2/17/2017 | ALL OTHER UNKNOWN | 0 | 2,168.09 | 0 |
| | | A8088 | 3/20/2017 | ALL OTHER UNKNOWN | 0 | 0 | 0 |
| | | A8160 | 3/21/2017 | TURNING LEFT | 0 | 0 | 0 |
| | | A9862 | 5/24/2017 | REAR END - WE HIT THEM | 0 | 0 | 0 |
| L150080018 | 78,660.00 | B1311 | 7/17/2017 | OTHER VEHICLE HIT INSURED | 0 | 0 | 0 |
| | | B3042 | 9/18/2017 | TURNING LEFT | 0 | 0 | 0 |
| M150080018 | 4,960.93 | | | | 0 | 0 | |
| P150080014 | 1,087.39 | | | | 0 | 0 | |
| P150080015 | 3,122.94 | | | | 0 | 0 | |
| P150080016 | 4,205.20 | | | | 0 | 0 | |
| P150080017 | 6,346.34 | | | | 0 | 0 | |
| P150080018 | 16,629.93 | | | | 0 | 0 | |
| S150080013 | 11,692.80 | 4958 | 8/29/2012 | OTHER MISCELLANEOUS (TYPE | 0 | 32,000.00 | 9,379.85 |
| | | 88428 | 8/29/2012 | OTHER MISCELLANEOUS (TYPE | 0 | 0 | 532.95 |
| | | 93198 | 2/13/2013 | STRUCK MOVING VEH/SIDESW | 0 | 13,743.99 | 1,133.80 |
| S150080014 | 5,277.00 | | | | 0 | 0 | |
| S150080015 | 5,367.00 | | | | 0 | 0 | |
| S150080015 | 9,000.00 | 97171 | 12/9/2014 | INTERSECT/TURN - OUR FAULT | 0 | 6,350.71 | 847.4 |
| | | A0891 | 1/30/2015 | RAN OFF ROADWAY - STRUCK | 0 | 2,169.43 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S150080016 | 5,565.00 | | | | 0 | 0 | |
| S150080016 | 9,126.00 | | | | 0 | 0 | |
| S150080017 | 5,949.00 | | | | 0 | 0 | |
| S150080017 | 6,039.00 | | | | 0 | 0 | |
| S150080018 | 6,441.00 | | | | 0 | 0 | |
| S150080018 | 8,633.00 | | | | 0 | 0 | |
| T150080010 | 504,427.00 | 88822 | 10/26/2009 | PREMISES LIABILITY - FALL | 0 | 8,000.00 | 3,491.50 |
| T150080011 | 504,427.00 | 75336 | 5/9/2011 | NEGLIGENT SUPERVISION | 0 | 65,000.00 | 23,405.17 |
| | | 88186 | 10/1/2010 | EMPLOYEE DISPUTE - DISCRIM | 0 | 5,000.00 | 17,812.02 |
| T150080012 | 484,427.00 | 1216 | 5/30/2012 | EMPLOYEE DISPUTE - WRONGF | 0 | 8,000.00 | 31,951.65 |
| | | 75232 | 4/26/2012 | PREMISES LIABILITY - PARKS ¿ | 0 | 5,000.00 | 2,190.29 |
| | | 78914 | 9/28/2011 | PREMISES LIABILITY - MISCEL | 0 | 170,000.00 | 26,116.50 |
| | | 79253 | 10/3/2011 | PREMISES LIABILITY - MISCEL | 0 | 57,500.00 | 2,118.54 |
| | | 79334 | 10/7/2011 | FALL DOWN | 0 | 0 | 678.52 |
| | | 82508 | 1/30/2012 | MISCELLANEOUS | 0 | 0 | 4,235.44 |
| | | 83083 | 1/9/2012 | NEGLIGENT SUPERVISION | 0 | 0 | 357.29 |
| | | 84506 | 12/15/2011 | PREMISES LIABILITY - PARKS ¿ | 0 | 21,000.00 | 2,580.66 |
| | | 85908 | 5/21/2012 | MISCELLANEOUS | 0 | 750 | 1,243.76 |
| | | 98122 | 1/31/2012 | NEGLIGENT SUPERVISION | 0 | 170,000.00 | 71,507.10 |
| T150080013 | 484,427.00 | 6078 | 3/14/2013 | EMPLOYEE DISPUTE - DISCRIM | 0 | 0 | 13,876.47 |
| | | 73194 | 2/1/2013 | NEGLIGENT SUPERVISION | 0 | 135,000.00 | 98,687.83 |
| | | 80082 | 9/11/2012 | NEGLIGENT SUPERVISION | 0 | 20,000.00 | 11,390.86 |
| | | 89066 | 9/17/2012 | NEGLIGENT SUPERVISION | 0 | 0 | 702.2 |
| | | 91182 | 12/13/2012 | FALL DOWN | 0 | 1,500.00 | 1,037.25 |
| | | 93687 | 3/15/2013 | CIVIL RIGHTS - DISCRIMINATI | 0 | 13,750.00 | 23,159.76 |
| | | 94969 | 2/25/2013 | PREMISES LIABILITY - MISCEL | 0 | 75,000.00 | 97,346.37 |
| | | 96250 | 5/20/2013 | NEGLIGENT SUPERVISION | 0 | 3,000.00 | 2,048.00 |
| | | 96588 | 5/31/2013 | PREMISES LIABILITY - FALL | 0 | 19,000.00 | 1,222.65 |
| | | 97424 | 5/14/2013 | CIVIL RIGHTS - MISCELLANEO | 0 | 65,000.00 | 11,296.20 |
| | | A5126 | 2/1/2013 | NEGLIGENT SUPERVISION | 0 | 85,000.00 | 4,056.59 |
| T150080014 | 484,427.00 | 1121 | 8/15/2013 | PROPERTY DAMAGE | 0 | 919.86 | 0 |
| | | 1987 | 7/1/2013 | EMPLOYEE DISPUTE - MISCELL | 0 | 6,500.00 | 20,898.11 |
| | | 2846 | 9/6/2013 | NEGLIGENT SUPERVISION | 0 | 0 | 1,931.55 |
| | | 4917 | 7/27/2013 | STREETS-HIGHWAYS - MANHO | 0 | 0 | 370.5 |
| | | 7033 | 10/4/2013 | NEGLIGENT SUPERVISION | 0 | 6,000.00 | 20,662.64 |
| | | 58927 | 4/28/2014 | EMPLOYEE DISPUTE - WRONGF | 0 | 22,500.00 | 56,222.39 |
