| education solutions

HUB International Southeast Limited

PO Box 33789
Charlotte, NC 28233-3789
Office 704/375-8000
Toll Free 800/849-8000
Fax 704/348-1775

*www.hubinternational.com*

December 20, 2016

Mr. Brantley Thomas
Berkeley County School District
1007 Island Crossing Drive
Hanahan, SC  29410-4750

Re:  BCSD – Builders Risk – Renewal:  12-16-16/17

Dear Brantley:

Enclosed are the following for review:

- Client Service Fee for the Builder's Risk Policy for the term of 12/16/16-17.  I just need your signature at the bottom where shown
- Invoice # 517693 in the amount of $85,000 for the consulting fee.

After reviewing the enclosed, please do not hesitate to let us know if you have any questions.  As always, it is our pleasure to be of service to the District and we are here to help any time you need us.  Best wishes for a wonderful holiday!

Sincerely,



Renee' Jones, CSRM, CISR, CPIA
Account Executive



Enclosures