**From:** Pokorney, Scott <Scott.Pokorney@hubinternational.com>
**Sent:** Monday, March 16, 2015 12:30 PM
**To:** 'Brantley@bcsdschools.net'
**Subject:** RE: Student Accident Insurance

Hello Brantley,

Hope you had a good weekend and enjoyed such a beau=ful day on Sunday. When it is possible can you please send me the followin= regarding the student accident insurance:

    Number of=student population insured for 2014-2015
    Number of=high school and middle school athletes insured for 2104-2015
Copy of the policy<=o:p>
    Total claims paid for 20=4-2015 and previous 3 years.

No rush as I know you are very busy. We have formalized a rela=onship with=a new carrier and I think they will be aggressive in compe=ng on the stud=nt accident. Please let me know if you need anything from me.

Thank you,

Scott Pokorney
The Schools Team
HUB International Southeast
1001 Morehead Square Drive
Charlotte, NC 28203
Direct: 704/405-0102
Cell: 704/315-7641
Toll Free: 800/849-8008
Fax:704/334-6526
scott.pokorney@hubinternational.com
www.hubi=ternational.com