| | |
|---|---|
| **From:** | Rainy Talbert <TalbertRainy@bcsdschools.net> on behalf of Rainy Talbert |
| **Sent:** | Tuesday, June 17, 2014 9:41 AM |
| **To:** | 'Brantley Thomas';Pokorney, Jana |
| **Cc:** | Pokorney, Stan |
| **Subject:** | RE: Insurance Renewal:  June 2014/2015 |

Yes I have

**From:** Brantley Thomas [mailto:brantley.thomas1@comcast.net]
**Sent:** Tuesday, June 17, 2014 9:39 AM
**To:** Pokorney, Jana
**Cc:** Rainy Talbert; Pokorney, Stan
**Subject:** Re: Insurance Renewal: June 2014/2015

I think we have. Rainy ?

Sent from my iPhone

On Jun 17, 2014, at 9:35 AM, "Pokorney, Jana" <Jana.Pokorney@hubinternational.com> wrote:

> GREAT!  Just need to the two forms emailed to Rainy separately.  Do you want me to resend?
>
> Jana L. Pokorney
> Account Executive
> HUB International Southeast
> Direct:  704-405-0067
>
> Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

---

**From:** Brantley Thomas [mailto:brantley.thomas1@comcast.net]
**Sent:** Tuesday, June 17, 2014 9:34 AM
**To:** Pokorney, Jana
**Cc:** Rainy Talbert; Pokorney, Stan
**Subject:** Re: Insurance Renewal: June 2014/2015

What do you need from us. I Am good with increasing the additional cyber policy thanks and mail as soon as you can. Thanks. Brantley

Sent from my iPhone

On Jun 16, 2014, at 11:52 AM, "Pokorney, Jana" <Jana.Pokorney@hubinternational.com> wrote:

> Hi Rainy -  hope you are doing great!   We are pleased to forward our renewal proposal for the coming year for the following coverages:
>
>> Excess Liability

      Crime/Excess Crime
      Cyber Liability
      School Board E&O – multi-term – included for info only

We have included a quotation for higher Cyber Liability limits as a comparison.  We have found that in some cases with larger districts, the basic $1,000,000 limit might not be adequate, so we obtained a quote for a higher limit.  After discussing with each other, you might decide $1,000,000 is enough.  You can just let us know.

With your ok to proceed, we will start on binders of insurance and renewal certificates of insurance.  If you have any questions or concerns, please do not hesitate to let either Stan or me know.   Thank you again for allowing us the opportunity to continue providing these coverages for the District.   We appreciate you!

Jana L. Pokorney
Account Executive
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC  28203
Direct:  704-405-0067
Toll Free:  800-849-8008
Fax:  704-334-6526
jana.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

&lt;Berkeley Proposal.pdf&gt;

---

Mission: Building upon our rich **Lowcountry traditions**, we will ignite, in every student, a passion for life-long learning. Through dynamic instruction, creative partnerships and exceptional support, we will foster opportunities for each student to build a **legacy of success** .
Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject

to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.