Policy History Report (Non-Cargo) - Master Policy # 0093061646   (1/1)

# Policy History Report



Master Policy # 0093061646

| | Extract Date | 8/5/2017 |

Insured     **BERKELEY COUNTY SCHOOL DISTRI**

Agent       **RISK PLACEMENT SVCS OF GA [14901]**

| Policy | Effective Date | Expiration Date | Clm. All | Clm. Open | Indemnity Paid | Expenses Paid | Recovery Paid | Recovery Expenses Paid | Indemnity Reserves | Expenses Reserves | Total Incurred |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0093061646 | 08/28/2014 | 08/28/2015 | 2 | 0 | $8,143 | $0 | $0 | $0 | $0 | $0 | $8,143 |
| 0093061646 | 08/28/2015 | 08/28/2016 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0093061646 | 08/28/2016 | 08/28/2017 | 1 | 0 | $5,475 | $0 | $0 | $0 | $0 | $0 | $5,475 |
| | | **TOTAL** | 3 | 0 | $13,618 | $0 | $0 | $0 | $0 | $0 | $13,618 |