| | |
|---|---|
| **From:** | Brantley Thomas <Brantley@bcsdschools.net> |
| **Sent:** | Monday, March 14, 2016 10:57 AM |
| **To:** | Pokorney, Stan |
| **Subject:** | RE: Insurance Reviews |

It was good to see Scott and Renee last week.  I think the girls went out Thursday.  I gave Danny a heads up Friday that the  email was coming.  Maybe this year come up with a recommendation that we pursue for 17-18.  I also want to do P/C  I do not like IRF.

BT

**From:** Pokorney, Stan [mailto:Stan.Pokorney@hubinternational.com]
**Sent:** Monday, March 14, 2016 10:50 AM
**To:** Brantley Thomas <Brantley@bcsdschools.net>
**Subject:** RE: Insurance Reviews

perfect

Stanley J. Pokorney
Senior Vice President
HUB International Southeast
1001 Morehead Square Drive, Suite 400
Charlotte, NC  28203
Direct:  704-405-0113
Cell:  704-953-0918
Toll Free:  800-849-8008
Fax:  704-334-6526
stan.pokorney@hubinternational.com
www.hubinternational.com

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

**From:** Brantley Thomas [mailto:Brantley@bcsdschools.net]
**Sent:** Monday, March 14, 2016 10:47 AM
**To:** ddeal@scsba.org
**Cc:** Pokorney, Stan; Rainy Talbert
**Subject:** Insurance Reviews

Danny,  We missed you at SCASBO.

Our new Superintendent has asked us to have an independent review all of our major  insurance policies including P/C, Auto, student accident  and Workers Comp and others.  She has also asked to look at other professional services like audit, sub services and the like.

We have asked Hub International to do a review of the Worker's Compensation program we have with the SBT.

Please furnish any information that they request—directly to them.

Thanks Brantley

*Brantley Thomas*
*Berkeley County Schools*
*Chief Financial Officer*
*[Brantley@bcsdschools.net](Brantley@bcsdschools.net)*
*843-899-8658*

Mission: Building upon our rich **Lowcountry traditions**, we will ignite, in every student, a passion for life-long learning. Through dynamic instruction, creative partnerships and exceptional support, we will foster opportunities for each student to build a **legacy of success** .
Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.

Mission: Building upon our rich **Lowcountry traditions**, we will ignite, in every student, a passion for life-long learning. Through dynamic instruction, creative partnerships and exceptional support, we will foster opportunities for each student to build a **legacy of success** .
Berkeley County School District provides employee E-mail access for administrative and instructional use. E-mail correspondence to/from Berkeley County School District is considered public information and subject to release under the South Carolina Freedom Of Information Act or pursuant to subpoena.