# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| BERKELEY COUNTY SCHOOL DISTRICT,<br><br>      Plaintiff,<br><br>  v.<br><br>HUB INTERNATIONAL LIMITED, HUB INTERNATIONAL MIDWEST LIMITED, KNAUFF INSURANCE AGENCY, INC., STANLEY J. POKORNEY, SCOTT POKORNEY, and BRANTLEY THOMAS,<br><br>      Defendants. | C/A No. 2:18-cv-00151-DCN<br><br><br><br>**NOTICE OF DISMISSAL OF DEFENDANTS STANLEY J. POKORNEY AND SCOTT POKORNEY** *WITHOUT PREJUDICE* |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Berkeley County School District, through undersigned counsel, hereby gives notice that all claims against Defendants Stanley J. Pokorney and Scott Pokorney are dismissed *without prejudice*.

            Respectfully submitted by:

            s/Phillip D. Barber
            Richard A. Harpootlian (Fed. ID No. 1730)
            Christopher P. Kenney (Fed. ID No. 11314)
            Phillip D. Barber (Fed. ID No. 12816)
            RICHARD A. HARPOOTLIAN, P.A.
            1410 Laurel Street
            Post Office Box 1090
            Columbia, SC 29202
            Telephone: (803) 252-4848
            Facsimile: (803) 252-4810
            rah@harpootlianlaw.com
            cpk@harpootlianlaw.com
            pdb@harpootlianlaw.com

            Joshua S. Whitley, Esquire
            Federal Bar No.: 10829
            S. Tyler Graves, Esquire
            Federal Bar No.: 12832

        Smyth Whitley, LLC
        126 Seven Farms Drive
        First Citizens Plaza, Suite 260
        Charleston, South Carolina 29492
        843.606.5635 Office
        843.654.4095 Facsimile
        jwhitley@smythwhitley.com
        tgraves@smythwhitley.com

        Jeffrey A. Breit, Esq.
        Virginia State Bar No.: 18876
        BREIT CANTOR GRANA BUCKNER, PLLC
        600 22nd Street, Suite 402
        Virginia Beach, Virginia 23451
        757.670.3888 Office
        757.670.3939 Facsimile
        Jeffrey@breitcantor.com

        *Pro Hac Vice*

        ATTORNEYS FOR PLAINTIFF
        BERKELEY COUNTY SCHOOL DISTRICT

October 9, 2020
Columbia, South Carolina.