# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| BERKELEY COUNTY SCHOOL DISTRICT,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>HUB INTERNATIONAL LIMITED, HUB INTERNATIONAL MIDWEST LIMITED, HUB INTERNATIONAL SOUTHEAST, KNAUFF INSURANCE AGENCY, INC., and BRANTLEY THOMAS,<br><br>　　　　　　　　Defendants. | C.A. No. 2:18-cv-00151-DCN |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants Hub International Limited and Hub International Midwest Limited (the "Hub Defendants"), through counsel, appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered on March 30, 2024, by the United States District Court for the District of South Carolina (Docket No. 269) (the "Order"), denying the Hub Defendants' Motion to Compel Arbitration (Docket No. 258). The Order is immediately appealable pursuant to 9 U.S.C. §§ 16(a)(1)(A)-(B). This Court is required to stay its proceedings pending resolution of the Hub Defendants' appeal. *See Coinbase, Inc. v. Bielski*, 143 S. Ct. 1915, 1923 (2023).

2

Dated: April 12, 2024

Respectfully submitted,

/s/John A. Massalon

Thomas J. Wiegand, admitted *pro hac vice*
MOLOLAMKEN LLP
300 N. LaSalle St.
Chicago, IL  60654
(312) 450-6700 (telephone)
(312) 450-6701 (facsimile)
twiegand@mololamken.com

John A. Massalon (#5227)
Christy F. Allen (#07549)
WILLS MASSALON & ALLEN LLC
PO Box 859
Charleston, SC  29402
(843) 727-1144 (telephone)
(843) 727-7696 (facsimile)
jmassalon@wmalawfirm.net
callen@wmalawfirm.net

*Attorneys for Defendants Hub International Limited and Hub International Midwest Limited*