# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Berkeley County School District, | ) | C/A No.: 2:18-cv-0151 DCN |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| HUB International Limited; HUB International Midwest Limited; HUB International Southeast; Knauff Insurance Agency, Inc.; and Brantley Lamar Thomas, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon the Fourth Circuit Court of Appeals' order reversing the court's decision denying defendants HUB International Limited and HUB International Midwest Limited's motion to compel arbitration and remanding with instructions to compel arbitration. This order was issued March 7, 2025, with the judgment and mandate taking effect on April 14, 2025. It is therefore

**ORDERED,** that this case be arbitrated and it is stayed until further order from this court.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

April 17, 2025
Charleston, South Carolina