| | | 73941 | 8/16/2013 | PREMISES LIABILITY - MISCEL | 0 | 0 | 1,400.00 |
| T150080015 | 373,807.00 | 3562 | 9/1/2014 | LIBEL AND SLANDER | 0 | 0 | 1,378.00 |
| | | 5672 | 1/7/2015 | MISCELLANEOUS | 0 | 0 | 0 |
| | | 10192 | 5/29/2015 | PREMISES LIABILITY - MISCEL | 0 | 0 | 1,217.80 |
| | | 10716 | 9/12/2014 | STREETS-HIGHWAYS - TRAFFI | 0 | 225,000.00 | 31,719.80 |
| | | 11418 | 12/18/2014 | NEGLIGENT SUPERVISION | 0 | 150,000.00 | 60,622.40 |
| | | 66022 | 7/17/2014 | MOBILE EQUIPMENT | 0 | 740.82 | 0 |
| | | 83840 | 9/15/2014 | NEGLIGENT SUPERVISION | 0 | 0 | 865.58 |
| | | 90732 | 10/12/2014 | PROPERTY DAMAGE | 0 | 1,100.00 | 0 |
| | | 92474 | 10/28/2014 | OPERATIONS LIABILITY - MISC | 0 | 0 | 914.64 |
| | | 94684 | 9/3/2014 | PREMISES LIABILITY - FALL | 0 | 95,000.00 | 1,267.99 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 95315 | 9/8/2014 | PREMISES LIABILITY - MISCEL | 0 | 0 | 558.4 |
| | | 95557 | 11/17/2014 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| | | 95559 | 9/16/2014 | NEGLIGENT SUPERVISION | 0 | 0 | 727 |
| | | 96153 | 12/1/2014 | PROPERTY DAMAGE | 0 | 0 | 0 |
| | | 97527 | 12/2/2014 | PREMISES LIABILITY - MISCEL | 0 | 3,500.00 | 1,747.94 |
| | | A0539 | 3/27/2015 | SPORTS - PHYSICAL ED. | 0 | 0 | 0 |
| | | A1161 | 5/4/2015 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| | | A3218 | 1/1/2015 | NEGLIGENT SUPERVISION | 0 | 125,000.00 | 1,824.75 |
| T150080016 | 373,807.00 | 12003 | 8/19/2015 | SPORTS - MISC. | 0 | 10,000.00 | 1,556.80 |
| | | 12866 | 7/20/2015 | MOBILE EQUIPMENT | 0 | 305.71 | 0 |
| | | 13080 | 9/4/2015 | PREMISES LIABILITY - MISCEL | 0 | 0 | 981.45 |
| | | 13936 | 8/31/2015 | EMPLOYEE DISPUTE - WRONGF | 0 | 0 | 40,336.37 |
| | | 15657 | 9/4/2015 | PREMISES LIABILITY - MISCEL | 0 | 0 | 542 |
| | | 16757 | 10/23/2015 | CORPORAL PUNISHMENT | 0 | 0 | 485.6 |
| | | 17177 | 12/16/2015 | EMPLOYEE DISPUTE - WRONGF | 0 | 0 | 0 |
| | | A0630 | 5/9/2016 | NEGLIGENT SUPERVISION | 0 | 0 | 803.6 |
| | | A1125 | 2/11/2016 | NEGLIGENT SUPERVISION | 0 | 2,305.98 | 470 |
| | | A9129 | 11/16/2015 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| T150080017 | 368,885.00 | A2629 | 8/16/2016 | PROPERTY DAMAGE | 0 | 0 | 0 |
| | | A3081 | 8/18/2016 | SPORTS - MISC. | 0 | 0 | 763.28 |
| | | A3414 | 6/29/2016 | PREMISES LIABILITY - MISCEL | 0 | 0 | 788 |
| | | A4620 | 10/28/2016 | PREMISES LIABILITY - MISCEL | 0 | 2,500.00 | 1,310.86 |
| | | A4914 | 9/16/2016 | PREMISES LIABILITY - MISCEL | 0 | 3,000.00 | 1,162.82 |
| | | A5512 | 11/14/2016 | FALL DOWN | 0 | 0 | 0 |
| | | A6033 | 11/16/2016 | MISCELLANEOUS | 0 | 0 | 714.2 |
| | | A6361 | 12/15/2016 | STREETS-HIGHWAYS - MANHO | 0 | 449.53 | 0 |
| | | A8137 | 2/10/2017 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| | | A8500 | 1/6/2017 | OPERATIONS LIABILITY - MISC | 0 | 0 | 1,447.39 |
| | | A8691 | 9/30/2016 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| | | A9270 | 8/31/2016 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| | | A9441 | 9/1/2016 | PREMISES LIABILITY - MISCEL | 0 | 0 | 0 |
| | | A9724 | 5/15/2017 | SPORTS - MISC. | 0 | 5,000.00 | 1,568.79 |
| | | A9830 | 5/10/2017 | PREMISES LIABILITY - MISCEL | 0 | 0 | 0 |
| | | B0818 | 5/12/2017 | FALL DOWN | 0 | 0 | 0 |
| | | B1085 | 4/21/2017 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| T150080018 | 368,885.00 | B2493 | 8/23/2017 | PREMISES LIABILITY - MISCEL | 0 | 0 | 0 |
| | | B2681 | 8/25/2017 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| | | B3000 | 9/14/2017 | PROPERTY DAMAGE | 0 | 0 | 0 |
| | | B3283 | 9/15/2017 | NEGLIGENT SUPERVISION | 0 | 0 | 0 |
| | | B4177 | 10/20/2017 | MOBILE EQUIPMENT | 0 | 0 | 0 |
| Totals: | 16,739,321.53 | | | | 0 | 3,663,687.15 | 905,824.52 |

| INCURRED |
|---:|
| 3,716.34 |
| 15,615.88 |
| 1,452.96 |
| 517.28 |
| 656.25 |
| 225 |
| 21,086.00 |
| 0 |
| 2,587.14 |
| 2,410.43 |
| 300 |
| 233.79 |
| 250 |
| 233.36 |
| 223.08 |
| 0 |
| 69.95 |
| 315.44 |
| 514.71 |
| 315.44 |
| 308.23 |
| 225 |
| 305.78 |
| 463.43 |
| 5,712.26 |
| 393.59 |
| 2,487.06 |
| 324.73 |
| 314.31 |
| 305.6 |
| 221.6 |
| 515.8 |
| 1,421.75 |
| 0 |
| 195.8 |
| 206.31 |
| 305.6 |
| 278.59 |
| 241.43 |
| 377.82 |
| 234.44 |
| 304.29 |
| 1,026.36 |
| 454.87 |
| 225 |

| |
|---|
| 305.6 |
| 6,207.48 |
| 233.79 |
| 628 |
| 2,714.72 |
| 245.8 |
| 348.65 |
| 290.78 |
| 147.8 |
| 538.71 |
| 285.47 |
| 99.17 |
| 301.77 |
| 371.76 |
| 3,634.88 |
| 257.3 |
| 18,812.50 |
| 284.76 |
| 305.44 |
| 332.55 |
| 307.21 |
| 382.42 |
| 203.45 |
| 204.6 |
| 332.55 |
| 225.49 |
| 307 |
| 246.13 |
| 267.61 |
| 402.62 |
| 210.63 |
| 8,058.40 |
| 306.57 |
| 279.09 |
| 137.15 |
| 283.04 |
| 281.07 |
| 204.87 |
| 391.26 |
| 284.51 |
| 332.98 |
| 346.42 |
| 242.78 |
| 306.08 |
| 331.81 |
| 347.53 |
| 660.4 |

| |
|---|
| 249.17 |
| 383.9 |
| 320.21 |
| 589.56 |
| 249.25 |
| 279.16 |
| 509.32 |
| 0 |
| 319.43 |
| 3,331.73 |
| 284.01 |
| 566.45 |
| 147.53 |
| 178.02 |
| 637.83 |
| 234.22 |
| 0 |
| 71.78 |
| 186.92 |
| 2,324.25 |
| 0 |
| 3,559.76 |
| 0 |
| 1,937.60 |
| 0 |
| 5,445.00 |
| 0 |
| 11,763.77 |
| 0 |
| 10,333.78 |
| 1,390.98 |
| 523 |
| 2,179.35 |
| 0 |
| 50 |
| 0 |
| 0 |
| 115.54 |
| 419 |
| 0 |
| 273.2 |
| 12,920.60 |
| 250 |
| 10,261.24 |
| 5,534.00 |
| 1,998.51 |
| 14,703.08 |

| |
|---|
| 0 |
| 65,687.72 |
| 597.17 |
| 25,825.33 |
| 2,705.04 |
| 198 |
| 613 |
| 9,724.24 |
| 9,682.00 |
| 4,840.66 |
| 498 |
| 2,004.50 |
| 180 |
| 224.8 |
| 2,703.52 |
| 2,190.69 |
| 3,909.69 |
| 1,659.61 |
| 4,997.03 |
| 1,063,973.04 |
| 3,426.47 |
| 2,919.58 |
| 17,062.81 |
| 20,134.50 |
| 7,774.64 |
| 1,803.38 |
| 855.44 |
| 0 |
| 573,103.18 |
| 2,930.25 |
| 2,244.87 |
| 12,238.28 |
| 279.27 |
| 2,556.74 |
| 531.77 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 45,088.83 |
| 0 |
| 3,700.49 |
| 853.81 |

| |
|---|
| 1,071.86 |
| 997.95 |
| 1,059.73 |
| 0 |
| 0 |
| 1,203.96 |
| 0 |
| 0 |
| 2,844.89 |
| 3,385.47 |
| 23,009.32 |
| 864.43 |
| 1,764.17 |
| 1,310.18 |
| 22,779.78 |
| 10,583.18 |
| 0 |
| 0 |
| 0 |
| 1,320.08 |
| 0 |
| 682.34 |
| 0 |
| 1,150.58 |
| 13,016.70 |
| 2,124.52 |
| 0 |
| 878.34 |
| 2,168.09 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 41,379.85 |
| 532.95 |
| 14,877.79 |
| 0 |
| 0 |
| 7,198.11 |
| 2,169.43 |

| |
|---|
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 11,491.50 |
| 88,405.17 |
| 22,812.02 |
| 39,951.65 |
| 7,190.29 |
| 196,116.50 |
| 59,618.54 |
| 678.52 |
| 4,235.44 |
| 357.29 |
| 23,580.66 |
| 1,993.76 |
| 241,507.10 |
| 13,876.47 |
| 233,687.83 |
| 31,390.86 |
| 702.2 |
| 2,537.25 |
| 36,909.76 |
| 172,346.37 |
| 5,048.00 |
| 20,222.65 |
| 76,296.20 |
| 89,056.59 |
| 919.86 |
| 27,398.11 |
| 1,931.55 |
| 370.5 |
| 26,662.64 |
| 78,722.39 |
| 1,400.00 |
| 1,378.00 |
| 0 |
| 1,217.80 |
| 256,719.80 |
| 210,622.40 |
| 740.82 |
| 865.58 |
| 1,100.00 |
| 914.64 |
| 96,267.99 |

| |
|---|
| 558.4 |
| 0 |
| 727 |
| 0 |
| 5,247.94 |
| 0 |
| 0 |
| 126,824.75 |
| 11,556.80 |
| 305.71 |
| 981.45 |
| 40,336.37 |
| 542 |
| 485.6 |
| 0 |
| 803.6 |
| 2,775.98 |
| 0 |
| 0 |
| 763.28 |
| 788 |
| 3,810.86 |
| 4,162.82 |
| 0 |
| 714.2 |
| 449.53 |
| 0 |
| 1,447.39 |
| 0 |
| 0 |
| 0 |
| 6,568.79 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |
| 4,569,511.67 |